AO 240 (Rev. 9/96)

# UNITED STATES DISTRICT COURT

FOR THE  District of  MASSACHUSETTS

PHILLIP LACEFIELD,

Plaintiff

V.

LEASECOMM, ET AL.

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT IN SUPPORT OF MOTION
UNDER 28 U.S.C. § 1915 FOR APPOINTMENT OF
ATTORNEY AND AUTHORIZATION TO COMMENCE SUIT
WITHOUT PREPAYMENT OF FILING FEE

CASE NUMBER: 05-11581 RCL

I, __PHILLIP LACEFIELD__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __FCC FORREST CITY, FORREST CITY, AR 72335__

   Are you employed at the institution? __YES__    Do you receive any payment from them? __YES__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. @ $62.57/MONTH (SEE ATTACHED INMATE EARNING STATEMENT), UNICOR, FCC FORREST CITY, P.O. BOX 3000, FORREST CITY, ARKANSAS 72336-3000

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☒ Yes    ☐ No  RE: #1&2 ABOVE
   b. Rent payments, interest or dividends             ☐ Yes    ☒ No, NOT THAT I'M AWARE OF
   c. Pensions, annuities or life insurance payments   ☐ Yes    ☒ No, NOT THAT I'M AWARE OF
   d. Disability or workers compensation payments      ☐ Yes    ☒ No, NOT THAT I'M AWARE OF
   e. Gifts or inheritances                            ☒ Yes    ☐ No
   f. Any other sources                                ☐ Yes    ☒ No, NOT THAT I'M AWARE OF

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 9/96)

RE:   3e ABOVE, MONEY FROM RELATIVES POSTED TO ACCOUNT, @ $900(?)

4. Do you have **any** cash or checking or savings accounts?   ☒ Yes   ☐ No

   If "Yes," state the total amount.   @ $0.08 (SEE ATTACHED "ACCOUNT BALANCE")

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No , NOT THAT I'M AWARE OF

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.   N/A, SINCE I'M INCARCERATED, CHILDREN ARE SUPPORTED @ 100% BY THEIR MOTHER.

7. All assets, as stated above, @ 0.08 as of 07/08/2005 10:58:22 AM (that I'm currently aware of)

I declare under penalty of perjury that the above information is true and correct.

07/08/2005                                    *Phillip Laufield* (signature)
Date                                           Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
DATE: 07/07/05 09:03           INMATE EARNING STATEMENT         PAGE:     74
INMATE PAYROLL   fcfcim.db      PAY DATE: 06/30/05              USER ID: mphelix

INST: FC    FACT: FC    GROUP: 110              CREW: ASSM 3

Name: LACEFIELD, PHILLIP                        Grade: 4
Reg-num: 18183-076
                         Amount      Hours
Standard Pay          $    61.76    134:15   Date Computed           06/30/05
Group Incentive Pay         0.00      0:00   Anniversary Date        05/16/05
Indiv. Incentive Pay        0.00      0:00   Longevity Months              10
Overtime Premium Pay        0.00      0:00   UNICOR Work Months            10
Holiday Pay                 0.00      0:00   Accrued Vacation Hours    007:16
Administrative Pay          0.81      1:45   Prev Yrs Vacation Hours   000:00
Vacation Taken Pay          0.00      0:00   Unpaid Call-out Hours      23:30
Vacation Cashed Pay         0.00      0:00   Rework Hours                0:00
Lost Time Wage              0.00      0:00   Unpaid Off-std Hours        0:00
Premium Pay                 0.00             Final Pay?                    NO
Longevity Pay               0.00
Gross Pay                  62.57
Adjustments                 0.00
                         ---------  -------
Net Pay               $    62.57    136:00


OPEN HOUSE HOURS:   TUES. 1:30PM-2:30PM; THURS. 8:00AM-9:00AM
```

11. List any debts you have and the amount owed.

    Creditor                       Amount Owed

_____     _____
_____     _____
_____     _____
_____     _____

12. List your monthly living expenses.

_____     _____
_____     _____
_____     _____
_____     _____
_____     _____
_____     _____

     I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

_____
(Signature of Applicant)

### CERTIFICATE
#### (Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ 66.87 in his/her drawing account and $ 0 in his/her savings account at this institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution:

I further certify that during the last six months the applicant's average balance was $ 20.35 .

    Federal Correctional Institution
    Name of Institution

    P.O. Box 5000, Oakdale, LA
    Address of Institution)

    (318) 335-4070
    Phone Number of Institution

    J. Smith
    Printed Name of Authorized Officer

    J. Smith
    Signature of Authorized Officer

```
Sales Invoice  ---L.O.U.---
Forrest City FCI
MEDIUM
Account No. 18183076       FOR3004
LACEFIELD, PHILLIP
07/08/2005 10:58:22 AM TX#1227411   78
-------------------------------------
BEGINNING BALANCES:
Available Balance is $1.63
Spending Limit Balance is $73.00
Account Balance is $1.63
=====================================
Qty   Description            Price
=====================================
 1    BLUE BELL ICE CRE      $1.55


              Total          $1.55

Charge 18183076              $1.55
-------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.08
Spending Limit Balance is $71.45
Account Balance is $0.08
-------------------------------------


Signature
ALL SALES FINAL; HOLIDAY HOURS 7/4/05 -7/
8/05
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,

    Plaintiff,

V.

LEASECOMM, A.K.A.
    LEASECOMM CORPORATION
    and WWW.LEASECOMM.COM,
    corporately, inclusive
    of all of its
    corporate officers and
    corporate executives,
    individually and in their
    official capacities, and
    inclusive of all of its
    co-conspirators,
    individually and in their
    official capacities, etc.,
CIT GROUP, A.K.A.
    NEWCOURT FINANCIAL,
    LEASE FINANCE GROUP, and
    WWW.CIT.COM,
    corporately, inclusive
    of all of its
    corporate officers and
    corporate executives,
    individually and in their
    official capacities, and
    inclusive of all of its
    co-conspirators,
    individually and in their
    official capacities, etc.,
WREG-TV, INC., A.K.A.
    WREG-CHANNEL 3,
    and WWW.WREG.COM,
    corporately, inclusive
    of all of its
    corporate officers and
    corporate executives,
    individually and in their
    official capacities, and
    inclusive of all of its
    co-conspirators,
    individually and in their
    official capacities, etc.,
WORLDNOW, A.K.A.
    WWW.WORLDNOW.COM,
    corporately, inclusive
    of all of its
    corporate officers and
    corporate executives,
    individually and in their
    official capacities, and

CIVIL ACTION

NO. 05-11581 RCL

COMPLAINT

R.I.C.O.,
RACKETEER INFLUENCED AND
CORRUPT ORGANIZATIONS,
18 U.S.C. § 1964(a)

PETITION FOR DECLARATORY
AND INJUNCTIVE RELIEF,
28 U.S.C. § 1331,
§ 2201 AND § 2202

1