UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD                    ,
                Plaintiff,

       v.                          Civil Action No. 05-11581-RCL

LEASECOMM, et al.                   ,
                Defendants.

ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees under 28 U.S.C. § 1915:

FINDINGS

A.   Is plaintiff a "prisoner" as defined in 28 U.S.C. § 1915(h) and/or 28 U.S.C. § 1915A(c):

      Yes ☒   No ☐

B.   Is a filing fee under 28 U.S.C. § 1915(b) to be assessed at this time:

    1. Yes ☐   Plaintiff is obligated to pay the entire statutory filing fee immediately. See 28 U.S.C. § 1915(b)(1); 28 U.S.C. § 1914 ($250.00 for a civil action).

    2. Yes ☒   An initial partial filing fee of $ 4.07 is assessed pursuant to 28 U.S.C. § 1915(b)(1). The remainder of the fee $ 245.93 is to be assessed in accordance with 28 U.S.C. § 1915(b)(2).

    3. Yes ☐   Plaintiff has proffered evidence of being without funds for six months and being currently without funds. Under 28 U.S.C. § 1915(b)(2), plaintiff is assessed an obligation to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account until the $250.00 filing fee is paid in full.

    4. No ☐   Plaintiff is not assessed an initial partial filing fee or obligation to make monthly payments at this time.

Order on Application to Proceed
Without Prepayment of Fees                                                                 Page 2

___

ORDERS

Based upon the foregoing:

1. The motion to proceed without prepayment of fees is GRANTED.

    Yes ☒    No ☐

2. If a filing fee assessment has been made under paragraph B above, is it a provisional finding that is subject to early modification:

    Yes ☒    No ☐

    If the above answer is Yes, the following applies:

    If the plaintiff files, within 35 days of the date of this Order, a certified copy of his/her prison trust account or a statement signed by plaintiff under the pains and penalties of perjury demonstrating eligibility to proceed in this action without paying an initial partial filing fee or without payment of any fee assessed above, the Court will consider the certification or statement in determining whether to modify any fee assessment under 28 U.S.C. § 1915(b)(2).

3. The Clerk shall send a copy of this Order to the institution having custody of plaintiff:

    Yes ☒    No ☐

4. The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and/or 1915A:

    Yes ☒    No ☐

5. Summonses shall NOT issue pending the completion of screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and/or 1915A:

    Yes ☒    No ☐

SO ORDERED.

 August 4, 2005                    /s/ Reginald C. Lindsay
DATE                               REGINALD C. LINDSAY
                                   UNITED STATES DISTRICT JUDGE