UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD              ,
               Plaintiff,

                                      Civil Action

    v.

                                      No.  05-11581-RCL

LEASECOMM, et al.,              ,
               Defendants.

ORDER ON SCREENING PURSUANT
TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

## FINDINGS

1.     The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

        No ☒     Yes ☐    as to defendants_____

2.     The complaint seeks relief from a defendant or defendants who are immune from such relief:

        No ☒     Yes ☐    as to defendant(s) _____

3.     Section 1997e(g)(2) provides that:

"The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

42 U.S.C. § 1997e(g)(2).

Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

    a. Yes ☐    The Court has so determined and found as to defendant(s):
    _____

    b. No ☐    because the Court has determined that the complaint does

not satisfy pleading requirements for stating a cognizable claim against:

☐ all defendants    ☐ the defendant(s)
_____
_____

c. No ☐   because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

☐ all defendants    ☐ the defendant(s)
_____
_____

d. Cannot say
☒   It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

☒ all defendants    ☐ the defendant(s) _____ .

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

    No ☐        Yes ☒        ☒ as to all defendants
                             ☐ only as to defendant(s) _____

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of

    plaintiff's claims against defendant(s)?

        No ☒    Yes ☐    ☐ as to all defendants

        ☐ only as to defendants

3.    a.    Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

        No ☐    Yes ☐    ☐ as to all defendants

        ☐ only as to defendant(s) _____

    OR

    b.    If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

        No ☐    Yes ☒    ☒ as to all defendants

        ☐ only as to defendant(s) _____

 August 4, 2005        /s/ Reginald C. Lindsay
DATE        REGINALD C. LINDSAY
        UNITED STATES DISTRICT JUDGE