UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>    Plaintiff,<br>v.<br><br>LEASECOM, A.K.A. LEASECOM CORPORATION and WWW. LEASECOM.COM; CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and WWW.CIT.COM, WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and WWW.WREG. COM; WORLDNOW, A.K.A. WWW. WORLDNOW.COM; ANDY WISE, A.K.A. STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES COMPANY and WWW.NYT.COM<br><br>    Defendants. | CIVIL NO. 05-11581 RCL |

### MOTION OF WREG-TV, INC., WORLDNOW, ANDY WISE AND THE NEW YORK TIMES COMPANY FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants WREG-TV, Inc. a.k.a WREG Channel 3 and www.wreg.com ("WREG-TV"), WorldNow, a.k.a. www.worldnow.com ("WorldNow"), Andy Wise a.k.a. Steven Andrew Wise ("Wise") and The New York Times, a.k.a. The New York Times Company ("The New York Times") hereby move to extend the time by which each of them must respond to the Complaint through September 30, 2005.

Without waiving and specifically reserving any and all personal jurisdiction, service of process and other defenses they may have, the above named defendants state




that each of them first learned of the Complaint in this matter in mid to late August of 2005, and that their counsel first saw the Complaint on September 1, 2005. The requested very short extension of time is necessary to permit counsel to investigate the plaintiff's allegations and prepare an appropriate response.

WHEREFORE, WREG-TV, WorldNow, Wise, and The New York Times respectfully request that the time for them to answer or otherwise respond to the Complaint in this matter be extended through September 30, 2005.

WREG-TV, WORLDNOW,
ANDY WISE AND
THE NEW YORK TIMES COMPANY
By their attorneys,

_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA  02110
617-542-5542

Dated:  September 6, 2005

### CERTIFICATE OF SERVICE

I, John Miller hereby certify that on this 6th day of September, 2005, I caused a copy of the foregoing document to be served upon all counsel of record in the above-captioned matter, by sending a copy first-class mail, postage prepaid to Phillip Lacefield, P.O. Box 3000, Forrest City, AR 72336-3000.

_____
John Miller

2