PHILLIP LACEFIELD
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, AR 72336-3000

August 30, 2005

Sarah A. Thornton, Clerk of the U.S. District Court
Office of the Clerk
UNITED STATES DISTRICT COURT
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE:  Master Docket Report for case #: 1:05-cv-11581-RCL

Dear Ms. Thornton, Clerk of the U.S. District Court:

Please mail me a printout of the
Master Docket Report for case #: 1:05-cv-11581-RCL.

Thank you.

Sincerely,

*/s/ Phillip Lacefield*

PHILLIP LACEFIELD

### CERTIFICATE OF SERVICE

This certifies that I, PHILLIP LACEFIELD, have delivered, filed and served a copy of the request supra for a printout of the Master Docket Report for case #: 1:05-cv-11581-RCL, via U.S. Mail, first class postage prepaid, deposited in the Legal Mail Mailbox located at FCC Forrest City, Forrest City, Arkansas 72335, to the following address:

Sarah A. Thornton, Clerk of the U.S. District Court
Office of the Clerk
UNITED STATES DISTRICT COURT
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 2300, Boston, MA 02210

THIS, the 30th Day of August, 2005.

*/s/ Phillip Lacefield*
_____
PHILLIP LACEFIELD