U.S. Department of Justice  
United States Marshals Service

**PROCESS RECEIPT AND RETURN**  
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| | |
|---|---|
| PLAINTIFF | PHILLIP LACEFIELD |
| COURT CASE NUMBER | 05-11581-RCC |
| DEFENDANT | WREG-TV, INC. |
| TYPE OF PROCESS | S & C  CIVIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN  
WREG-TV, INC., A.K.A. WREG-CHANNEL 3

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)  
803 CHANNEL 3 DRIVE, MEMPHIS, TN 38103

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP LACEFIELD, 18183-076  
FCC FORREST CITY  
P.O. BOX 3000  
FORREST CITY, AR 72336-3000

Number of process to be served with this Form - 285: 1  
Number of parties to be served in this case: 6  
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Signature of Attorney or other Originator requesting service on behalf of:  
*Phillip Lacefield* PRO SE  
☒ PLAINTIFF  
☐ DEFENDANT  
TELEPHONE NUMBER: 870-630-6000  
DATE: 7-8-2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)  
Total Process: 1  
District of Origin No. 9  
District to Serve No. 76  
Signature of Authorized USMS Deputy or Clerk: *Nancy Falconer / wbt*  
Date: 8/18/05, 8/11/05

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):  
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):  
Date of Service: 8/29/05  
Time: pm  
Signature of U.S. Marshal or Deputy: *David D Jolley / wbt*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| | | | | | |

REMARKS: FWD to USM WD/Tennessee 8/11/05 nf  
8/24/05 Certified return receipt 70033110 0003 6094 7413  
8/29/05 return receipt rec'd

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff,

    V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05-11581-RCL

LEASECOMM, A.K.A. LEASECOMM CORPORATION and WWW.LEASECOMM.COM;
CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and
WWW.CIT.COM; WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and
WWW.WREG.COM; WORLDNOW, A.K.A. WWW.WORLDNOW.COM; ANDY WISE, A.K.A.
STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES
COMPANY and WWW.NYT.COM; ET AL.,
    Defendants.

TO: (Name and address of Defendant)

WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and WWW.WREG.COM
803 CHANNEL 3 DRIVE
MEMPHIS, TENNESSEE 38103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000

an answer to the complaint which is herewith served upon you, within    TWENTY (20)    days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Sarah A Thornton            8/10/05
CLERK                                                  DATE

(By) DEPUTY CLERK

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Maureen O'C___* ☐ Agent ☒ Addressee<br>B. Received by (Printed Name): M. O'CONNOR<br>C. Date of Delivery: 8/26/05 |
| 1. Article Addressed to:<br><br>WREG-TV<br>A.K.A. WREG-Channel 3<br>803 Channel 3 Drive<br>Memphis, TN 38103<br><br>05-11581 | '05 AUG 29 P2:05<br>WEST_____<br><br>D. Is delivery address different from item 1? ☐ Yes  ☒ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7003 3110 0003 6094 7413 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540