**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP LACEFIELD | 05-11581 RCC |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| LEASECOMM | S&C CIVIL |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE CONDEMN
LEASECOMM, A.K.A. LEASECOMM CORPORATION

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
10-M COMMERCE WAY, WOBURN, MASSACHUSETTS 01801

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP LACEFIELD, 18183-076
FCC FORREST CITY
P.O. BOX 3000
FORREST CITY, AR 72336-3000

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                 Fold

Signature of Attorney or other Originator requesting service on behalf of:   ☒ PLAINTIFF   TELEPHONE NUMBER   DATE
_Phillip Lacefield_ PRO SE   ☐ DEFENDANT   870-630-6000   -2005

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 59 | No. 38 | Nancy Talavera | 9/15/05 |

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
MARY DeFEO

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service  9/15/05   Time  pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount Refund |
|---|---|---|---|---|---|
| 67.50 | 8.03 | | 75.53 | | |

REMARKS:
1.5

AO 440 (Rev 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 05-11581 RC

LEASECOMM, A.K.A. LEASECOMM CORPORATION and WWW.LEASECOMM.COM;
CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and
WWW.CIT.COM; WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and
WWW.WREG.COM; WORLDNOW, A.K.A. WWW.WORLDNOW.COM; ANDY WISE, A.K.A.
STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES
COMPANY and WWW.NYT.COM; ET AL.,
    Defendants.

TO: (Name and address of Defendant)

LEASECOMM, A.K.A. LEASECOMM CORPORATION and WWW.LEASECOMM.COM
10-M COMMERCE WAY
WOBURN, MASSACHUSETTS 01801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and ad   )

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service    this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken agai    ou for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a r    onable period of time after service.

Sarah A. Thornton   8/10/05
CLERK   DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD     ,
          Plaintiff,

v.

LEASECOMM, et al.,     ,
          Defendants.

Civil Action

No. 05-11581-RCL

### ORDER ON SCREENING PURSUANT TO SECTIONS 1915(e)(2) AND/OR 1915A

Having completed the screening on the merits of plaintiff's complaint pursuant to Sections 1915(e)(2) and/or 1915A:

### FINDINGS

1. The complaint is frivolous, malicious, or fails to state a claim upon which relief may be granted:

   No ☒     Yes ☐     as to defendants _____

2. The complaint seeks relief from a defendant or defendants who are immune from such relief:

   No ☒     Yes ☐     as to defendant(s) _____

3. Section 1997e(g)(2) provides that:

   "The court may require any defendant to reply to a complaint brought under this section if it finds that the plaintiff has a reasonable opportunity to prevail on the merits."

   42 U.S.C. § 1997e(g)(2).

   Is the complaint sufficient to satisfy the pleading requirements for stating a cognizable claim and does the plaintiff have a reasonable opportunity to prevail on the merits against one or more defendants?

   a. Yes ☐     The Court has so determined and found as to defendant(s): _____

   b. No ☐     because the Court has determined that the complaint does

        not satisfy pleading requirements for stating a cognizable claim against:

        ☐ all defendants   ☐ the defendant(s)

        _____

        _____

c. No ☐    because the Court has determined that the likelihood that plaintiff will prevail on the merits falls short of the "reasonable opportunity" standard of the statute, as to claims against:

        ☐ all defendants   ☐ the defendant(s)

        _____

        _____

d. Cannot say

    ☒    It is not feasible for the Court to make a determination on these questions on the present record as to claims against:

        ☒ all defendants   ☐ the defendant(s) _____.

## ORDERS

Based upon the foregoing:

1. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States?

    No☐    Yes☒    ☒ as to all defendants

                              ☐ only as to defendant(s) _____

2. The Clerk shall dismiss this action unless, on or before the 42nd day from the date of this Order, plaintiff has filed a submission showing good cause why the Court should find that the pleading is sufficient to state a cognizable claim and that plaintiff will have a reasonable opportunity to prevail on the merits of

        plaintiff's claims against defendant(s)?

        No ☒    Yes ☐    ☐ as to all defendants
                                                 ☐ only as to defendants

3.    a.    Although defendant(s) may not have been served with a summons and complaint, are the defendant(s) invited but not required to file an answer to aid the Court in reaching a prompt final disposition on the merits?

            No ☐    Yes ☐    ☐ as to all defendants
                                                  ☐ only as to defendant(s) _____

OR

    b.    If the defendant(s) have been served with a summons and complaint, are the defendant(s) required to reply within the time specified in the summons?

            No ☐    Yes ☒    ☒ as to all defendants
                                                  ☐ only as to defendant(s) _____

 August 4, 2005                /s/ Reginald C. Lindsay
DATE                              REGINALD C. LINDSAY
                                   UNITED STATES DISTRICT JUDGE