UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>      Plaintiff<br><br>v.<br><br>LEASECOMM, et al,<br><br>      Defendants. | Civil Action No. 1:05-cv-11581-RCL |

## DEFENDANT CIT GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT

Pursuant to Fed. R. Civ. P. 12(b)(6), 9(b), 8(a), and the case law requiring a plaintiff specifically to allege facts in support of claims under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. 1961 et seq., defendant CIT Group Inc. moves to dismiss the complaint with prejudice.

The grounds for this motion are set forth in the accompanying memorandum of law.

CIT GROUP INC.
By its attorney,

/s/Paul Killeen
Paul Killeen (BBO# 271600)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700

Dated: September 21, 2005

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Paul Killeen, certify that on September 15, 2005 I sent a letter to the plaintiff Phillip Lacefield (Prisoner No. 18183-076) at FCC Forrest City P.O. Box 3000, Forrest City, AR 72336-3000, informing him of CIT Group Inc.'s intention to file a motion to dismiss the complaint on September 21, 2005. I requested that the plaintiff contact me prior to that date to inform me as to

whether he intended to file an amended complaint. I informed him that if I did not hear from him by that date, CIT would file its motion to dismiss. I did not hear back from the plaintiff.

/s/Paul Killeen
Paul Killeen (BBO# 271600)

## CERTIFICATE OF SERVICE

I, Paul Killeen, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first class-mail on September 21, 2005.

/s/Paul Killeen
Paul Killeen (BBO# 271600)

# 3241766_v1