UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>Plaintiff<br><br>v.<br><br>LEASECOMM, et al,<br><br>Defendants. | Civil Action No. 1:05-cv-11581-RCL |

### DEFENDANT CIT GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, CIT Group Inc. states that: (a) it is a publicly traded company with no parent company, and (b) no other publicly traded company owns 10% or more of CIT Group Inc.'s stock.

CIT GROUP INC.

By its attorney,

/s/Paul Killeen
Paul Killeen (BBO# 271600)

HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700

Dated: September 21, 2005

### CERTIFICATE OF SERVICE

I, Paul Killeen, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first class-mail on September 21, 2005.

/s/Paul Killeen
Paul Killeen (BBO# 271600)

# 3241044_v1