UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>　　　　　Plaintiff<br><br>v.<br><br>LEASECOMM, et al,<br><br>　　　　　Defendants. | Civil Action No. 1:05-cv-11581-RCL |

### NOTICE OF APPEARANCE OF PAUL KILLEEN ON BEHALF OF CIT GROUP INC.

Please enter my appearance on behalf of CIT Group Inc.

　　　　　　　　　　　CIT GROUP INC.

　　　　　　　　　　　By its attorney,

　　　　　　　　　　　/s/Paul Killeen
　　　　　　　　　　　Paul Killeen (BBO# 271600)

　　　　　　　　　　　HOLLAND & KNIGHT LLP
　　　　　　　　　　　10 St. James Avenue
　　　　　　　　　　　Boston, Massachusetts 02116
　　　　　　　　　　　Telephone: (617) 523-2700

Dated: September 26, 2005

### CERTIFICATE OF SERVICE

　　　I, Paul Killeen, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first class-mail on September 26, 2005.

　　　　　　　　　　　/s/Paul Killeen
　　　　　　　　　　　Paul Killeen (BBO# 271600)

# 3244311_v1