UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>                Plaintiff<br><br>v.<br><br>LEASECOMM, et al,<br><br>                Defendants. | Civil Action No. 1:05-cv-11581-RCL |

## CIT GROUP INC.'S OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT (JUDGMENT BY DEFAULT) AND/OR SUMMARY JUDGMENT AGAINST DEFENDANTS

Defendant CIT Group Inc. ("CIT") files this opposition to the Plaintiff's Motion for Default Judgment (Judgment by Default) and/or Summary Judgment against Defendants.

The plaintiff seeks a default judgment or summary judgment "against all defendants" who have not timely responded to the complaint. Defendant CIT responds that CIT timely filed a motion to dismiss the complaint on September 21, 2005. As reflected on the Docket Sheet (Entry No. 8), a summons was served on CIT on September 1, 2005. The date for CIT's response was September 21, 2005, which is the date on which CIT filed its motion to dismiss.

CIT further opposes the motion on the grounds that the plaintiff did not serve CIT with the motion (the certificate of service reflects service only on certain of the defendants), and on the grounds the plaintiff did not comply with Local Rule 7.1(A)(2).

WHEREFORE the Court should deny the plaintiff's motion as to CIT Group Inc.

CIT GROUP INC.

By its attorney,

/s/Paul Killeen
Paul Killeen (BBO# 271600)

HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700

Dated: September 26, 2005

CERTIFICATE OF SERVICE

I, Paul Killeen, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first class-mail on September 26, 2005.

/s/Paul Killeen
Paul Killeen (BBO# 271600)

# 3254574_v1

2