UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2005 SEP 29 A 11: 20
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| PHILLIP LACEFIELD,<br><br>           Plaintiff,<br><br>v.<br><br>LEASECOM, A.K.A. LEASECOM CORPORATION and WWW. LEASECOM.COM; CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and WWW.CIT.COM, WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and WWW.WREG. COM; WORLDNOW, A.K.A. WWW. WORLDNOW.COM; ANDY WISE, A.K.A. STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES COMPANY and WWW.NYT.COM;<br><br>           Defendants. | CIVIL NO. 05-11581 RCL |

### MOTION OF WREG-TV, WORLDNOW, ANDY WISE, AND THE NEW YORK TIMES TO DISMISS THE COMPLAINT

Defendants WREG-TV, Inc. a.k.a. WREG Channel 3 and www.wreg.com ("WREG-TV"), WorldNow, a.k.a. www.worldnow.com ("WorldNow"), Andy Wise a.k.a. Steven Andrew Wise ("Mr. Wise") and The New York Times, a.k.a. The New York Times Company and www.nyt.com ("The New York Times") hereby move, pursuant to Fed. R. Civ. P. 12(b)(6), to dismiss the complaint. As explained more fully in the accompanying memorandum in support of this motion, Phillip Lacefield's ("Mr. Lacefield's") *pro se* complaint contains nothing more than a collage of generalities and legal conclusions. Furthermore, the complaint does not include a description of the

specific acts required to support a RICO claim and fails to plead the elements of fraud with particularity.

Accordingly, pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), the complaint should be dismissed with prejudice.

WREG-TV, WORLDNOW,
ANDY WISE AND
THE NEW YORK TIMES COMPANY
By their attorneys,

_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

Dated: September 29, 2005

### CERTIFICATE OF SERVICE

I, John Miller hereby certify that on this 29th day of September, 2005, I caused a copy of the foregoing document to be served upon all counsel of record in the above-captioned matter, by sending a copy first-class mail, postage prepaid to Phillip Lacefield, P.O. Box 3000, Forrest City, AR 72336-3000.

_____
John Miller