FILED
IN CLERKS OFFICE

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

2005 SEP 29  A II: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |  |
|---|---|---|
| PHILLIP LACEFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| LEASECOM, A.K.A. LEASECOM | ) | |
| CORPORATION and WWW. | ) | |
| LEASECOM.COM; CIT GROUP, A.K.A. | ) | |
| NEWCOURT FINANCIAL, LEASE | ) | |
| FINANCE GROUP, and WWW.CIT.COM, | ) | **CIVIL NO. 05-11581 RCL** |
| WREG-TV, INC., A.K.A. WREG- | ) | |
| CHANNEL 3 and WWW.WREG. COM; | ) | |
| WORLDNOW, A.K.A. WWW. | ) | |
| WORLDNOW.COM; ANDY WISE, | ) | |
| A.K.A. STEVEN ANDREW WISE; THE | ) | |
| NEW YORK TIMES, A.K.A. THE NEW | ) | |
| YORK TIMES COMPANY and | ) | |
| WWW.NYT.COM; | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**OPPOSITION OF WREG-TV, WORLDNOW,**
**ANDY WISE, AND THE NEW YORK TIMES TO**
**PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT**

Defendants WREG-TV, Inc. a.k.a. WREG Channel 3 and www.wreg.com

("WREG-TV"), WorldNow, a.k.a. www.worldnow.com ("WorldNow"), Andy Wise

a.k.a. Steven Andrew Wise ("Mr. Wise") and The New York Times, a.k.a. The New

York Times Company and www.nyt.com ("The New York Times") hereby oppose

Phillip Lacefield's ("Mr. Lacefield's") "Motion For Default Judgment . . . And / Or

Summary Judgment . . . ." Mr. Lacefield's motion is unwarranted and should be denied.

1.      Mr. Lacefield seeks a default judgment against "all defendants" even

though several of them filed a timely motion requesting that the time to respond to the

complaint be extended by a matter of days until September 30, 2005. That motion ("Motion Of Wreg-Tv, Inc., Worldnow, Andy Wise, And The New York Times Company For An Extension Of Time To Respond To The Complaint") was filed on September 6, 2005.

2.      The parties seeking the extension all reside or maintain their businesses outside of Massachusetts and requested a very short and reasonable extension to give them an opportunity to engage Massachusetts counsel, investigate Lacefield's "claims," and prepare an appropriate response.

3.      All of the reasons cited in the request for an extension of time are valid, and there is no reason not to afford the moving parties the few extra days required to prepare a meaningful response to the complaint. Significantly, the short extension of time requested by WREG-TV, WorldNow, Mr. Wise and The New York Times does not prejudice Mr. Lacefield in any way and Mr. Lacefield never even argues that it does.

4.      WREG-TV, WorldNow, Mr. Wise and The New York Times have this day responded to Mr. Lacefield's complaint by filing a motion to dismiss and a supporting memorandum of law.

5.      Like the allegations in his complaint, Mr. Lacefield's motion to default each of the defendants is nothing more than an exercise designed to harass the defendants in this action. This Court should deny Mr. Lacefield's present motion for default judgment and, as requested in the accompanying motion to dismiss, put a swift and final end to Mr. Lacefield's groundless litigation to prevent any further cost or inconvenience to the defendants who find themselves caught up in Mr. Lacefield's litigious machinations.

2

WREG-TV, WORLDNOW,
ANDY WISE AND
THE NEW YORK TIMES COMPANY
By their attorneys,


_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA  02110
617-542-5542


Dated:  September 29, 2005



## CERTIFICATE OF SERVICE

I, John Miller hereby certify that on this 29th day of September, 2005, I caused a copy of the foregoing document to be served upon all counsel of record in the above-captioned matter, by sending a copy first-class mail, postage prepaid to Phillip Lacefield, P.O. Box 3000, Forrest City, AR 72336-3000.


_____
John Miller