UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 SEP 29 A II: 20

U.S. DISTRICT COURT
DISTRICT OF MASS.

PHILLIP LACEFIELD, )
) 
Plaintiff, )
v. ) CIVIL NO. 05-11581 RCL
)
LEASECOM, et al., )
)
Defendants. )

### DEFENDANT WREG-TV'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, WREG-TV ("WREG-TV") states that it is a division of NYT Broadcast Holdings, LLC, which is owned by NYT Holdings, Inc., which in turn is owned by NYT Capital, Inc., which is owned by the New York Times Company. No public company directly holds more than 10% of the stock of WREG-TV.

WREG-TV
By its attorneys,

_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

Dated: September 29, 2005

### CERTIFICATE OF SERVICE

I, John Miller hereby certify that on this 29th day of September, 2005, I caused a copy of the foregoing document to be served upon all counsel of record in the above-captioned matter, by sending a copy first-class mail, postage prepaid to Phillip Lacefield, P.O. Box 3000, Forrest City, AR 72336-3000.

_____
John Miller