FILED
UNITED STATES DISTRICT COURT CLERKS OFFICE
FOR THE DISTRICT OF MASSACHUSETTS

2005 SEP 29  A 11: 20

| | |
|---|---|
| PHILLIP LACEFIELD, | ) |
| | ) U.S. DISTRICT COURT |
| Plaintiff, | ) DISTRICT OF MASS. |
| v. | ) CIVIL NO. 05-11581 RCL |
| | ) |
| LEASECOM, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT THE NEW YORK TIMES COMPANY'S
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.3, The New York Times Company states that it does not have a parent corporation and no publicly held company owns 10% or more of its stock.

THE NEW YORK TIMES COMPANY
By its attorneys,

_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

Dated: September 29, 2005

**CERTIFICATE OF SERVICE**

I, John Miller hereby certify that on this 29th day of September, 2005, I caused a copy of the foregoing document to be served upon all counsel of record in the above-captioned matter, by sending a copy first-class mail, postage prepaid to Phillip Lacefield, P.O. Box 3000, Forrest City, AR 72336-3000.

_____
John Miller