UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD, </br></br> Plaintiff, </br></br> v. </br></br> LEASECOM, et al., </br></br> Defendants. | CIVIL NO. 05-11581 RCL |

### DEFENDANT WORLDNOW'S
### CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Gannaway Web Holdings LLC d/b/a WorldNow ("WorldNow") states that the majority of its shares are owned by Gannaway Entertainment, Inc. No publicly held company owns 10% or more of WorldNow's stock.

WORLDNOW
By its attorneys,

_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA 02110
617-542-5542

Dated: September 29, 2005

### CERTIFICATE OF SERVICE

I, John Miller hereby certify that on this 29th day of September, 2005, I caused a copy of the foregoing document to be served upon all counsel of record in the above-captioned matter, by sending a copy first-class mail, postage prepaid to Phillip Lacefield, P.O. Box 3000, Forrest City, AR 72336-3000.

_____
John Miller