UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br>Plaintiff<br><br>v.<br><br>LEASECOMM CORPORATION, et al,<br>Defendants. | Civil Action No.<br>1:05-cv-11581-RCL |

## NOTICE OF APPEARANCE

Please enter the appearance of Kenneth V. Nourse, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 as counsel for the Defendant, Leasecomm Corporation, in the above-captioned action.

Respectfully submitted,

Date: September 30, 2005

_____
Kenneth V. Nourse (BBO No. 655781)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 951-2229
Fax: (888) 325-9091

## CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first-class mail on September 30, 2005.

_____
Kenneth V. Nourse