IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff,

V.

LEASECOMM, ET AL.,
    Defendants.

Civil Action

No.: 1:05-cv-11581-RCL

**REQUEST OF PLAINTIFF FOR CLERK OF COURT
TO ENTER ALL DEFENDANTS' DEFAULT AND REQUEST OF PLAINTIFF FOR
CLERK OF COURT TO ENTER DEFAULT JUDGMENT AGAINST ALL DEFENDANTS WITH
INCORPORATED AFFIDAVIT AND CERTIFICATION OF THE SUM CERTAIN AMOUNT DUE**

    Pursuant to F.R.Civ.P.55(a), pursuant to District Judge Reginald C. Lindsay's August 4, 2005 ORDERS, pursuant to the summons issued all defendants, and pursuant to the fact that all defendants have "failed to plead or otherwise defend as provided by these rules," i.e., the Federal Rules of Civil Procedure, request is hereby made by Plaintiff for the Clerk of this United States District Court to make an **entry of DEFAULT** against all defendants in the instant civil action, namely against LEASECOMM, CIT GROUP, WREG-TV, INC., WORLDNOW, ANDY WISE, THE NEW YORK TIMES, ET AL., Defendants.

    Pursuant to F.R.Civ.P.55(b)(1), and pursuant to, inter alia, the entering of DEFAULT requested above, request is hereby also made by Plaintiff for the Clerk of this United State District Court to make an **entry of DEFAULT JUDGMENT** against all defendants in the instant civil action, namely against LEASECOMM, CIT GROUP, WREG-TV, INC., WORLDNOW, ANDY WISE, THE NEW YORK TIMES, ET AL., Defendants for, inter alia, the **sum certain** amount of--

    1.   As to all defendants, et al.,
**"One Billion and Two Hundred Million Dollars ($1,200,000,000.00) per each defendant/conspirator and co-conspirator** (see Complaint no. 137)," and

    2.   Additionally--as to all defendants, "the cost of the suit, including a reasonable attorney's fee (see Complaint, no. 138)," and

    3.   Additionally--as to defendants ANDY WISE and WREG-TV, INC. **"Ten Million Dollars ($10,000,000.00) each** (see Complaint, no. 139)," and

    4.   Additionally, as to all defendants, **"Three Million Dollars ($3,000,000.00)** (see Complaint, no. 140)."

Plaintiff hereby certifies that, pursuant to the Complaint in this instant action, "RELIEF REQUESTED" section, nos. 122-143, inter alia, defendants are liable to Plaintiff for the sum certain amount due as follows:

    137. That each and every defendant/conspirator and co-conspirator be ordered to pay treble damages, supra, i.e., Six Hundred Million Dollars ($600,000,000.00), corporately, inclusive of all of its corporate officers and corporate executives, individually and in their official capacities, and inclusive of all of its co-conspirators, individually and in their official capacities, etc., for **a total of One Billion and Two Hundred Million ($1,200,000,000.00) per each defendant/conspirator and co-conspirator**, immediately, to the Plaintiff, pursuant to 18 U.S.C. Section 1964(c), quoted supra.

    138. That defendants pay for the cost of the suit, including a reasonable attorney's fee.

    139. That defendants ANDY WISE and WREG-TV, INC. be ordered to immediately pay Plaintiff Lacefield **Ten Million Dollars ($10,000,000.00) each**, from the civil lawsuit CT-002736-01, pursuant to their liability to Plaintiff discussed supra.

    140. That, since Plaintiff's damages continue to accrue, that all defendants be ordered by this Court to pay to Plaintiff eac first day of every month, on time, damages amounting to **One Million Dollars ($1,000,000.00) per month**, starting from the da of this filing, i.e., July 8, 2005.

                                               Respectfully Submitted,

*[signature: Phillip Lacefield]*

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000
870-630-6000

**CERTIFICATE OF SERVICE**

This certifies that I, PHILLIP LACEFIELD, Pro se, have delivere[d] filed and served a copy of the foregoing

**REQUEST OF PLAINTIFF FOR CLERK OF COURT
TO ENTER ALL DEFENDANTS' DEFAULT AND REQUEST OF PLAINTIFF FOR
CLERK OF COURT TO ENTER DEFAULT JUDGMENT AGAINST ALL DEFENDANTS WIT[H]
INCORPORATED AFFIDAVIT AND CERTIFICATION OF THE SUM CERTAIN AMOUNT D**

via first-class United States Mail, first-class postage prepaid, deposited in the Legal Mail Mailbox, located at FCC Forrest City, Forrest City, Arkansas 72335, to the following address:

Clerk of the United States District Court
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston Massachusetts 02210

THIS, the 23rd Day of September, 2005.

*[signature: Phillip Lacefield]*

PHILLIP LACEFIELD, Pro se