UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff

v.

LEASECOMM CORPORATION, et al,
    Defendants.

Civil Action No.
1:05-cv-11581-RCL

## NOTICE OF APPEARANCE

Please enter the appearance of Richard J. McCarthy, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 as counsel for the Defendant, Leasecomm Corporation, in the above-captioned action.

Date: September 30, 2005

Respectfully submitted,

_____
Richard J. McCarthy (BBO No. 528600)
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110
Tel: (617) 951-2230
Fax: (617) 439-4170

## CERTIFICATE OF SERVICE

I, Richard J. McCarthy, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first-class mail on September 30, 2005.

_____
Richard J. McCarthy

SCANNED

DATE:_____

BY:_____

BOS_505808_1/RMCCARTHY