UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff,

v.

LEASECOMM CORPORATION, et al,
    Defendants.

Civil Action No.
1:05-cv-11581-RCL

## DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS

Defendant Leasecomm Corporation, by its attorneys and pursuant to Fed. R. Civ. P. 12(b)(6) and 9(b), hereby moves to dismiss Plaintiff Phillip Lacefield's complaint with prejudice for lack of jurisdiction, failure to state a claim upon which relief can be granted (Fed. R. Civ. P. 12(b)(6), and failure to plead fraud with particularity (Fed. R. Civ. P. 9(b)). The Memorandum of Law in Support of Defendant Leasecomm Corporation's Motion to Dismiss which accompanies this Motion sets forth these grounds in detail.

LEASECOMM CORPORATION,

By its attorneys,

*/s/ Kenneth V. Nourse*

Richard J. McCarthy (BBO# 528600)
Kenneth V. Nourse (BBO# 655781)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
Tel: (617) 439-4444
Fax (617) 439-4170

## CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, on this 5th day of October, 2005, certify that I caused a copy of this Motion and the accompanying Memorandum of Law to be served by first-class mail on Phillip Lacefield, 18183-076, FCC Forrest City, P.O. Box 3000, Forrest City, AR 72336-3000 and electronically on counsel of record for all defendants.

*/s/ Kenneth V. Nourse*
Kenneth V. Nourse