UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,
     Plaintiff,

v.

LEASECOMM CORPORATION, et al,
     Defendants.

Civil Action No.
1:05-cv-11581-RCL

## MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS

### I.    PRELIMINARY STATEMENT

Defendant Leasecomm Corporation ("Leasecomm")[1] respectfully submits this memorandum of law in support of its Motion to Dismiss the Complaint of Plaintiff Phillip Lacefield ("Lacefield") with prejudice. First, Lacefield's *pro se* complaint amounts to an impermissible attempt, in the guise of a frivolous claim brought pursuant to RICO (18 U.S.C. § 1964) and related statutes, to obtain judicial review of a judgment and sentence entered in the United States District Court for the Western District of Tennessee, in a criminal case in which he pled guilty to certain counts, was found guilty of others, and ultimately was ordered to pay restitution to Leasecomm amounting to more than $ 300,000.00. In addition, Lacefield's complaint should be dismissed with prejudice because it fails to set forth facts satisfying the elements of RICO claims against Leasecomm, fails to plead fraud with particularity, and amounts to no more than a pastiche of allegations that fail to state any claim for relief.

---

[1] Plaintiff filed this action against "LEASECOMM, A.K.A. LEASECOMM CORPORATION and WWW.LEASECOMM.COM". Because WWW.LEASECOMM.COM is merely the Web address of Leasecomm Corporation's Website, Leasecomm Corporation submits this motion solely on behalf of Leasecomm Corporation.

## II.    COMPLAINT'S FACT ALLEGATIONS AS TO LEASECOMM

Plaintiff Phillip Lacefield is a federal prisoner in Arkansas who, in U.S. v. Phillip

Lacefield, 02-20051-01-Ma and 02-20203-01-Ma, W.D. Tenn., both filed Oct. 31, 2003

("Tennessee Criminal Actions", the judgments and dockets from which are attached hereto as

Exhibit A), was ordered to pay restitution to Leasecomm in an amount totaling $312,123.33.

Unhappy with the outcome of the Tennessee Criminal Actions, Lacefield filed the rambling

complaint instituting the instant action against Leasecomm and others, alleging vague RICO

violations. Complaint, ¶ 10. As a result of these alleged RICO violations, Lacefield claims to be

damaged by a "fraudulently procured" "bogus judgment" in the Tennessee Criminal Action,

which he alleges negatively affected his credit history, credit rating, and caused injury to his

business and property. Complaint, ¶¶ 14, 15. The Complaint does not specify what Leasecomm

allegedly did to affect the obtaining of this purportedly fraudulently procured bogus judgment

requiring restitution, other than to assert generally that Leasecomm presented false and

misleading statements to the Court. Id. ¶ 23. The Complaint also contains the conclusory

allegation that Leasecomm, in addition to other defendants, had a "leadership/organizer role" in

the alleged RICO activity. Id. Despite the 143 numbered paragraphs that comprise the

allegations of Lacefield's complaint, the complaint fails to allege with the requisite specificity

facts in support of his RICO claims against Leasecomm. The relief sought, in addition to

punitive and compensatory damages, includes an order voiding the judgment entered in the

Tennessee Criminal Actions. Complaint, ¶ 129.

## III.  ARGUMENT

### A.  THIS COURT DOES NOT HAVE JURISDICTION TO REVIEW A JUDGMENT OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE.

The Complaint fundamentally seeks judicial review of, and relief from, a judgment incorporating a restitution amount entered in the United States District Court for the Western District of Tennessee.  Such review and relief cannot be obtained from a different United States District Court.  Rather, plaintiff's exclusive remedy is either by motion filed in the United States District Court for the Western District of Tennessee (see, e.g., Rules 32, 35 and 38 of the Federal Rules of Criminal Procedure) or by appeal to the United States Court of Appeals for the Sixth Circuit.  (Based upon docket entries 159 through 166, 174, and 175 in Exhibit A hereto, such an appeal may well have been taken.)  In any event, this Court does not have jurisdiction to hear and decide this collateral attack on a judgment entered in a sister United States District Court.  For this reason alone, the complaint shall be dismissed.

### B.  LACEFIELD'S RICO CLAIMS AGAINST LEASECOMM SHOULD BE DISMISSED.

#### 1.  Lacefield Has Failed To Plead The Elements Of A Claim Under RICO, 18 U.S.C. § 1962(c).

Lacefield's RICO claim is premised on 18 U.S.C. § 1962(c).  To state a claim under this section, a plaintiff "must show: '(1) a violation of the RICO statute, 18 U.S.C. § 1962;  (2) an injury to business or property; and (3) that the injury was caused by the violation of Section 1962.'"  DeFalco v. Bernas, 244 F.3d 286, 305 (2d Cir. 2001) (quoting Pinnacle Consultants, Ltd. v. Leucadia Nat'l Corp., 101 F.3d 900, 904 (2d Cir. 1996)), cert. denied sub nom.  Dirie v. DeFalco, 122 S. Ct. 207 (2001).  To prove a violation of the RICO statute, Lacefield must establish, as to each defendant separately, "(1) conduct (2) of an enterprise (3) through a pattern (4) of racketeering activity."  Id. at 306 (quoting Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479,

496 (1985)).  A "pattern of racketeering activity" requires proof of at least two "predicate acts," one of which occurred after the effective date of the RICO statute, and the last of which occurred within ten years after the commission of a prior act of racketeering activity.  18 U.S.C. § 1961(5).

Lacefield fails at every turn to allege facts sufficient to sustain a RICO claim as to Leasecomm.  Specifically, he fails to allege sufficiently, as required: (1) the existence of a RICO "enterprise"; (2) that any defendant (much less Leasecomm) "conducts the affairs" of the alleged enterprise; (3) any predicate acts of "racketeering activity"; and (4) a "pattern" of racketeering activity.

In the end, Lacefield's complaint is little more than a free association of vague allegations against individual and corporate defendants with almost no attempt made to specify who did what, when, where, how or why.

###### a.       Lacefield Has Not Sufficiently Alleged The Existence Of An "Enterprise."

An "enterprise" is defined as "any individual, partnership, corporation, association, or other legal entity, and any union or group of individuals associated in fact although not a legal entity."  18 U.S.C. § 1961(4).  So far as can be discerned from his prolix complaint, Lacefield utterly fails to allege the existence of *any* enterprise consisting of Leasecomm and the other named defendants.

Allegations of a RICO enterprise must show "evidence of an ongoing organization, formal or informal, and . . . evidence that the various associates functioned as a continuing unit." United States v. Turkette, 452 U.S. 576, 583 (1981).  "Where the plaintiff alleges an association-in-fact enterprise, rather than a legal entity, a court 'must look to the hierarchy, organization, and activities of the association.'"  Manhattan Telecommunications Corp. v. DialAmerica Marketing,

BOS_505823_1/KNOURSE

Inc., 156 F. Supp. 2d 376, 380 (S.D.N.Y. 2001) (quoting Schmidt v. Fleet Bank, 16 F. Supp. 2d

340, 349 (S.D.N.Y. 1998)): "The RICO enterprise 'must exhibit structural continuity which

exists where there is an organizational pattern or system of authority that provides a mechanism

for directing the group's affairs on a continuing, rather than an ad hoc, basis.'" Manhattan

Telecommunications, 156 F. Supp. 2d at 380-81. Lacefield does not adequately allege an

enterprise when he simply strings together a number of defendants and calls them an enterprise.

See Nasik Breeding & Research Farm Ltd. v. Merck & Co., 165 F. Supp. 2d 514, 539 (S.D.N.Y.

2001).

Conspicuously absent are allegations that show that the defendant entities are interrelated.

The complaint says nothing about the "hierarchy, organization, and activities" of the enterprise,

as distinct from the individual activities of its purported members, nor is there any hint of

"structural continuity," an "organizational pattern," or a "system of authority." Manhattan

Telecommunications, 156 F. Supp. 2d at 380-81. Lacefield has simply alleged that Leasecomm,

and the other named defendants, engaged in "Wire Fraud, Mail Fraud, False Statements, Fraud

on the Court(s), Obstruction of Justice, Witness Tampering, Bank Fraud, Money Laundering,

and Extortion[.]" Complaint, ¶ 10. Critically, Lacefield alleges no activities of an "enterprise" in

which different "persons" play defined roles in an integrated alliance to achieve a collective

objective. This omission is fatal to his RICO claims. See Nasik Breeding, 165 F. Supp. 2d at

539 (allegations must clearly differentiate between "persons" and the "enterprise").

Accordingly, Lacefield has not alleged an enterprise sufficient to satisfy the RICO

statute.

BOS_505823_1/KNOURSE

### b.   Lacefield Has Not Sufficiently Alleged That Leasecomm, Or Any Defendants, Conducted The Affairs Of An Enterprise.

Section 1962(c) makes it "unlawful for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity or collection of unlawful debt." 18 U.S.C. § 1962(c). Therefore, to survive this motion, Lacefield must allege *at a minimum* that Leasecomm conducted the affairs of an alleged enterprise. Lacefield fails to do so in his complaint.

In Reves v. Ernst & Young, 507 U.S. 170, 189 (1993), the Supreme Court approved the "operation or management" test for determining RICO "participation." The Court explained that "liability depends on showing that the defendants conducted or participated in the conduct of the 'enterprise's affairs', not just their own affairs." Id. at 185; See also Dietrich v. Bauer, 76 F. Supp. 2d 312, 347 (S.D.N.Y. 1999) (not sufficient for RICO liability for defendant to merely conduct its own affairs). The RICO "person" does not "conduct" the affairs of an enterprise unless it "participate[s] in the operation or management of the enterprise itself." Reves, 507 U.S. at 185. "In order to 'participate, directly or indirectly, in the conduct of such enterprise's affairs,' one must have some part in directing those affairs." Id. at 179.

To the extent Lacefield's complaint may be construed to claim the existence of an enterprise that includes Leasecomm, he does not adequately allege that Leasecomm conducted its affairs. While Lacefield alleges that "LEASECOMM ET AL." assumed "a leadership role in the R.I.C.O. conspiracy, ... and participated in the R.I.C.O. activity, ... particularly in the presentation of false and misleading statements to the Courts, Mail Fraud, and/or Wire Fraud, Obstruction of Justice, and/or Witness Tampering, etc. in furtherance of the R.I.C.O. conspiracy[,]" he neither explains nor offers any hint at how Leasecomm supposedly participated

in the operation or management of an alleged association-in-fact enterprise. Instead, Lacefield merely proffers these conclusory allegations.

### c.    Lacefield Has Not Sufficiently Alleged Predicate Acts of "Racketeering Activity."

Before Leasecomm may be held liable under RICO, Lacefield must also show that each defendant engaged in two or more predicate acts of "racketeering activity." DeFalco, 244 F.3d at 305. "Racketeering activity" is conduct that is indictable under any one of a laundry list of federal criminal offenses. See 18 U.S.C. § 1961(1). Here, Lacefield accuses defendants of mail fraud, wire fraud, and Hobbs Act "ROBBERY". Complaint, ¶¶ 10, 110. His complaint, however, does not sufficiently plead that Leasecomm engaged in any of these predicate acts, or any other predicate acts of "racketeering activity".

Fed. R. Civ. P. 9(b) obligates Lacefield to allege fraud with particularity. This means that, "[i]n addition to specifying the allegedly fraudulent statements, and the speaker, time, and place of such statements, plaintiffs asserting mail or wire fraud must also 'identify the purpose of the mailing within the defendant's fraudulent scheme.'" Nasik Breeding, 165 F. Supp. 2d at 537. To state a claim for a predicate act based on mail fraud, Lacefield must adequately allege "[1] 'a scheme or artifice to defraud,' [2] furthered by the use of the mail, [3] to deprive another of money, property, or 'the intangible right of honest services.'" United States v. Handakas, 286 F.3d 92, 100 (2d Cir. 2001). To show a scheme to defraud, Lacefield must plead and prove "specific intent to defraud on the part of the defendant, and … material misrepresentations." Id. Lacefield, however, does not adequately allege with any particularity that Leasecomm made misrepresentations, that any "misrepresentions" fit into some overall scheme to defraud, or that they relied on the "misrepresentations." Lacefield's claim of wire fraud fails on exactly the same grounds, since the elements of wire fraud are essentially the same as those for mail fraud, except

BOS_505823_1/KNOURSE

that interstate wires must be used, not the mails. See United States v. Pierce, 224 F.3d 158, 165 (2d Cir. 2000).

### d.    Lacefield Has Not Sufficiently Alleged A "Pattern" Of Racketeering Activity.

No matter how Lacefield's complaint is interpreted, even if he adequately alleged "racketeering activity" by Leasecomm, his claim still fails because he does not adequately allege a "pattern" of racketeering activity. As noted above, a RICO pattern requires at least two predicate acts of not less than 10 years apart. 18 U.S.C. § 1961(5). The Supreme Court has emphasized that the mere existence of multiple predicate acts does not, by itself, suffice to establish a "pattern." Rather, courts must determine whether a "continuity" of criminal activity was established. "To establish a RICO pattern it must also be shown that the predicates themselves amount to, or that they otherwise constitute a threat of, *continuing* racketeering activity." H.J., Inc. v. Northwestern Bell Tel. Co., 492 U.S. 229, 240 (1989). There can either be "closed-ended continuity" -- "a series of related predicates extending over a substantial period of time" -- or "open-ended continuity" -- "past conduct that by its nature projects into the future with a threat of repetition." Id. at 241-42; See also GICC Capital Corp. v. Technology Finance Group, Inc., 67 F.3d 463, 466 (2d Cir. 1995), cert. denied, 518 U.S. 1017 (1996). Lacefield's stream of consciousness allegations demonstrate neither type of continuity.

### e.    Lacefield Does Not Sufficiently Allege Causation.

A RICO plaintiff must allege not only that racketeering activity occurred, but that "the racketeering activities injure[d] the Plaintiff in his business or property." Sedima, S.P.R.L. v. Imrex Co., 473 U.S. 479, 495 (1985). A RICO plaintiff "only has standing if, and can only recover to the extent that, he has been injured in his business or property by the conduct constituting the violation." Id. at 496. This causation requirement, which also is a required legal element of standing under RICO, is based on the statute's requirement that a private cause of

action only arises if plaintiffs have suffered injury to business or property "by reason of" a

Section 1962 violation.  18 U.S.C. § 1964(c).  A plaintiff who fails to allege causation has no

standing to assert a RICO claim, and the court before whom the claim is brought has no subject

matter jurisdiction to consider it.  See Moore v. PaineWebber, Inc., 189 F.3d 165, 169 n.3 (2d

Cir. 1999).

Lacefield's claim fails because both the "but for" and proximate cause of the injury of

which he complains – the $300,000.00 judgment in the Tennessee Criminal Actions – is the

result of the order of restitution in those actions, not the result of Leasecomm's activities.

### 2.    Lacefield Has Failed To Plead The Elements Of A Conspiracy Claim Under RICO, 18 U.S.C. § 1962(d).

Lacefield seems to allege that all of the defendants conspired to commit RICO violations,

thereby running afoul of 18 U.S.C. § 1962(d), which states that "[i]t shall be unlawful for any

person to conspire to violate any of the provisions of subsection (a), (b), or (c) of this section."

Lacefield's conspiracy claim fails, however, because their substantive RICO claims fail.  See

Cofacredit, S.A., 187 F.3d at 244-45 (plaintiff is "required to prove that if the agreed-upon

predicate acts had been carried out, they would have constituted a pattern of racketeering

activity"); Jordan (Bermuda) Investment Co. v. Hunter Green Investments Ltd., 154 F. Supp. 2d

682, 695 (S.D.N.Y. 2001) ("[A] RICO conspiracy claim cannot stand where the elements of the

substantive RICO provisions are not met.").  Lacefield's complaint is devoid of allegations that

the various defendants agreed to do anything, let alone to commit RICO predicate acts.  In

addition, as Lacefield's complaint fails to establish a violation of RICO by Leasecomm,

Lacefield's claim for conspiracy under 18 U.S.C. § 1962(d) must fail.  Schmidt v. Fleet Bank, 16

F. Supp. 2d 340, 352 (D. Mass. 1998); Lightning Lube, Inc. v. Witco Corp., 4 F. 3d 1153, 1191

(3rd Cir. 1993).  For these reasons, Lacefield's claim under § 1962(d) should also be dismissed.

## IV.    **CONCLUSION**

For the foregoing reasons, the complaint against Leasecomm should be dismissed with prejudice.

Respectfully submitted,

Richard J. McCarthy (BBO# 528600)
Kenneth V. Nourse (BBO# 655781)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA 02110-1800
Tel: (617) 439-4444
Fax (617) 439-4170

Attorneys for Defendant
Leasecomm Corporation

## CERTIFICATE OF SERVICE

I, Kenneth V. Nourse, on this 5th day of October, 2005, certify that I caused a copy of this Memorandum of Law to be served by first-class mail on Phillip Lacefield, 18183-076, FCC Forrest City, P.O. Box 3000, Forrest City, AR 72336-3000 and electronically on counsel of record for all defendants.

Kenneth V. Nourse

BOS_505823_1/KNOURSE



# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## MEMPHIS DIVISION

FILED BY WE O.C.

03 OCT 31  PM 4: 14

**UNITED STATES OF AMERICA**

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

-v-

**02-20051-01-Ma** ✓
**02-20203-01-Ma**

**PHILLIP LACEFIELD**

**Michael E. Scholl, CJA**
**Defense Attorney**
**8 S. Third Street, 4th Floor**
**Memphis, Tennessee  38103**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant was found guilty on Counts 1-5 of Indictment # 02-20203 on February 5, 2003 and the defendant pleaded guilty to Counts 1-4 and 10 of Indictment # 02-20051 on February 05, 2003 and agrees to the forfeiture as contained in Count 18 of Indictment # 02-20051. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1957 | Engaging in monetary transactions of property derived from unlawful activity | 12/12/2000 | 1 - 3  (02-20051) |
| 18 U.S.C. § 1028(a)(7) | Fraud with identification documents | 07/27/2000 | 4 & 10  (02-20051) |
| 18 U.S.C. § 1341 | Mail fraud | 04/29/2002 | 1  (02-20203) |
| 18 U.S.C. § 1343 | Wire fraud | 04/29/2002 | 2  (02-20203) |
| 18 U.S.C. § 1014 | False statements on loan/credit application | 03/08/2002 | 3  (02-20203) |
| 18 U.S.C. § 1001 | False statements | 03/18/2002 | 4 & 5  (02-20203) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

Counts 5 - 9 and 11 - 17 are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

| | |
|---|---|
| Defendant's Soc. Sec. No. | 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 |
| Defendant's Date of Birth: | 01/30/1957 |
| Deft's U.S. Marshal No.: | 18183-076 |

Date of Imposition of Sentence:
October 29, 2003

Defendant's Residence Address:
6160 Calla Cove
Bartlett, TN   38135

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___11-3-03___

**SAMUEL H. MAYS, JR.**
UNITED STATES DISTRICT JUDGE

October___30___, 2003   /158/

Case No: 02-20051-01-Ma  & 02-20203-01-Ma
Defendant Name: Phillip Lacefield                                       Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred eight (108) months**.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

 at_____, with a certified copy of this judgment.

_____

UNITED STATES MARSHAL

By:_____

Deputy U.S. Marshal

Case No: 02-20051-01-Ma  & 02-20203-01-Ma
Defendant Name: Phillip Lacefield                                          Page 3 of 5

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1.  The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.  The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.  The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4.  The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5.  The defendant shall notify the probation officer **ten (10) days prior** to any change in residence or employment;

6.  The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7.  The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8.  The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9.  The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

10.     The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

11.     The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12.     As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13.     If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.     The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

2.     The defendant shall provide the Probation Officer access to any requested financial information.

3.     The defendant shall seek and maintain lawful full-time employment.   The defendant shall not be employed where he may have access to personal identifying information of others.

4.     The defendant shall pay restitution in regular monthly installments in an amount of ten (10) % of defendant's gross income (from all sources, before any deductions, exemptions and taxes).

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than \$2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **\$1,000.00** | | **\$314,825.83** |

The Special Assessment shall be due immediately.

Case No: 02-20051-01-Ma  & 02-20203-01-Ma
Defendant Name: Phillip Lacefield                                              Page 5 of 5

## FINE

No fine imposed.

## RESTITUTION

Restitution in the amount of **$314,825.83** is hereby ordered.  The defendant shall make restitution to the following victims in the amounts listed below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Teresa D. Johnson | $1,163.50 | $1,163.50 | |
| Ayana Mayes | $400.00 | $400.00 | |
| Darlene Cowan | $550.00 | $550.00 | |
| Rosita C. Miller Pettis | $250.00 | $250.00 | |
| Anthony Flowers | $99.00 | $99.00 | |
| Robert Thomas | $240.00 | $240.00 | |
| Leasecomm Corporation Attn: Carol Salvo, VP, Legal 10-M Commerce Way Woburn, MA 01801 | $312,123.33 | $312,123.33 | |

Restitution payments are to be disbursed to the individual payees first.  If the defendant makes a partial payment, each individual payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column above.    Restitution payments to be disbursed to Leasecomm Corporation after individual payees have been paid in full.

The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. § 3664(f)(3)(B), the court orders nominal payments and this is reflected in the Statement of Reasons page.

Case 2:02-cr-20051-SHM-tmp    Document 158    Filed 10/31/2003    Page 6 of 7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 158 in case 2:02-CR-20051 was distributed by fax, mail, or direct printing on November 3, 2003 to the parties listed.

---

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

William Bryan Penn
PENN & ASSOCIATES
P.O. Box 770925
Memphis, TN 38177

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson
Suite 200
Memphis, TN 00000

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson
Suite 200
Memphis, TN 00000

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Diane Vescovo
OFFICE OF MAGISTRATE JUDGE DIANE K. VESCOVO
167 N. Main St., Room 341
Memphis, TN 38103

Tu M. Pham
U.S. District Judge
167 N. Main Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT

**U.S. District Court**
**Western District of Tennessee (Memphis)**
**CRIMINAL DOCKET FOR CASE #: 2:02-cr-20051-SHM-tmp-1**

---

Case title: USA v. Lacefield                           Date Filed: 02/27/2002

---

Assigned to: Samuel H. Mays, Jr
Referred to: Tu M. Pham


**Defendant**

**Phillip Lacefield** (1)                 represented by   **Fed. Public Defender**
*TERMINATED: 10/31/2003*                                   FEDERAL PUBLIC DEFENDER
                                                           200 Jefferson Ave.
                                                           Ste. 200
                                                           Memphis, TN 38103
                                                           901-544-3895
                                                           Fax: 555-5555
                                                           *TERMINATED: 06/24/2002*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or Community*
                                                           *Defender Appointment*

                                                           **Michael Edwin Scholl**
                                                           THE SCHOLL LAW FIRM
                                                           8 S. Third St.
                                                           Fourth Floor
                                                           Memphis, TN 38103-2381
                                                           901-529-8500
                                                           Fax: 524-1803
                                                           *TERMINATED: 10/31/2003*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or Community*
                                                           *Defender Appointment*

                                                           **Pamela B. Hamrin**
                                                           FEDERAL PUBLIC DEFENDER
                                                           200 Jefferson Ave.
                                                           Ste. 200
                                                           Memphis, TN 38103
                                                           901-544-3895
                                                           Fax: 555-5555
                                                           *TERMINATED: 06/27/2003*
                                                           *LEAD ATTORNEY*
                                                           *ATTORNEY TO BE NOTICED*
                                                           *Designation: Public Defender or Community*
                                                           *Defender Appointment*

                                                           **William Bryan Penn**
                                                           PENN & ASSOCIATES
                                                           P.O. Box 770925

Memphis, TN 38177-0923
901-527-5908
Fax: 527-0908
*TERMINATED: 06/11/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1957-7600.F ENGAGING IN MONETARY TRANSACTIONS (1s-3s) | dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (4s) | dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (5s-9s) | dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (10s) | dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US |
| 18:1028A.F FRAUD WITH IDENTIFICATION DOCUMENTS (11s-15s) | dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US |
| 18:1001.F STATEMENTS OR ENTRIES GENERALLY (16s-17s) | dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

---

**Plaintiff**

**USA**                                   represented by   **Camille Reese McMullen**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tracy Lynn Berry**
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103
901-544-4231
Fax: 544-0854
*TERMINATED: 09/01/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2002 | 1 | INDICTMENT by USA Counts filed against Phillip Lacefield (1) count(s) 1-3, 4-17, 18 and 19 (Criminal Forfeiture) (YDS) (Entered: 02/28/2002) |
| 02/27/2002 | 2 | ARREST Warrant issued for Phillip Lacefield by Mag Judge J. D. Breen (YDS) (Entered: 02/28/2002) |
| 02/28/2002 | 3 | EX PARTE SEALED MOTION (re: Post-Indictment Restraining Order) by USA as to defendant Phillip Lacefield w/ Memorandum attached; SEALED DOCUMENT PLACED IN VAULT (YDS) (Entered: 02/28/2002) |
| 02/28/2002 | 4 | ARREST Warrant returned executed as to defendant Phillip Lacefield ; defendant arrested on 2/27/02 (YDS) (Entered: 02/28/2002) |
| 02/28/2002 | 5 | MINUTES: Before Mag Judge Diane K. Vescovo initial appearance of Phillip Lacefield on Indictment; Court read charges to dft and advised of rights; dft will retain counsel; Attorney William Penn present - for limited appearance; PTS Report requested; Order of Temporary Detention entered , Preliminary/detention hearing set for 2:30 3/1/02 AUSA: T. Berry Dft Atty: William Penn C/R: FTR (YDS) (Entered: 02/28/2002) |
| 02/28/2002 | 6 | ORDER of Temporary Detention by Mag Judge Diane K. Vescovo as to defendant Phillip Lacefield : Upon motion of the US, it is Ordered that the bond hrg is set for 3/1/02 @ 2:30pm before Mag Judge Allen, Courtroom #6. (cc: all counsel) (YDS) (Entered: 02/28/2002) |
| 02/28/2002 | 9 | SEALED DOCUMENT (Post Indictment Restraining Order) by Judge Julia S. Gibbons; SEALED DOCUMENT PLACED IN VAULT (Former Emp) (Entered: 03/04/2002) |
| 03/01/2002 | 7 | MINUTES: Before Mag Judge James H. Allen Detention Hearing Minutes as to dft Phillip Lacefield; probable cause/ detention hearing reset for 4:00 3/4/02 before Mag Judge Allen; Order of Temporary Detention entered , $25,000/Secured Bond set AUSA: Tracy Berry Dft Atty: William Penn C/R: Gere Rivera (YDS) (Entered: 03/04/2002) |
| 03/01/2002 | 8 | ORDER of Temporary Detention by Mag Judge James H. Allen as to defendant Phillip Lacefield : Upon motion of the dft, it is Ordered that a detention hrg is re-set for 3/4/02 @ 4:00pm before Mag Judge Allen, Courtroom 6. (cc: all counsel) (YDS) (Entered: 03/04/2002) |
| 03/04/2002 | 10 | MINUTES: Before Mag Judge James H. Allen Preliminary/ Detention Hearing Minutes as to dft Phillip Lacefield on Indictment; arraignment set for 9:30 3/13/02 , $20,000/Secured Bond set; BRA explained and signed AUSA: Tracy Berry Dft Atty: Penn C/R: Brenda Parker (YDS) (Entered: 03/05/2002) |
| 03/05/2002 | 11 | ORDER setting conditions of release for Phillip Lacefield by Mag Judge James H. |

| | | Allen; dft shall appear on 3/13/02 @ 9:30am, the USM is ORDERED to keep the dft in custody until notified that the dft has posted bond and/or complied w/all other conditions for release. (YDS) (Entered: 03/05/2002) |
|---|---|---|
| 03/05/2002 | 12 | BOND Posted ( $20,000/Secured) by Phillip Lacefield w/Power No. XK - 61522 (YDS) (Entered: 03/05/2002) |
| 03/05/2002 | 13 | SETTING LETTER : Arraignment set for 9:30 3/13/02 for Phillip Lacefield before Mag Judge James H. Allen, Courtroom 6 (YDS) (Entered: 03/06/2002) |
| 03/13/2002 | 14 | MINUTES: Before Mag Judge James H. Allen Arraignment Minutes as to dft Phillip Lacefield; dft waives formal reading of the charges; dft was arraigned; Not Guilty plea entered; Attorney William Penn present; trial/report date notices handed to attorneys; dft to remain on present bond , report date set for 9:00 3/21/02 ; jury trial set for 9:30 4/1/02 ; speedy trial ddl 5/11/02 AUSA: Camille McMullen Dft Atty: Penn C/R: FTR 3/13/02, 9:42 (YDS) (Entered: 03/13/2002) |
| 03/13/2002 | 15 | ORDER ON ARRAIGNMENT by Mag Judge James H. Allen as to dft Phillip Lacefield : dft entered a plea of not guilty. All motions shall be filed w/i 30 days from the date hereof unless such period is extended. Dft may stand on present bond. (cc: all counsel) (YDS) (Entered: 03/13/2002) |
| 03/15/2002 | 16 | SETTING LETTER : report date set for 9:00 3/28/02 for Phillip Lacefield, Courtroom 3 (YDS) (Entered: 03/15/2002) |
| 03/28/2002 | 18 | MINUTES: Before Judge Bernice B. Donald Report Date Minutes as to dft Phillip Lacefield; request for continuance by dft; reason: additional time to prepare; report date set for 9:00 7/18/02; jury trial set for 8/5/02 , Time excluded through 8/16/02 (oral order of the court) AUSA: T. Berry Dft Atty: W. Penn C/R: Lynn Dudley (YDS) (Entered: 04/03/2002) |
| 03/29/2002 | 17 | SETTING LETTER : report date set for 9:00 7/18/02 for Phillip Lacefield, Courtroom 3 (YDS) (Entered: 04/01/2002) |
| 04/03/2002 | 19 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Bernice B. Donald report date set for 9:00 7/18/02 ; jury trial set for 9:30 8/5/02 as to Phillip Lacefield period of excludable time from 4/12/02 through 8/16/02 to allow defense counsel additional time to prepare. (cc: all counsel) (YDS) (Entered: 04/04/2002) |
| 04/05/2002 | 20 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 04/05/2002) |
| 04/12/2002 | 21 | NOTICE REGARDING PASSPORT by Pretrial Services as to Phillip Lacefield (YDS) (Entered: 04/12/2002) |
| 04/12/2002 | 22 | MOTION as to Phillip Lacefield for production of discovery and inspection (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 23 | MOTION as to Phillip Lacefield for early disclosure of Jencks Act Material and Brief in Support (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 24 | MOTION as to Phillip Lacefield to compel disclosure of the existence and substance of promises of immunity, leniency, or preferential treatment W/Memorandum of Law in Support (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 25 | MOTION as to Phillip Lacefield for disclosure of exculpatory evidence and Brief in Support (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 26 | MOTION as to Phillip Lacefield for order revealing the identity of any confidential informant (YDS) (Entered: 04/15/2002) |

| | | |
|---|---|---|
| 04/12/2002 | 27 | MOTION as to Phillip Lacefield to produce guideline sentencing information (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 28 | MOTION as to Phillip Lacefield for disclosure of Rule 404(B) Evidence and Brief in Support (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 29 | MOTION as to Phillip Lacefield for order requiring the govt agents to retain rough notes of interviews of witnesses w/Memorandum of Law in Support (YDS) (Entered: 04/15/2002) |
| 04/12/2002 | 30 | MOTION as to Phillip Lacefield to extend time to file pre-trial motions (YDS) (Entered: 04/15/2002) |
| 04/15/2002 | 31 | CONSOLIDATED RESPONSE by plaintiff USA to motion to extend time to file pre-trial motions [30-1], motion for order requiring the govt agents to retain rough notes of interviews of witnesses [29-1], motion for disclosure of Rule 404(B) Evidence [28-1], motion to produce guideline sentencing information [27-1], motion for order revealing the identity of any confidential informant [26-1], motion for disclosure of exculpatory evidence [25-1], motion to compel disclosure of the existence and substance of promises of immunity, leniency, or preferential treatment [24-1], motion for early disclosure of Jencks Act Material [23-1], motion for production of discovery and inspection [22-1] (YDS) (Entered: 04/15/2002) |
| 04/16/2002 | 32 | SETTING LETTER : Motions hearing set for 1:30 4/25/02 for Phillip Lacefield, Courtroom 3 (YDS) (Entered: 04/16/2002) |
| 04/25/2002 | 33 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 04/25/2002) |
| 04/25/2002 | 34 | MINUTES: Before Judge Bernice B. Donald Motion hearing held on 4/25/02 as to dft Phillip Lacefield ; denying motion for early disclosure of Jencks Act Material [23-1], finding the motion for order revealing the identity of any confidential informant [26-1] moot., finding the motion for disclosure of Rule 404(B) Evidence [28-1] moot., granting motion for order the govt agents to retain rough notes of interviews of witnesses [29-1], granting motion to extend time to file pre-trial motions [30-1]; report date set for 9:00 6/27/02 AUSA: T. Berry Dft Atty: W. Penn C/R: Lynn Dudley (YDS) (Entered: 04/26/2002) |
| 04/26/2002 | 35 | ORDER ON VARIOUS MOTIONS by Judge Bernice B. Donald granting in part motion for early disclosure of Jencks Act Material [23-1]; granted in part, the govt will provide Jencks material at least five days prior to trial; finding the motion to compel disclosure of the existence and substance of promises of immunity, leniency, or preferential treatment [24-1] moot.; govt states that there are no such promises; granting motion for disclosure of exculpatory evidence [25-1]; finding the motion for order revealing the identity of any confidential informant [26-1] moot., govt represents that there are no confidential informants; striking motion to produce guideline sentencing information [27-1], stricken as pre-mature, w/o prejudice; granting motion for disclosure of 404(B) Evidence [28-1], granting motion for order the govt agents to retain rough notes of interviews of witnesses [29-1], granting motion to extend time to file pre-trial motions [30-1], dft is granted until 6/4/02 to file pre-trial motions. (cc: all counsel) (YDS) (Entered: 04/26/2002) |
| 04/29/2002 | 36 | ORDER OF TRANSFER by Judge Bernice B. Donald this case is hereby transferred to Judge J. Gibbons in exchange for # 02-20054 (cc: all counsel) (PWM) (Entered: 04/29/2002) |
| 05/07/2002 | 37 | SETTING LETTER : report date set for 9:30 7/26/02 for Phillip Lacefield, Courtroom 1 (YDS) (Entered: 05/07/2002) |
| 05/17/2002 | 38 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: |

| | | 05/20/2002 |
|---|---|---|
| 05/24/2002 | 39 | MOTION as to Phillip Lacefield to extend time to file pretrial motions (YDS) (Entered: 05/28/2002) |
| 05/24/2002 | 40 | MOTION as to Phillip Lacefield to withdraw as attorney of record by William Bryan Penn , and for appointment of counsel (YDS) (Entered: 05/28/2002) |
| 05/24/2002 | 41 | MOTION as to Phillip Lacefield for order declaring defendant indigent in support of motion for appointment of counsel [40-1] (YDS) (Entered: 05/28/2002) |
| 05/28/2002 | 42 | RESPONSE by plaintiff USA to motion to extend time to file pretrial motions [39-1] (YDS) (Entered: 05/29/2002) |
| 05/29/2002 | 43 | RESPONSE by plaintiff USA to motion to withdraw as attorney of record by William Bryan Penn [40-1] (YDS) (Entered: 05/30/2002) |
| 06/04/2002 | 45 | ORDER OF REFERENCE by Judge Julia S. Gibbons referring to Mag Judge Diane K. Vescovo the motion for order declaring defendant indigent [41-1], the motion to withdraw as attorney of record by William Bryan Penn [40-1], the motion for appointment of counsel [40-2]; this matter is hereby referred to the US Mag Judge for a determination. Any exceptions to the Mag Judge's order shall be made by motion w/i 10 days of the order. (cc: all counsel) (YDS) (Entered: 06/06/2002) |
| 06/05/2002 | 44 | MOTION by USA as to Phillip Lacefield to revoke pretrial release (YDS) (Entered: 06/06/2002) |
| 06/07/2002 | 46 | RESPONSE by defendant Phillip Lacefield to motion to revoke pretrial release [44-1] (YDS) (Entered: 06/10/2002) |
| 06/10/2002 | 47 | ORDER GRANTING EXTENSION OF TIME TO FILE PRETRIAL MOTIONS by Judge Julia S. Gibbons granting motion to extend time to file pretrial motions [39-1] up to and including 7/1/02 (cc: all counsel) (YDS) (Entered: 06/10/2002) |
| 06/11/2002 | 48 | ORDER ALLOWING RETAINED COUNSEL TO WITHDRAW, DECLARING DEFENDANT INDIGENT, AND APPOINTING FEDERAL PUBLIC DEFENDER by Mag Judge Diane K. Vescovo granting motion for order declaring defendant indigent [41-1], granting motion to withdraw as attorney of record by William Bryan Penn [40-1] withdrawing attorney William Bryan Penn for Phillip Lacefield; granting motion for appointment of counsel [40-2]; appointing Attorney Fed. Public Defender : It is ORDERED that the Federal Public Defender is appointed to represent the dft, either personally or through his assistant, unless relieved by order of this court or by order of the court of appeals. It is further ORDERED that William Bryan Penn be and hereby is allowed to w/draw as counsel for the dft and he is relieved from further representation of the dft as of the date of this order. Lacefield's request to release frozed assets is denied. (cc: all counsel) (YDS) (Entered: 06/11/2002) |
| 06/14/2002 | 49 | ORDER DENYING MOTION TO REVOKE PRETRIAL RELEASE by Judge Julia S. Gibbons denying motion to revoke pretrial release [44-1]; because this matter was resolved in a hrg held in case no. 02-20203-G/V, the motion is denied. (cc: all counsel) (YDS) (Entered: 06/14/2002) |
| 06/24/2002 | 50 | ADMINISTRATIVE ORDER No. 02-12 by Judge Julia S. Gibbons case reassigned to Judge Samuel H. Mays Jr. as to Phillip Lacefield (cc: all counsel) (YDS) (Entered: 06/24/2002) |
| 06/24/2002 | 51 | NOTICE OF APPEARANCE for defendant Phillip Lacefield by Attorney Pamela B. Hamrin (YDS) (Entered: 06/25/2002) |
| 06/24/2002 | 52 | RULE 16 Discovery Request as to defendant Phillip Lacefield (YDS) (Entered: 06/25/2002) |

| | | |
|---|---|---|
| 06/25/2002 | 53 | MOTION as to Phillip Lacefield to extend motion deadlines until 8/30/02 (YDS) (Entered: 06/25/2002) |
| 06/25/2002 | 54 | MOTION as to Phillip Lacefield for order for post-restraint, pretrial hearing regarding frozen assests and Memorandum in Support of Motion (YDS) (Entered: 06/25/2002) |
| 06/25/2002 | 55 | NOTICE OF CHANGE OF ADDRESS by Phillip Lacefield : P.O. Box 280731, Memphis, TN, 38168-0731 (YDS) (Entered: 06/25/2002) |
| 07/01/2002 | 56 | ORDER GRANTING MOTION FOR EXTENSION OF MOTIONS DEADLINES by Judge Samuel H. Mays Jr. granting motion to extend motion deadlines until 8/30/02 [53-1] (cc: all counsel) (YDS) (Entered: 07/02/2002) |
| 07/01/2002 | 60 | RESPONSE by plaintiff USA to motion for reconsideration of order granting extension of time to file pretrial motions [57-1] (YDS) (Entered: 07/03/2002) |
| 07/02/2002 | 58 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 07/03/2002) |
| 07/02/2002 | 59 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 07/03/2002) |
| 07/03/2002 | 57 | MOTION by USA as to Phillip Lacefield for reconsideration of order granting extension of time to file pretrial motions (YDS) (Entered: 07/03/2002) |
| 07/05/2002 | 61 | RESPONSE by defendant Phillip Lacefield to motion for reconsideration of order granting extension of time to file pretrial motions [57-1] (YDS) (Entered: 07/08/2002) |
| 07/05/2002 | 62 | ORDER DENYING MOTION TO RECONSIDER ORDER GRANTING EXTENSION OF TIME TO FILE MOTIONS by Judge Samuel H. Mays Jr. denying motion for reconsideration of order granting extension of time to file pretrial motions [57-1] (cc: all counsel) (YDS) (Entered: 07/08/2002) |
| 07/16/2002 | 63 | RESPONSE by plaintiff USA to motion for order for post-restraint, pretrial hearing regarding frozen assests [54-1] (YDS) (Entered: 07/16/2002) |
| 07/18/2002 | 64 | SETTING LETTER : report date set for 2:00 7/26/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 07/19/2002) |
| 07/26/2002 | 65 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; dft on bond; request for continuance by dft; reason: additional time to prepare; report date set for 2:00 8/23/02; jury trial set for 9/3/02, Time excluded through 9/13/02 (oral order of the court) AUSA: Tracy Berry Dft Atty: Randolph Alden for Pam Hamrin C/R: Korian Neal (YDS) (Entered: 07/29/2002) |
| 07/30/2002 | 66 | SETTING LETTER : report date set for 2:00 8/23/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 07/30/2002) |
| 08/02/2002 | 67 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 8/23/02; jury trial set for 9:30 9/3/02 as to Phillip Lacefield period of excludable time from 7/26/02 through 9/13/02 to allow for additional time to prepare. (cc: all counsel) (YDS) (Entered: 08/02/2002) |
| 08/23/2002 | 68 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillips Lacefield; dft on bond; request for continuance by dft; reason: discovery incomplete (02-20051); motion(s) pending; report date set for 2:00 9/27/02; jury trial set for 10/7/02; to be separate trials; 02-20203 will likely go to trial first, Time excluded through 10/18/02 (oral order of the court) AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 08/27/2002) |
| 08/28/2002 | 69 | SETTING LETTER : report date set for 2:00 9/27/02 for Phillip Lacefield, Courtroom 2 |

| | | |
|---|---|---|
| | | (YDS) (Entered: 08/28/2002) |
| 08/29/2002 | 70 | MOTION as to Phillip Lacefield for extension of motions deadlines to 9/13/02 (YDS) (Entered: 08/30/2002) |
| 08/29/2002 | 71 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 9/27/02; jury trial set for 9:30 10/7/02 as to Phillip Lacefield period of excludable time from 8/23/02 through 10/18/02 to allow for additional time to prepare and for disposition of the pending motion. (cc: all counsel) (YDS) (Entered: 08/30/2002) |
| 08/30/2002 | 72 | RESPONSE by plaintiff USA to motion for extension of motions deadlines to 9/13/02 [70-1] (YDS) (Entered: 09/03/2002) |
| 09/05/2002 | 73 | ORDER EXTENDING MOTIONS DEADLINE by Judge Samuel H. Mays Jr. granting motion for extension of motions deadlines to 9/13/02 [70-1] (cc: all counsel) (YDS) (Entered: 09/05/2002) |
| 09/13/2002 | 74 | SEALED MOTION (re: Restricting Extra-Judicial Statements) by defendant Phillip Lacefield; SEALED DOCUMENT PLACED IN VAULT (YDS) (Entered: 09/17/2002) |
| 09/18/2002 | 75 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 09/19/2002) |
| 09/26/2002 | 76 | RESPONSE to Motion to Dismiss, or in the alternative, for a Motion to Compel Production by plaintiff USA (YDS) (Entered: 09/26/2002) |
| 09/26/2002 | 77 | SEALED DOCUMENT (Response to Sealed Motion re: Extra-Judicial Statements [74-1]) by plaintiff USA ; SEALED DOCUMENT PLACED IN VAULT (YDS) (Entered: 09/26/2002) |
| 09/26/2002 | 78 | SUPERSEDING indictment by USA; counts filed against Phillip Lacefield (1) count(s) 1s-3s, 4s-15s, 16s-17s and Criminal Forfeiture Count 18s (YDS) (Entered: 09/27/2002) |
| 09/27/2002 | 80 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; dft on bond; request for continuance by dft; reason: additional time to prepare, pending superseding indictment(s); report date set for 2:00 10/25/02; jury trial set 11/4/02 , Time excluded through 11/15/02 (oral order of the court) AUSA: Camille McMullen for Tracy Berry Dft Atty: Lee Gerald for Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 10/02/2002) |
| 09/30/2002 | 79 | MOTION by USA as to Phillip Lacefield to withdraw document Reponse to Motion to Dismiss [76-1] (YDS) (Entered: 10/01/2002) |
| 10/01/2002 | 81 | ORDER GRANTING MOTION TO WITHDRAW RESPONSE by Judge Samuel H. Mays Jr. granting motion to withdraw document Reponse to Motion to Dismiss [76-1]; withdrawing motion response [76-1] (cc: all counsel) (YDS) (Entered: 10/02/2002) |
| 10/01/2002 | 82 | SEALED DOCUMENT (Order re Extra-Judicial Statements [74-1]) by Judge Samuel H. Mays Jr.; SEALED DOCUMENT PLACED IN VAULT (Former Emp) (Entered: 10/02/2002) |
| 10/02/2002 | 83 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 10/03/2002) |
| 10/03/2002 | 84 | MINUTES: Before Mag Judge James H. Allen Arraignment Minutes as to dft Phillip Lacefield - Supseding Indictment; dft arraigned; dft on bond; dft waives formal reading of the charges; Not Guilty plea entered; Attorney Pam Hamrin present; trial/report date notices handed attorneys; dft to remain on present bond , report date set for 2:00 10/25/02; jury trial set for 9:30 11/4/02 AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: FTR Frenette Hurd (YDS) (Entered: 10/04/2002) |

| 10/03/2002 | 85 | ORDER ON ARRAIGNMENT by Mag Judge James H. Allen as to dft Phillip Lacefield; dft entered a plea of not guilty. All motions shall be filed w/i 30 days from the date hereof unless such period is extended. Dft may stand on present bond. (cc: all counsel) (YDS) (Entered: 10/04/2002) |
|---|---|---|
| 10/08/2002 | 86 | SETTING LETTER : report date set for 2:00 10/25/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 10/08/2002) |
| 10/17/2002 | 87 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 10/25/02; jury trial set for 9:30 11/4/02 as to Phillip Lacefield period of excludable time from 9/27/02 through 11/15/02 to allow additional time to prepare. (cc: all counsel) (YDS) (Entered: 10/18/2002) |
| 10/23/2002 | 88 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 10/23/2002) |
| 10/25/2002 | 90 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; dft on bond; reason for continuance: motion(s) pending, additional time to prepare, Superseding Indictment in 02-20051; report date set for 2:00 11/22/02; jury trial set 12/2/02; may be Superseding Indictment in 02-20203; case 02-20203 to be tried first; counsel proposed report dates of 12/23/02 for 02-20203 for 02-20203 and 1/24/02 for 02-20051; counsel working on Bates Stamping , Time excluded through 12/13/02 (oral order of the court) AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 10/29/2002) |
| 10/28/2002 | 89 | TRANSCRIPT of proceedings for the following date(s): 3/4/02 as to defendant Phillip Lacefield of Detention Hearing before Mag Judge Allen; Court Reporter: Brenda Parker (DOCUMENT PLACED IN A SEPARATE FOLDER) (YDS) (Entered: 10/29/2002) |
| 10/29/2002 | 91 | SETTING LETTER : report date set for 2:00 11/22/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 10/31/2002) |
| 11/21/2002 | 92 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 11/22/02 ; jury trial set for 9:30 12/2/02 as to Phillip Lacefield period of excludable time from 10/25/02 through 12/13/02 to allow additional time to prepare and for disposition of pending motion. (cc: all counsel) (YDS) (Entered: 11/21/2002) |
| 11/22/2002 | 93 | MOTION by USA as to Phillip Lacefield to amend conditions of pretrial release (YDS) (Entered: 11/22/2002) |
| 11/22/2002 | 94 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; dft on bond; request for continuance by dft; reason: additional time to prepare; report date set for 2:00 12/23/02; jury trial set 2/3/03 , Time excluded through 1/17/03 (oral order of the court) AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 11/29/2002) |
| 11/29/2002 | 96 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 12/23/02; jury trial set for 9:30 1/6/03 as to Phillip Lacefield period of excludable time from 11/22/02 through 1/17/03 to allow additional time to preparation. (cc: all counsel) (YDS) (Entered: 12/04/2002) |
| 12/03/2002 | 95 | SETTING LETTER : report date set for 2:00 12/23/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 12/03/2002) |
| 12/23/2002 | 98 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; request for continuance by dft; reason: discovery review incomplete; additional time to prepare; to be tried after 02-20203; report date set for 2:00 1/24/03; |

| | | |
|---|---|---|
| | | jury trial set for 2/3/03 , Time excluded through 2/14/03 (oral order of the Court) AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 01/03/2003) |
| 01/02/2003 | 97 | MOTION by USA as to Phillip Lacefield to continue matters until February Rotation Period and specially set the trial in February, 2003 (YDS) (Entered: 01/03/2003) |
| 01/13/2003 | 99 | MINUTES: Before Judge Samuel H. Mays Jr. Attorney Conference as to dft Phillip Lacefield; Case # 02-20051 estimated to take longer to try; Case # 02-20203 to begin first; Cases continued to February roation on request of both govt and dft; Cases to be tried sequentially in February; report date set for 2:00 1/24/03 , Time excluded through 2/14/03 to allow for additional time to prepare; Note: Tracy Berry to be at 6th Circuit 2/7/03 Lacefield AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 01/14/2003) |
| 01/16/2003 | 100 | SETTING LETTER : report date set for 2:00 1/24/03 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 01/17/2003) |
| 01/22/2003 | 101 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. granting motion to continue matters until February Rotation Period and specially set the trial in February, 2003 [97-1]; report date set for 2:00 1/24/03; jury trial set for 9:30 2/3/03 as to Phillip Lacefield period of excludable time from 1/13/03 through 2/14/03 to allow additional time to prepare. (cc: all counsel) (YDS) (Entered: 01/23/2003) |
| 01/24/2003 | 102 | MINUTES: Before Judge Julia S. Gibbons Report Date held on 1/24/03 as to dft Phillip Lacefield; Out-of-Town Witnesses for govt both cases; going to trial; 1st wk for 02-20203, trial length: 3 1/2 days; 02-20051 expected to take 3-4 days to try; to begin following 02-20203; govt requests jury selection begin 1/31/03 AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 01/29/2003) |
| 01/27/2003 | 103 | RULE 16 Discovery Response as to defendant Phillip Lacefield (YDS) (Entered: 01/29/2003) |
| 01/30/2003 | 104 | MOTION/PETITION as to Phillip Lacefield to dismiss count(s) as to Phillip Lacefield (1) count(s) 1s-3s, 4s-15s, 16s-17s for lack of jurisdiction ; filed pro se (YDS) (Entered: 01/31/2003) |
| 01/30/2003 | 105 | MOTION/PETITION as to Phillip Lacefield for order of change of venue for the jury or in the alternative to dismiss for lack of change of venue for the jury ; filed pro se (YDS) (Entered: 01/31/2003) |
| 01/30/2003 | 106 | MOTION/PETITION as to Phillip Lacefield for order for change of venue for the jury selection or in the alternative to dismiss for lack of change of venue for the jury selection ; filed pro se (YDS) (Entered: 01/31/2003) |
| 01/30/2003 | 107 | MOTION/PETITION as to Phillip Lacefield for order for change of venue for this trial or in the alternative to dismiss for lack of change of venue for this trial ; filed pro se (YDS) (Entered: 01/31/2003) |
| 01/30/2003 | 108 | MOTION as to Phillip Lacefield for discovery , or in the alternative to dismiss count(s) as to Phillip Lacefield (1) count(s) 1s-3s, 4s-15s, 16s-17s for lack of discovery ; filed pro se (YDS) (Entered: 01/31/2003) |
| 01/30/2003 | 109 | MOTION/PETITION as to Phillip Lacefield for order for special jury instructions or in the alternative to dismiss for lack of specific jury instructions ; filed pro se (YDS) (Entered: 01/31/2003) |
| 01/30/2003 | 110 | MOTION as to Phillip Lacefield in limine (YDS) (Entered: 01/31/2003) |
| 02/03/2003 | 111 | ORDER STRIKING MOTIONS by Judge Samuel H. Mays Jr. denying motion to |

| | | |
|---|---|---|
| | | dismiss count(s) as to Phillip Lacefield (1) count(s) 1s-3s, 4s-15s, 16s-17s for lack of jurisdiction [104-1], denying motion for order of change of venue for the jury or in the alternative to dismiss for lack of change of venue for the jury [105-1], denying motion for order for change of venue for the jury selection or in the alternative to dismiss for lack of change of venue for the jury selection [106-1], denying motion for order for change of venue for this trial or in the alternative to dismiss for lack of change of venue for this trial [107-1], denying motion to dismiss count(s) as to Phillip Lacefield (1) count(s) 1s-3s, 4s-15s, 16s-17s for lack of discovery [108-2], denying motion for discovery [108-1]; the court finds that these motions should be stricken from the record and instructs the dft not to file any further documents pro se. The Court instructs the clerk not to accept any pro se filings from this dft. (cc: all counsel) (YDS) (Entered: 02/04/2003) |
| 02/05/2003 | 112 | MINUTES: Before Judge Samuel H. Mays Jr. Change of Plea Minutes as to dft Phillip Lacefield; dft in custody/sworn; guilty plea entered as to Counts 1-3, 4, 10 and 18; plea colloquy/basis in fact by the govt; guilty plea accepted; dft is REMANDED to the custody of the USM; trial was set for February rotation; Written Plea Agreement/Filed in Open Court; Counts 5-9, 11-17 to be dismissed at sentencing , sentencing hearing set for 10:30 5/2/03 AUSA: Tracy Berry Dft Atty: Pam Hamrin, Doris Randle-Holt C/R: Mark Dodson P/O: Lorie Green (YDS) (Entered: 02/06/2003) |
| 02/05/2003 | 113 | PLEA Agreement as to Phillip Lacefield; dft agrees to plead guilty to Counts 1-3, 4, 10 and 18; the US will dismiss the remaining counts (YDS) (Entered: 02/06/2003) |
| 02/05/2003 | 114 | MINUTES: Criminal Jury Trial Minutes as to dft Phillip Lacefield before Judge Donald Walter; Day 1; voir dire by the court/counsel; 14 challenges, 5 jurors excused for cause, 5 jurors unused, panel of 14 jurors selected/administered impanelment oath; Court's preliminary jury instructions; panel instructed to report to Cr. 3, 9th floor on 2/12/03 @ 9:00am - to the Court's jury room; Judge Donald will take trial to conclusion; Court ordered Mr. Lacefield taken into custody; AUSA: T. Berry Dft Atty: P. Hamrin, D. Holt C/R: Mark Dodson (YDS) (Entered: 02/06/2003) |
| 02/05/2003 | 115 | SETTING LETTER : sentencing hearing set for 10:30 5/2/03 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 02/06/2003) |
| 02/05/2003 | 116 | ORDER ON CHANGE OF PLEA by Judge Samuel H. Mays Jr. as to dft Phillip Lacefield : dft entered a plea of guilty to Counts 1-3, 4, 10 and 18 of the Indictment. Sentencing set for 5/2/03 @ 10:30am. Dft was remanded to the custody of the USM. (cc: all counsel) (YDS) (Entered: 02/06/2003) |
| 03/31/2003 | | MAIL Returned [116-1], [115-1] addressed to defendant Phillip Lacefield (PWM) (Entered: 04/02/2003) |
| 04/10/2003 | 117 | MOTION by USA as to Phillip Lacefield for Issuance of Preliminary order of Forfeiture & Substitution of Assets (PWM) (Entered: 04/11/2003) |
| 04/18/2003 | 118 | MOTION as to Phillip Lacefield to continue sentencing hearing currently set 5/2/03 (PWM) (Entered: 04/21/2003) |
| 04/21/2003 | 119 | PRELIMINARY ORDER OF FORFEITURE by Judge Samuel H. Mays Jr. granting motion for Issuance of Preliminary order of Forfeiture & Substitution of Assets [117-1] it is therefore ORDERED that the US is authorized to seize the following property belonging to dft as substitue assets pursuant to 18:982 (b)(2) & Fed. R. Cr. Proc. 32.2(e) & his interest in them is hereby forfeited to the US for disposition in accordance w/ the law. (cc: all counsel) (PWM) (Entered: 04/23/2003) |
| 04/23/2003 | 120 | ORDER RESETTING SENTENCING DATE by Judge Samuel H. Mays Jr. granting motion to continue sentencing hearing [118-1] ; sentencing hearing reset for 9:00 6/3/03 for Phillip Lacefield For good cause shown, the motion is granted. (cc: all counsel) (PWM) (Entered: 04/25/2003) |

| | | |
|---|---|---|
| 04/24/2003 | 121 | RE-SETTING LETTER ; sentencing hearing reset for 9:00 6/3/03 for Phillip Lacefield (PWM) (Entered: 04/25/2003) |
| 04/28/2003 | | MAIL Returned [119-1] addressed to dft Phillip Lacefield (PWM) (Entered: 04/29/2003) |
| 05/06/2003 | 122 | MOTION by USA as to Phillip Lacefield to continue sentencing Hearing (PWM) (Entered: 05/08/2003) |
| 05/08/2003 | 123 | SETTING LETTER ; sentencing hearing reset for 9:00 6/25/03 for Phillip Lacefield granting motion to continue sentencing Hearing [122-1] (PWM) (Entered: 05/12/2003) |
| 05/09/2003 | 124 | POSITION PAPERS WITH RESPECT TO SENTENCING FACTORS by USA as to dft Phillip Lacefield (PWM) (Entered: 05/12/2003) |
| 05/12/2003 | 125 | ORDER RESETTING SENTENCING DATE by Judge Samuel H. Mays Jr. granting motion to continue sentencing Hearing [122-1] ; sentencing hearing set for 9:00 6/25/03 for Phillip Lacefield (cc: all counsel) (PWM) (Entered: 05/13/2003) |
| 05/30/2003 | 126 | ORDER TRANSFERRING CASE by Mag Judge James H. Allen ..case reassigned to Mag Judge Pham for all pending and future references. (cc: all counsel) (EHG) (Entered: 06/02/2003) |
| 06/17/2003 | 127 | (PRO SE) MOTION as to Phillip Lacefield to dismiss indictment/count(s) for ineffective assistance of counsel or in the alternative, Notice and Demand to proceed pro se w/Memorandum of law in support (BAG) (Entered: 06/18/2003) |
| 06/17/2003 | 128 | MEMORANDUM by defendant Phillip Lacefield in support of motion to dismiss indictment ... [127-1] (BAG) (Entered: 06/18/2003) |
| 06/17/2003 | 129 | LETTER from defendant Phillip Lacefield requesting docket sheet (docket sheet mailed to dft) (BAG) (Entered: 06/18/2003) |
| 06/25/2003 | 132 | MINUTES: Before Judge Samuel H. Mays Jr. sentencing hearing on 6/25/03 reset for 1:30 8/21/03 for Phillip Lacefield , withdrawing Federal Defender on motion of deft; deft allowed to proceed pro se; Elbow counsel to be appointed; deft to file motions by 7/25/03; Gov't to respond by 8/7/03 As To: Phillip Lacefield AUSA: Tracy Berry Dft Atty: Pam Hamrin, Doris Holt C/R: Sharlyn Phillips (CCP) (Entered: 07/08/2003) |
| 06/27/2003 | 130 | ORDER RELIEVING COUNSEL by Judge Samuel H. Mays Jr. (cc: all counsel) (CCP) (Entered: 07/01/2003) |
| 07/01/2003 | 131 | SETTING LETTER ; sentencing hearing re-set for 1:30 8/21/03 for Phillip Lacefield before Judge Mays in courtroom 2, 11th floor (JAE) (Entered: 07/02/2003) |
| 07/15/2003 | 133 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Michael Edwin Scholl replacing (CCP) (Entered: 07/15/2003) |
| 07/28/2003 | 134 | MOTION by defendant Phillip Lacefield to clarification of defendant's pro se status with memorandum of law in support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 135 | MOTION as to Phillip Lacefield to dismiss indictment F.R.Cr.P. 12(b)(2) with Memorandum in Support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 136 | MOTION as to Phillip Lacefield to dismiss indictment for vilations(s) of Grand Jury Clause, Fifth Amendment with Memorandum in support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 137 | MOTION as to Phillip Lacefield to dismiss indictment for Bias And Prejudice 28 U.S.C. 455(a) with Memorandum In Support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 138 | MOTION as to Phillip Lacefield to disclose Jury Ballot Or Concurrence Form F.R.Cr.P. 12(b)(2) with Memorandum In Support (CCP) (Entered: 07/29/2003) |

| | | |
|---|---|---|
| 08/07/2003 | 139 | RESPONSE by plaintiff USA regarding [138-1] motion to disclose jury ballot (CCP) (Entered: 08/08/2003) |
| 08/07/2003 | 140 | CONSOLIDATED RESPONSE by plaintiff USA regarding [137-1], regarding [136-1], regarding [135-1] (CCP) (Entered: 08/08/2003) |
| 08/14/2003 | 141 | MOTION as to Phillip Lacefield to continue sentencing and clarify counsel's scope of representation ; move the Court to continue the 8/21/03 sentencing hearing until another specified setting (CCP) (Entered: 08/15/2003) |
| 08/18/2003 | 142 | ORDER by Judge Samuel H. Mays Jr. granting motion to continue sentencing and clarify counsel's scope of representation [141-1] ; sentencing hearing set for 9:30 8/27/03 for Phillip Lacefield as to Phillip Lacefield (cc: all counsel) (CCP) (Entered: 08/18/2003) |
| 08/18/2003 | 143 | SETTING LETTER ; sentencing hearing set for 9:30 8/27/03 for Phillip Lacefield (CCP) (Entered: 08/19/2003) |
| 08/25/2003 | 144 | MOTION as to Phillip Lacefield to dismiss indictment for lack of jurisdiction with memorandum of law in support (CCP) (Entered: 08/26/2003) |
| 08/25/2003 | 145 | RESPONSE To Government's consolidated response with memorandum in support by defendant Phillip Lacefield regarding [140-1] (CCP) (Entered: 08/26/2003) |
| 08/27/2003 | 147 | MINUTES: Before Judge Samuel H. Mays Jr. ; sentencing hearing reset for 10:30 10/3/03 for Phillip Lacefield AUSA: Tracy Berry Dft Atty: pro-se M. Scholl elbow counsel C/R: Sharlyn Phillips (CCP) (Entered: 09/04/2003) |
| 08/29/2003 | 146 | APPEARANCE for defendant Phillip Lacefield by Attorney Michael E. Scholl (CCP) (Entered: 09/02/2003) |
| 09/04/2003 | 148 | SETTING LETTER ; sentencing hearing reset for 10:30 10/3/03 for Phillip Lacefield (CCP) (Entered: 09/05/2003) |
| 09/11/2003 | 149 | OBJECTIONS TO DEFENDANT'S PRESENTENCE INVESTIGATION REPORT by defendant Phillip Lacefield (CCP) (Entered: 09/12/2003) |
| 09/19/2003 | 150 | NOTICE by defendant Phillip Lacefield; please mail me a copy of the docket sheet regarding case 2:2cr20051 (CCP) (Entered: 09/22/2003) |
| 09/24/2003 | 151 | RESPONSE by plaintiff USA TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT (CCP) (Entered: 09/25/2003) |
| 09/25/2003 | 152 | MOTION by USA as to Phillip Lacefield to continue sentencing hearing ; currently set for 10/3/03 (CCP) (Entered: 09/26/2003) |
| 10/01/2003 | 153 | ORDER by Judge Samuel H. Mays Jr. granting motion to continue sentencing hearing [152-1] ; sentencing hearing set for 1:30 10/21/03 as to Phillip Lacefield (cc: all counsel) (JAE) (Entered: 10/02/2003) |
| 10/09/2003 | 154 | SETTING LETTER ; sentencing hearing set for 1:30 10/22/03 for Phillip Lacefield (CCP) (Entered: 10/09/2003) |
| 10/22/2003 | 155 | MINUTES: Before Judge Samuel H. Mays Jr. sentencing hearing held on 10/22/03 ; sentencing hearing set for 2:00 10/29/03 for Phillip Lacefield ; Gov't move for upward departue; Deft has objections to presentence report: number of victims involved; enhancement for obstruction of justice; enhancement for unauthorized use of identification; Gov't to present proof; expect 1-2 hours of proof; Due to time contraints (court in jury trial today); Court heard from only one witness today: Gov't witness Ken Campbell; Deft requests both cases be sentenced together using the 2000 guidelines manual; base offense level different from 2002 guidelines manual; As To: Type of hearing held: AUSA: Tracy Berry Dft Atty: Michael Scholl C/R: Sharlyn Phillips (CCP) |

| 10/24/2003 | 156 | SETTING LETTER ; sentencing hearing reset for 2:00 10/29/03 for Phillip Lacefield (CCP) (Entered: 10/24/2003) |
|---|---|---|
| 10/29/2003 | 157 | MINUTES: Before Judge Samuel H. Mays Jr. sentencing hearing held on 10/29/03 as to Phillip Lacefield; As to Count 1-3,4, 10&18 (02-20051) & counts 1-5 (02-20203); INCARCERATION 108 Months; SR 3yrs; dft shall not be employed where he can have access to personal identifying information; RESTITUTION $314,825.83; to be paid as set forth in PSR; payments to be disbursed to individual victims first; regular monthly installments of NLT 10% of all monthly income SA $1,000.00; DISMISSED Counts 5-9, 11-17 of case # 02-20051; Gov't motion for upward departure denied; Mr. Scholl to be relieved from this case after filing appeal; Robert Brooks has agreed to represent deft on appeal; AUSA: Tracy Berry Dft Atty: Michael Scholl C/R: Sharlyn Phillips (CCP) (Entered: 10/31/2003) |
| 10/31/2003 | 158 | JUDGMENT IN A CRIMINAL CASE as to Phillip Lacefield sentencing Phillip Lacefield (1) count(s) 1s-3s, 4s , 5s -9s , 10s , 11s -15s , 16s -17s . dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US as to Phillip Lacefield , dismissing counts as to Phillip Lacefield (1) count(s) 5s-9s, 11s -15s , 16s -17s . dft was found guilty on counts 1-4 and 10 of indictment and counts 5-9 and 11-17 are dismissed on the motion of the US as to Phillip Lacefield , terminating party Phillip Lacefield as to Phillip Lacefield , case terminated as to Phillip Lacefield by Judge Samuel H. Mays Jr. (cc: all counsel) (CCP) (Entered: 11/03/2003) |
| 11/04/2003 | 159 | APPEAL Transcript and Order form for the dates of 9/25/02 Pre-Trial proceeding (CCP) (Entered: 11/06/2003) |
| 11/04/2003 | 160 | APPEAL Notice to USCA by defendant Phillip Lacefield; appeal for the Sixth Circuit from the judgment entered in this action on the 10/29/03 (CCP) (Entered: 11/06/2003) |
| 11/07/2003 | 161 | APPEAL NOTIFICATION as to Phillip Lacefield mailed to 6th Circuit with copies of items nos. 158, 160 and docket sheet (cc: all counsel) (SSH) (Entered: 11/07/2003) |
| 11/10/2003 | 162 | APPEAL Transcript Designation and Order form for the dates of motion 8/27/03, sentencing 10/29/03, sentencing hearing 6/25/03 regarding [160-1] (CCP) (Entered: 11/10/2003) |
| 11/10/2003 | 163 | APPEAL Transcript and Order form for the dates of 4/25/02 regarding [160-1] (CCP) (Entered: 11/10/2003) |
| 11/10/2003 | 164 | APPEAL Transcript and Order form for the dates of sentencing hearing 10/22/03, Change of Plea 2/5/03 regarding [160-1] (CCP) (Entered: 11/10/2003) |
| 11/21/2003 | 165 | APPEAL Order from USCA (entered 11/19/03) re [160-1] ordering that the causes 03-6481 and 03-6482 are hereby consolidated for the purpose of briefing and submission. (SSH) (Entered: 11/21/2003) |
| 12/03/2003 | | APPEAL number 03-6451 received from USCA regarding [160-1]; P. Elder case manager (SSH) (Entered: 12/08/2003) |
| 12/04/2003 | 166 | APPEAL Transcript and Order form regarding [160-1] motion hearing 4/25/02, COP 2/5/03, and Sentencing 10/22 & 10/29/03 (CCP) (Entered: 12/05/2003) |
| 01/05/2004 | 167 | TRANSCRIPT of proceedings for the following date(s): A hearing in the above case came on to be heard on this date, 4/25/02 Court Reporter: Lynn Dudley (DOCUMENT PLACED IN A FOLDER) y (CCP) (Entered: 01/05/2004) |
| 01/26/2004 | 168 | TRANSCRIPT of proceedings for the following date(s): 2/5/03 of Transcript Of Change Of Plea Court Reporter: Mark S. Dodson (DOCUMENT PLACED IN A SEPARATE |

| | | FOLDER) y (CCP) (Entered: 01/27/2004) |
|---|---|---|
| 03/08/2004 | 169 | TRANSCRIPT of proceedings for the following date(s): 6/25/03 as to defendant Phillip Lacefield of SENTENCING HEARING Court Reporter: Sharlyn A. Phillips (DOCUMENT PLACED IN A SEPARATE FOLDER) y (CCP) (Entered: 03/10/2004) |
| 03/08/2004 | 170 | TRANSCRIPT of proceedings for the following date(s): 10/22/03 as to defendant Phillip Lacefield of SENTENCING HEARING Court Reporter: Sharlyn A. Phillips (DOCUMENT PLACED IN A SEPARATE FOLDER) y (CCP) (Entered: 03/10/2004) |
| 03/08/2004 | 171 | TRANSCRIPT of proceedings for the following date(s): 10/29/03 as to defendant Phillip Lacefield of SENTENCING HEARING Court Reporter: Sharlyn Phillips (DOCUMENT PLACED IN A SEPARATE FOLDER) y (CCP) (Entered: 03/10/2004) |
| 07/26/2004 | 172 | TRANSCRIPT of Proceedings (outstanding motions hearing and sentencing) as to Phillip Lacefield held on August 27, 2003 before Judge Samuel H. Mays, Jr.. Court Reporter: Sharlyn A. Phillips. (document placed in separate folder) (jae, ) (Entered: 07/27/2004) |
| 06/06/2005 | 173 | Request for docket report as to Phillip Lacefield (mailed by intake) (jae, ) (Entered: 06/07/2005) |
| 08/08/2005 | 174 | ORDER of USCA (certified copy) as to Phillip Lacefield re [160] Notice of Appeal - Final Judgment (ldc, ) (Entered: 08/11/2005) |
| 08/31/2005 | 175 | MANDATE of USCA (certified copy) as to Phillip Lacefield re [160] Notice of Appeal - Final Judgment (ldc, ) (Entered: 09/06/2005) |
| 09/12/2005 | 176 | SETTING LETTER as to Phillip Lacefield Sentencing set for 10/25/2005 09:00 AM in Courtroom 2 - Memphis before Samuel H. Mays Jr.. (ldc, ) (Entered: 09/15/2005) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/29/2005 09:46:47 | | |
| **PACER Login:** | ea0007 | **Client Code:** | ahm |
| **Description:** | Docket Report | **Search Criteria:** | 2:02-cr-20051-SHM-tmp |
| **Billable Pages:** | 12 | **Cost:** | 0.96 |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### MEMPHIS DIVISION

FILED BY ____ D.C.

**UNITED STATES OF AMERICA**

03 OCT 31  PM 4: 14

-v-

**02-20051-01-Ma**
**02-20203-01-Ma**

ROBERT R. Di TROLIO
CLERK, U.S. DIST. CT.
W.D OF TN. MEMPHIS

**PHILLIP LACEFIELD**

**Michael E. Scholl, CJA**
**Defense Attorney**
**8 S. Third Street, 4th Floor**
**Memphis, Tennessee  38103**

---

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant was found guilty on Counts 1-5 of Indictment # 02-20203 on February 5, 2003 and the defendant pleaded guilty to Counts 1-4 and 10 of Indictment # 02-20051 on February 05, 2003 and agrees to the forfeiture as contained in Count 18 of Indictment # 02-20051. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) | |
|---|---|---|---|---|
| 18 U.S.C. § 1957 | Engaging in monetary transactions of property derived from unlawful activity | 12/12/2000 | 1 - 3 | (02-20051) |
| 18 U.S.C. § 1028(a)(7) | Fraud with identification documents | 07/27/2000 | 4 & 10 | (02-20051) |
| 18 U.S.C. § 1341 | Mail fraud | 04/29/2002 | 1 | (02-20203) |
| 18 U.S.C. § 1343 | Wire fraud | 04/29/2002 | 2 | (02-20203) |
| 18 U.S.C. § 1014 | False statements on loan/credit application | 03/08/2002 | 3 | (02-20203) |
| 18 U.S.C. § 1001 | False statements | 03/18/2002 | 4 & 5 | (02-20203) |

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 and the Mandatory Victims Restitution Act of 1996.

Counts 5 - 9 and 11 - 17 are dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

| | | |
|---|---|---|
| Defendant's Soc. Sec. No. | 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 | Date of Imposition of Sentence: |
| Defendant's Date of Birth: | 01/30/1957 | October 29, 2003 |
| Deft's U.S. Marshal No.: | 18183-076 | |

Defendant's Residence Address:
6160 Calla Cove
Bartlett, TN  38135

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __11-3-03__

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

October ____ 30 ____, 2003

/55/

Case No: 02-20051-01-Ma  & 02-20203-01-Ma
Defendant Name: Phillip Lacefield                                                      Page 2 of 5

## IMPRISONMENT

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred eight (108) months**.


      The defendant is remanded to the custody of the United States Marshal.


## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at_____, with a certified copy of this judgment.


_____

UNITED STATES MARSHAL


By:_____

                    Deputy U.S. Marshal

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **three (3) years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

While on supervised release, the defendant shall not commit another federal, state or local crime and shall not possess a firearm, ammunition, or destructive device as defined in 18 U.S.C. § 921.

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

The defendant shall comply with the following standard conditions that have been adopted by this court.

## STANDARD CONDITIONS OF SUPERVISION

1.    The defendant shall not leave the judicial district without the permission of the court or probation officer;

2.    The defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;

3.    The defendant shall answer truthful all inquiries by the probation officer and follow the instructions of the probation officer;

4.    The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;

5.    The defendant shall notify the probation officer **ten (10) days prior** to any change in residence or employment;

6.    The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician, and shall submit to periodic urinalysis tests as directed by the probation officer to determine the use of any controlled substance;

7.    The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

8.    The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;

9.    The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

Case No: 02-20051-01-Ma  & 02-20203-01-Ma
Defendant Name: Phillip Lacefield

10.    The defendant shall notify the probation officer within **72 hours** of being arrested or questioned by a law enforcement officer;

11.    The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

12.    As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

13.    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

## ADDITIONAL CONDITIONS OF SUPERVISED RELEASE

The defendant shall also comply with the following additional conditions of supervised release:

1.    The defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or making an obligation for any major purchases without approval of the Probation Officer.

2.    The defendant shall provide the Probation Officer access to any requested financial information.

3.    The defendant shall seek and maintain lawful full-time employment.   The defendant shall not be employed where he may have access to personal identifying information of others.

4.    The defendant shall pay restitution in regular monthly installments in an amount of ten (10) % of defendant's gross income (from all sources, before any deductions, exemptions and taxes).

## CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth in the Schedule of Payments. The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options in the Schedule of Payments may be subject to penalties for default and delinquency pursuant to 18 U.S.C. § 3612(g).

| **Total Assessment** | **Total Fine** | **Total Restitution** |
|---|---|---|
| **$1,000.00** | | **$314,825.83** |

The Special Assessment shall be due immediately.

Case No: 02-20051-01-Ma  & 02-20203-01-Ma
Defendant Name: Phillip Lacefield                                    Page 5 of 5

## FINE
No fine imposed.

## RESTITUTION

Restitution in the amount of **$314,825.83** is hereby ordered.  The defendant shall make restitution to the following victims in the amounts listed below.

| Name of Payee | Total Amount of Loss | Amount of Restitution Ordered | Priority Order or Percentage of Payment |
|---|---|---|---|
| Teresa D. Johnson | $1,163.50 | $1,163.50 | |
| Ayana Mayes | $400.00 | $400.00 | |
| Darlene Cowan | $550.00 | $550.00 | |
| Rosita C. Miller Pettis | $250.00 | $250.00 | |
| Anthony Flowers | $99.00 | $99.00 | |
| Robert Thomas | $240.00 | $240.00 | |
| Leasecomm Corporation Attn: Carol Salvo, VP, Legal 10-M Commerce Way Woburn, MA 01801 | $312,123.33 | $312,123.33 | |

Restitution payments are to be disbursed to the individual payees first.  If the defendant makes a partial payment, each individual payee shall receive an approximately proportional payment unless specified otherwise in the priority order or percentage payment column above.    Restitution payments to be disbursed to Leasecomm Corporation after individual payees have been paid in full.

The amount of loss and the amount of restitution ordered will be the same unless, pursuant to 18 U.S.C. § 3664(f)(3)(B), the court orders nominal payments and this is reflected in the Statement of Reasons page.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 155 in
case 2:02-CR-20203 was distributed by fax, mail, or direct printing on
November 3, 2003 to the parties listed.

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
Federal Building
167 N. Main St.
Ste. 800
Memphis, TN 38103

Fed. Public Defender
FEDERAL PUBLIC DEFENDER
200 Jefferson
Suite 200
Memphis, TN 00000

Pamela B. Hamrin
FEDERAL PUBLIC DEFENDER
200 Jefferson
Suite 200
Memphis, TN 00000

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Tu M. Pham
U.S. District Judge
167 N. Main Street
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT

# U.S. District Court
## Western District of Tennessee (Memphis)
### CRIMINAL DOCKET FOR CASE #: 2:02-cr-20203-SHM-tmp-1

Case title: USA v. Lacefield                          Date Filed: 05/28/2002

---

Assigned to: Samuel H. Mays, Jr
Referred to: Tu M. Pham

**Defendant**

**Phillip Lacefield** (1)
*TERMINATED: 10/31/2003*

represented by **Fed. Public Defender**
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103
901-544-3895
Fax: 555-5555
*TERMINATED: 06/07/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Michael Edwin Scholl**
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103-2381
901-529-8500
Fax: 524-1803
*TERMINATED: 10/31/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pamela B. Hamrin**
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103
901-544-3895
Fax: 555-5555
*TERMINATED: 06/27/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**                                   **Disposition**

dft was found guilty on counts 1-5 of

18:1341.F FRAUDS AND SWINDLES
(1)

indictment and counts 5-9 and 11-17 are
dismissed on the motion of the US

18:1343.F FRAUD BY WIRE, RADIO, OR
TELEVISION
(2)

dft was found guilty on counts 1-5 of
indictment and count 5-9 and 11-17 are
dismissed on the motion of the US

18:1014.F LOAN AND CREDIT
APPLICATIONS GENERALLY
(3)

dft was found guilty on counts 1-5 of
indictment and count 5-9 and 11-17 are
dismissed on the motion of the US

18:1001.F STATEMENTS OR ENTRIES
GENERALLY
(4)

dft was found guilty on counts 1-5 of
indictment and count 5-9 and 11-17 are
dismissed on the motion of the US

18:1001.F STATEMENTS OR ENTRIES
GENERALLY
(5)

dft was found guilty on counts 1-5 of
indictment and count 5-9 and 11-17 are
dismissed on the motion of the US

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                  **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                         **Disposition**

None

---

**Miscellaneous**

**James Allen**
*TERMINATED: 05/30/2003*

---

**Plaintiff**

**USA**                          represented by   **Tracy Lynn Berry**
                                                  U.S. ATTORNEY'S OFFICE
                                                  Federal Building
                                                  167 N. Main St.
                                                  Ste. 800
                                                  Memphis, TN 38103
                                                  901-544-4231
                                                  Fax: 544-0854
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/28/2002 | 1 | INDICTMENT by USA Counts filed against Phillip Lacefield (1) count(s) 1, 2, 3, 4, 5 (PWM) (Entered: 05/29/2002) |

| | | |
|---|---|---|
| 05/28/2002 | 2 | ARREST Warrant issued for Phillip Lacefield by Mag Judge James H. Allen (PWM) (Entered: 05/29/2002) |
| 05/30/2002 | 3 | ARREST Warrant returned executed as to defendant Phillip Lacefield ; defendant arrested on 5/29/02 (PWM) (Entered: 06/03/2002) |
| 05/30/2002 | 4 | MINUTES: Before Mag Judge James H. Allen initial appearance of Phillip Lacefield no Attorney present; , & preliminary hearing set for 2:00 6/4/02 Type of hearing held: Initial Appearance - Dft's first appearance on an indictment; Court read the charges and advised of rights; Dft to retain counsel; Pretrial Services report requested; Govt seeks detention; Order of Temp Detention entered. AUSA: Tracy Berry Dft Atty: none C/R: 2:38 - 2:50 (PWM) (Entered: 06/03/2002) |
| 05/30/2002 | 5 | MINUTES: Before Mag Judge James H. Allen for appointment of counsel Type of hearing held: Appointment of Counsel - Dft requested apointed counsel; Dft sworn & questioned regarding his financial status; Court found dft qualified for appointment of counsel; Court appointed Federal Defender. AUSA: Tracy Berry Dft Atty: none C/R: FTR 3:57- (PWM) (Entered: 06/03/2002) |
| 05/30/2002 | 6 | CERTIFICATE/CERTIFICATION by defendant Phillip Lacefield of Indigency (PWM) (Entered: 06/03/2002) |
| 05/30/2002 | 7 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER by Mag Judge James H. Allen . The above-named defendant having satisfied the court that he or she is financially unable to employ counsel, it is hereby ORDERED that the Federal Public Defender is appointed to represent the above-named defendant, either personally or through his assistant, unless relieved by order of this court or by order of the Court of Appeals (cc: all counsel). (PWM) (Entered: 06/03/2002) |
| 05/30/2002 | 8 | MOTION by USA as to Phillip Lacefield to detain (PWM) (Entered: 06/03/2002) |
| 05/30/2002 | 9 | ORDER of Detention by Mag Judge James H. Allen as to Phillip Lacefield to appear 6/4/02 @ 2:00 before Judge Breen. (cc: all counsel) (PWM) (Entered: 06/03/2002) |
| 06/04/2002 | 10 | MINUTES: Before Mag Judge J. D. Breen preliminary hearing held on 6/4/02 ; detention hearing reset for 9:30 6/6/02 for Phillip Lacefield Type of hearing held: Detention Hearing - Detention Hearing reset. AUSA: Berry Dft Atty: Hamrin C/R: Parker (PWM) (Entered: 06/06/2002) |
| 06/04/2002 | 11 | ORDER of Detention by Mag Judge J. D. Breen as to Phillip Lacefield dft ot appear 6/6/02 @ 9:30 before Judge Allen in courtroom 6 (cc: all counsel) (PWM) (Entered: 06/06/2002) |
| 06/04/2002 | 12 | SETTING LETTER ; detention hearing set for 9:30 6/6/02 for Phillip Lacefield (PWM) (Entered: 06/06/2002) |
| 06/05/2002 | 17 | APPEARANCE for defendant Phillip Lacefield by Attorney Pam Hamrin (PWM) (Entered: 06/07/2002) |
| 06/06/2002 | 13 | MINUTES: Before Mag Judge James H. Allen detention hearing held on 6/6/02 ; arraignment set for 9:30 6/19/02 for Phillip Lacefield before Mag Judge James H. Allen , & 5000.00 Secure Bond set for Phillip Lacefield Type of hearing held: Detention Hearing - Govt witness called - Murray Fullner, Bryan Burns, John Rankin; Bond set; BRA papers signed; Arraignment set. AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Brenda Parker (PWM) (Entered: 06/07/2002) |
| 06/06/2002 | 14 | EXHIBIT/WITNESS list (PWM) (Entered: 06/07/2002) |
| 06/06/2002 | 15 | ORDER setting conditions of release for Phillip Lacefield dft to appear in courtroom 6 rm 342 F on 6/19/02 @ 9:30 by Mag Judge James H. Allen (PWM) (Entered: 06/07/2002) |

| 06/06/2002 | 16 | SETTING LETTER ; arraignment set for 9:30 6/19/02 for Phillip Lacefield before Mag Judge James H. Allen to appear in courtroom 6 3rd flr. (PWM) (Entered: 06/07/2002) |
|---|---|---|
| 06/06/2002 | 18 | MOTION by USA as to Phillip Lacefield for order Staying Bond Order (PWM) (Entered: 06/07/2002) |
| 06/06/2002 | 19 | TRANSCRIPT of Detention Hearing 1 Volume held on 6/6/02 before Magistrate Judge James Allen (document placed under seperate cover) (PWM) (Entered: 06/07/2002) |
| 06/06/2002 | 20 | RESPONSE by defendant Phillip Lacefield to motion for order Staying Bond Order [18-1] (PWM) (Entered: 06/07/2002) |
| 06/07/2002 | 21 | ORDER by Judge Julia S. Gibbons granting motion for order Staying Bond Order [18-1], granting motion to detain [8-1] This Court finds it appropriate to stay the Magistrate Judge's ruling on bond until the matter is heard. Accordingly, the Magistrate Judge's ruling on bond for dft Phillip Lacefield is stayed until the conclusion of a hearing to be scheduled for 6/7/02, before the District Court.(cc: all counsel) (PWM) (Entered: 06/10/2002) |
| 06/07/2002 | 22 | MINUTES: Before Judge Julia S. Gibbons As To: Phillips Lacefield Type of hearing held: Bond Hearing - Govt proof Brian Burns & Marray Fullner; Dfts proof Chris Odden. Court ruled dft could remain on bond on the conditions as set by the Magistate Judge. Exhibits 1-5 marked. AUSA: Joe Murphy Dft Atty: Pam Hamrin C/R: Mark Dodson (PWM) (Entered: 06/10/2002) |
| 06/07/2002 | 23 | BOND Posted ( 5000.00 SECURE) 72661 by Phillip Lacefield (PWM) (Entered: 06/10/2002) |
| 06/10/2002 | 24 | EXHIBIT/WITNESS list (PWM) (Entered: 06/10/2002) |
| 06/19/2002 | 25 | MINUTES: Before Mag Judge J. D. Breen dft Phillip Lacefield arraigned; Not Guilty plea entered; Attorney P. Hamrin present; , & report date set for 9:30 6/21/02 ; jury trial set for 9:30 7/1/02 for Phillip Lacefield Type of hearing held: Arraignment - Dft waives formal reading of charges; Dft to remain on present bond. AUSA: Whitmore Dft Atty: Hamrin C/R: FTR (PWM) (Entered: 06/21/2002) |
| 06/19/2002 | 26 | ORDER ON ARRAIGNMENT AS TO DFT PHILLIP LACEFIELD by Mag Judge J. D. Breen re [25-1] The dft who is not in custody may stand on his present bond. (cc: all counsel) (PWM) (Entered: 06/21/2002) |
| 06/21/2002 | 28 | MINUTES: Before Judge Julia S. Gibbons ON EXCLUDABLE DELAY as to defendant Phillip Lacefield for period from 6/21/02 thru 8/16/02 , & report date set for 2:00 7/26/02 ; jury trial set for 9:00 8/5/02 Type of hearing held: Report Date - Dft requested continuance for additional time to prepare. AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Frenetta Hurd (PWM) (Entered: 06/25/2002) |
| 06/24/2002 | 27 | ADMINISTRATIVE ORDER #02-12 by Judge Julia S. Gibbons case reassigned to Judge Samuel H. Mays Jr. as to Phillip Lacefield (cc: all counsel) (PWM) (Entered: 06/25/2002) |
| 06/25/2002 | 29 | MOTION as to Phillip Lacefield to extend deadline for filing motions (PWM) (Entered: 06/25/2002) |
| 06/25/2002 | 30 | SETTING LETTER report date set for 2:00 7/26/02 for Phillip Lacefield to appear in courtroom 2 11th flr. (PWM) (Entered: 06/25/2002) |
| 06/25/2002 | 31 | NOTICE OF CHANGE OF ADDRESS by Phillip Lacefield (PWM) (Entered: 06/27/2002) |
| 06/28/2002 | 32 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Julia S. Gibbons report date set for 2:00 7/26/02 ; jury trial set for |

| | | |
|---|---|---|
| | | 9:00 8/3/02 as to Phillip Lacefield period of excludable time from June 29, 2002 to August 16, 2002 (cc: all counsel) (PWM) (Entered: 07/01/2002) |
| 07/01/2002 | 33 | RESPONSE by plaintiff USA to motion to extend deadline for filing motions [29-1] (PWM) (Entered: 07/05/2002) |
| 07/01/2002 | 34 | ORDER GRANTING MOTION FOR EXTENSION OF MOTIONS DEADLINE by Judge Samuel H. Mays Jr. granting motion to extend deadline for filing motions [29-1] For good cause shown, the motion is granted and the moitons ddl is extended to 8/30/02 (cc: all counsel) (PWM) (Entered: 07/05/2002) |
| 07/02/2002 | 35 | RULE 16 Discovery Request as to defendant Phillip Lacefield (PWM) (Entered: 07/05/2002) |
| 07/03/2002 | 36 | MOTION by USA as to Phillip Lacefield for reconsideration of order granting an extension of time to file pre-trial motions (PWM) (Entered: 07/05/2002) |
| 07/05/2002 | 37 | ORDER DENYING MOTION TO RECONSIDER ORDER GRANTING EXTENSION OF TIME TO FILE MOTIONS by Judge Samuel H. Mays Jr. denying motion for reconsideration of order granting an extension of time to file pre-trial motions [36-1] The court, after considering the govt's 7/1/02 response to dft's motion for an extension of time to file pre-trial motions, as well as the govt's motion to reconsider filed on 7/3/02, denies the motion to reconsider. (cc: all counsel) (PWM) (Entered: 07/08/2002) |
| 07/05/2002 | 38 | RESPONSE TO GOVT'S MOTION TO RECONSIDER ORDER GRANTING AN EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS by defendant Phillip Lacefield (PWM) (Entered: 07/08/2002) |
| 07/15/2002 | | MAIL Returned [27-2] addressed to defendant Phillip Lacefield (copy given to case manager to advise) (PWM) (Entered: 07/16/2002) |
| 07/26/2002 | 39 | MINUTES: Before Judge Samuel H. Mays Jr. ON EXCLUDABLE DELAY as to defendant Phillip Lacefield for period from 7/26/02 thru 9/13/02 , & report date held on 7/26/02 report date reset for 2:00 8/23/02 ; jury trial set for 9:00 9/3/02 As To: Phillip Lacefield Type of hearing held: Report Date - Dft requested continuance for additional time to prepare. AUSA: Tracy Berry Dft Atty: Randolph Alden(for P. Hamrin) C/R: Korian Neal (PWM) (Entered: 07/29/2002) |
| 07/30/2002 | 40 | SETTING LETTER report date set for 2:00 8/23/02 for Phillip Lacefield (PWM) (Entered: 07/30/2002) |
| 08/02/2002 | 41 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 8/23/02 ; jury trial set for 9:30 9/3/02 as to Phillip Lacefield period of excludable time from July 26, 2002 to September 13, 2002 (cc: all counsel) (PWM) (Entered: 08/05/2002) |
| 08/23/2002 | 42 | MINUTES: Before Judge Samuel H. Mays Jr. ON EXCLUDABLE DELAY for period from 8/23/02 thru 10/18/02 as to defendant Phillip Lacefield , & report date held on 8/23/02 report date set for 2:00 9/27/02 ; jury trial set for 9:00 10/7/02 As To: P. Lacefield Type of hearing held: Report Date - Dft requested continuance because discovery is incomplete & motions are pending. Dft also has case # 02-20051 which will be tried separately & 02-20203 will likely go to trial first. AUSA: T. Berry Dft Atty: P. Hamrin C/R: Sharlyn Phillips (PWM) (Entered: 08/28/2002) |
| 08/28/2002 | 43 | SETTING LETTER report date set for 2:00 9/27/02 for Phillip Lacefield (PWM) (Entered: 08/28/2002) |
| 08/29/2002 | 44 | MOTION as to Phillip Lacefield to extend deadline to file motions (PWM) (Entered: 08/30/2002) |

| 08/29/2002 | 45 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY for Phillip Lacefield by Judge Samuel H. Mays Jr. period of excludable time from August 23, 2002 to October 18, 2002 (cc: all counsel) (PWM) (Entered: 08/30/2002) |
|---|---|---|
| 08/30/2002 | 46 | RESPONSE by plaintiff USA to motion to extend deadline to file motions [44-1] (PWM) (Entered: 09/04/2002) |
| 09/06/2002 | 47 | ORDER EXTENDING MOTIONS DEADLINE by Judge Samuel H. Mays Jr. granting motion to extend deadline to file motions [44-1] The dft shall have until 9/13/02 w/n which to file motions in this matter. (cc: all counsel) (PWM) (Entered: 09/06/2002) |
| 09/13/2002 | 48 | SEALED MOTION for Order Restricting Extra-Judical Statements & Memorandum of Law in Support by defendant Phillip Lacefield (document placed in vault) (PWM) (Entered: 09/16/2002) |
| 09/13/2002 | 49 | MOTION as to Phillip Lacefield to dismiss count(s) 4 & 5 of the indictment or in the alternative compel discovery of certain materials (PWM) (Entered: 09/16/2002) |
| 09/13/2002 | 50 | MOTION as to Phillip Lacefield to suppress statements and memorandum of law in support (PWM) (Entered: 09/16/2002) |
| 09/20/2002 | 51 | ORDER OF REFERENCE by Judge Samuel H. Mays Jr. referring to Mag Judge James H. Allen the motion to suppress statements [50-1], referring to Mag Judge James H. Allen the motion to dismiss count(s) 4 & 5 [49-1] These matters are hereby referred to the US Mag Judge for report & recommendation & for determination. Any exceptions to the mag's report shall be made w/n 10 days of his report, setting forth particularly those portions of the order excepted to & the reasons for the exceptions. (cc: all counsel) (PWM) (Entered: 09/23/2002) |
| 09/26/2002 | 52 | RESPONSE by plaintiff USA to motion to suppress statements [50-1] (PWM) (Entered: 09/27/2002) |
| 09/27/2002 | 53 | SETTING LETTER ; in-court motion to suppress hearing set for 2:00 10/3/02 for Phillip Lacefield to appear before Judge Allen (PWM) (Entered: 09/30/2002) |
| 09/27/2002 | 54 | MINUTES: Before Judge Samuel H. Mays Jr. ON EXCLUDABLE DELAY for period from 9/27/02 thru 11/15/02 , & jury trial held on 9/27/02 in-court hearing held on 9/27/02 report date set for 2:00 10/25/02; jury trial set for 9:00 11/4/02 for Phillip Lacefield Type of hearing held: Report Date - Dft requested continuance for additional time to prepare. (pending superseding indictments) AUSA: C. McMullen for T. Berry Dft Atty: L. Gerald for P. Hamrin C/R: S. Phillips (PWM) (Entered: 10/02/2002) |
| 09/30/2002 | 55 | RESPONSE by plaintiff USA to motion to dismiss count(s) 4 & 5 or in the alternative, for a motion to compel production. [49-1] (PWM) (Entered: 10/02/2002) |
| 10/01/2002 | 56 | SEALED ORDER DENYING DFT'S MOTION TO RESTRICT EXTRA-JUDICIAL STATEMENTS by Judge Samuel H. Mays Jr. denying motion [48-1](Former Emp) Modified on 10/08/2002 (Entered: 10/02/2002) |
| 10/03/2002 | 57 | SETTING LETTER ; in-court(motion to suppress) hearing set for 10:00 10/22/02 for Phillip Lacefield (PWM) (Entered: 10/03/2002) |
| 10/08/2002 | 58 | SETTING LETTER : report date set for 2:00 10/25/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 10/08/2002) |
| 10/17/2002 | 59 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 10/25/02 ; jury trial set for 9:30 11/4/02 as to Phillip Lacefield period of excludable time from September 27, 2002 to November 15, 2002 (cc: all counsel) (PWM) (Entered: 10/18/2002) |

| | | |
|---|---:|---|
| 10/21/2002 | 60 | REPLY TO GOVERNMENT'S RESONSE TO MOTION TO DISMISS INDICTMENT OR IN THE ALTERNATIVE TO COMPEL DISCOVERY by defendant Phillip Lacefield regarding [55-1] (PWM) (Entered: 10/21/2002) |
| 10/22/2002 | 61 | MINUTES: Before Mag Judge James H. Allen in-court hearing held on 10/22/02 As To: P. Lcefield Type of hearing held: Motion Hearing - Motion to Suppress Motion to Dismiss Counts 4 & 5; Witnesses: Valerie Pugh & Murray Fulner. Court to recommend that motion to dismiss counts 4 & 5 be denied. Pretrial Services to provide dft's file to Govt & Defense Counsel, files must be returned to Pretrial Services. Conditions of Release in 02-20051 & minutes of 3/4/02 marked as exhibits 1 & 2. Proof remains open for Defense Counsel to provide additional proof (5 days); Govt has 5 days thereafter to respond. AUSA: T. Berry Dft Atty: P. Hamrin C/R: L. Mays (PWM) (Entered: 10/24/2002) |
| 10/22/2002 | 62 | EXHIBIT/WITNESS list (PWM) (Entered: 10/24/2002) |
| 10/23/2002 | 63 | RULE 16 Discovery Response by AUSA as to defendant Phillip Lacefield (PWM) (Entered: 10/24/2002) |
| 10/24/2002 | 64 | ORDER ON DFT'S MOTION TO DISMISS COUNTS FOUR & FIVE OR TO COMPEL DISCOVERY by Mag Judge James H. Allen denying motion to dismiss count(s) 4 & 5 [49-1] Counsel for dft has conceded that, if dft's entire Pre-Trial Servcies file is provided for review, the request to dismiss counts 4 & 5 would become moot. Accordingly, dft's motion to dismiss Counts 4 & 5 is DENIED. The US Pre-Trial Services Officer resopnseible for supervising dft's pre-trial release is ORDERED to provide copies of dft's entire supervision file to counsel for dft & to counsel for the US. (cc: all counsel) (PWM) (Entered: 10/24/2002) |
| 10/25/2002 | 65 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; dft on bond; reason for continuance: motion(s) pending, additional time to prepare; Superseding Indictment in 02-20051; report date set for 2:00 11/22/02; jury trial set 12/2/02; may be Supseding Indictment in 02-20203; case 02-20203 to be tried first; counsel proposed report dates of 12/23/02 for 02-20203 and 1/24/03 for 02-20051; counsel working on Bates Stamping , Time excluded through 12/13/02 (oral order of the court) AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 10/29/2002) |
| 10/29/2002 | 66 | SETTING LETTER : report date set for 2:00 11/22/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 10/30/2002) |
| 11/04/2002 | 67 | NOTICE of Filing of Supplement to Evidentiary Hearing by defendant Phillip Lacefield w/Exhibit 1 attached (YDS) (Entered: 11/05/2002) |
| 11/06/2002 | 68 | MOTION by defendant Phillip Lacefield to extend time to allow additional time to file post-hearing brief due 11/6/02 (YDS) (Entered: 11/07/2002) |
| 11/08/2002 | 69 | ORDER GRANTING ADDITIONAL TIME TO FILE POST-HEARING BRIEF by Judge Samuel H. Mays Jr. granting motion to extend time to allow additional time to file post-hearing brief due 11/6/02 [68-1]; the motion is granted. Dft's post-hearing brief shall be filed by 11/14/02. The govt's post-hearing brief shall be due 11/19/02. (cc: all counsel) (YDS) (Entered: 11/12/2002) |
| 11/14/2002 | 70 | SECOND MOTION as to Phillip Lacefield to extend time to file post-hearing brief until 11/20/02 (YDS) Modified on 11/15/2002 (Entered: 11/15/2002) |
| 11/18/2002 | 71 | ORDER GRANTING SECOND MOTION FOR ADDITIONAL TIME TO FILE POST-TRIAL HEARING BRIEF by Judge Samuel H. Mays Jr. granting motion to extend time to file post-hearing brief until 11/20/02; the govt's post-hearing brief shall be due 11/25/02. (cc: all counsel) (YDS) (Entered: 11/18/2002) |
| | | |

| 11/20/2002 | 72 | TRANSCRIPT of proceedings for the following date(s). 10/22/02 as to defendant Phillip Lacefield of Proceedings before Mag Judge Allen Court Reporter: Lisa Mayo (DOCUMENT PLACED IN SEPARATE FOLDER) (YDS) (Entered: 11/20/2002) |
|---|---|---|
| 11/20/2002 | 73 | POST-HEARING BRIEF by defendant Phillip Lacefield (YDS) (Entered: 11/21/2002) |
| 11/20/2002 | 75 | ORDER GRANTING SECOND MOTION FOR ADDITIONAL TIME by Judge Samuel H. Mays Jr. granting motion to extend time to file post-hearing brief until 11/25/02 (cc: all counsel) (YDS) (Entered: 11/21/2002) |
| 11/21/2002 | 74 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 11/22/02 ; jury trial set for 9:30 12/2/02 as to Phillip Lacefield period of excludable time from 10/25/02 through 12/13/02 allow additional time to prepare and for disposition of the pending motion. (cc: all counsel) (YDS) (Entered: 11/21/2002) |
| 11/22/2002 | 76 | MOTION by USA as to Phillip Lacefield to amend conditions of pretrial release (YDS) (Entered: 11/22/2002) |
| 11/22/2002 | 77 | MINUTES: Before Judge Samuel H. Mays Jr. Report Date Minutes as to dft Phillip Lacefield; dft on bond; request for continuance by dft; reason: additional time to prepare; report date set for 2:00 12/23/02; jury trial set 1/6/03 , Time excluded through 1/17/03 (oral order of the court) AUSA: Tracy Berry Dft Atty: Pam Hamrin C/R: Sharlyn Phillips (YDS) (Entered: 12/02/2002) |
| 11/29/2002 | 78 | SUPPLEMENTAL RESPONSE by plaintiff USA to motion to suppress statements [50-1] (YDS) (Entered: 12/02/2002) |
| 11/29/2002 | 80 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 2:00 12/23/02; jury trial set for 9:30 1/6/03 as to Phillip Lacefield period of excludable time from 11/22/02 through 1/17/03 to allow additional time to prepare. (cc: all counsel) (YDS) (Entered: 12/04/2002) |
| 12/03/2002 | 79 | SETTING LETTER : report date set for 2:00 12/23/02 for Phillip Lacefield, Courtroom 2 (YDS) (Entered: 12/03/2002) |
| 12/05/2002 | 81 | PROPOSED FINDINGS OF FACT, PROPOSED CONCLUSIONS OF LAW, AND RECOMMENDED DISPOSITION by Mag Judge James H. Allen : it is RECOMMENDED that the motion to suppress statements made to his PTS Officer, Ms. Valerie Pugh, be DENIED. All parties are advised that objections to this report and recommendation must be filed w/i 10 days. (cc: all counsel) (YDS) (Entered: 12/06/2002) |
| 12/16/2002 | 82 | MOTION as to Phillip Lacefield for additional tiem to file objections to report and recommendation (through 12/23/02) (BAG) (Entered: 12/17/2002) |
| 12/20/2002 | 83 | ORDER GRANTING ADDITIONAL TIME TO FILE OBJECTIONS by Judge Jon P. McCalla granting motion for additional time to file objections to report and recommendation (through 12/23/02) [82-1] (cc: all counsel) (YDS) (Entered: 12/20/2002) |
| 12/23/2002 | 84 | OBJECTIONS TO REPORT AND RECOMMENDATION by defendant Phillip Lacefield regarding [81-1] (EHG) (Entered: 12/24/2002) |
| 12/23/2002 | 85 | MINUTES: Before Judge Samuel H. Mays Jr. granting motion to amend conditions of pretrial release [76-1] As To: P. Lacefield Type of hearing held: Report Date - Going to trial 2nd week and is expected to last 3 days.; Govt motion (#76) to amend dft's release conditions granted. Dft to seek full-time employment. AUSA: T. Berry Dft Atty: P. Hamrin C/R: S. Phillips (PWM) (Entered: 01/03/2003) |

| 01/03/2003 | 86 | MOTION FOR SPECIAL SETTING OF THE ABOVE-STYLED CASES by USA as to Phillip Lacefield for hearing , & to continue (PWM) (Entered: 01/07/2003) |
|---|---|---|
| 01/07/2003 | 87 | RULE 16 Discovery Response by AUSA as to defendant Phillip Lacefield (PWM) (Entered: 01/08/2003) |
| 01/13/2003 | 88 | MINUTES: Before Judge Samuel H. Mays Jr. granting motion for hearing [86-1], granting motion to continue [86-2] report date reset for 2:00 1/24/03 , & ON EXCLUDABLE DELAY for period from 1/13/03 thru 2/14/03 As To: P. Lacefield Type of hearing held: Attorney Conference - Case # 02-20051 estimated to take longer to try; case # 20203 to begin first; Case continued to February rotationon request of both dft & govt; Cases to be tried sequentially in February; NOTE T. Berry be at 6th Circuit 2/7/03. AUSA: T .Berry Dft Atty: P. Hamrin C/R: S. Phillips (PWM) (Entered: 01/14/2003) |
| 01/16/2003 | 89 | SETTING LETTER report date set for 2:00 1/24/03 for Phillip Lacefield (PWM) (Entered: 01/16/2003) |
| 01/22/2003 | 90 | ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY by Judge Samuel H. Mays Jr. report date set for 1/24/03 ; jury trial set for 9:30 2/3/03 as to Phillip Lacefield period of excludable time from January 13, 2003 to February 14, 2003 (cc: all counsel) (PWM) (Entered: 01/23/2003) |
| 01/24/2003 | 91 | MINUTES: Before Judge Julia S. Gibbons report date held on 1/24/03 ; jury trial set for 1/31/03 As To: P. Lacefield Type of hearing held: Report Date - Out of Town witnesses for govt; Dft going to trial; expected to last 3 1/2 days; (Case #02-20051 expected to take 3-4 days to try to begin following 02-20203. Govt request jury selection begin 1/31/03. AUSA: T. Berry Dft Atty: P. Hamrin C/R: S. Phillips (PWM) (Entered: 01/28/2003) |
| 01/27/2003 | 92 | RULE 16 Discovery Response by AUSA as to defendant Phillip Lacefield (PWM) (Entered: 01/28/2003) |
| 01/28/2003 | 93 | FIRST MOTION as to Phillip Lacefield in limine Dft's motion to Limit Evidence for Counts 4 & 5 by Requiring the Govt to elect (PWM) (Entered: 01/29/2003) |
| 01/28/2003 | 94 | Second MOTION as to Phillip Lacefield in limine (PWM) (Entered: 01/29/2003) |
| 01/28/2003 | 95 | FOURTH MOTION as to Phillip Lacefield in limine (PWM) (Entered: 01/29/2003) |
| 01/29/2003 | 96 | THIRD MOTION as to Phillip Lacefield in limine motion to exclude testimony (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 97 | RULE 16 Discovery by AUSA as to defendant Phillip Lacefield (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 98 | PETITION (MOTION) as to Phillip Lacefield for discovery or in the alternative, petieiotn to dismiss for lack for discovery (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 99 | PETITION(MOTION) as to(pro se) Phillip Lacefield to change venue for the jury or in the alternative, petition to dismiss for lack of change of venue for the jury (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 100 | (MOTION) PETITION as to (pro-se) Phillip Lacefield to change venue for the jury selection or in the alternative, petition to dismiss for lack of change of venue for the jury selection (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 101 | (MOTION) PETITION as to (pro se) Phillip Lacefield to change venue for this trial or in the alternative, petition to dismiss for lack of change of venue for this trial (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 102 | (MOTION) PETITION as to (pro-se) Phillip Lacefield for order for specific jury |

| | | instruction or in the alternative, petition to dismiss for lack of specific jury instructions (PWM) (Entered: 01/31/2003) |
|---|---|---|
| 01/30/2003 | 103 | MOTION as to Phillip Lacefield to dismiss count(s) as to Phillip Lacefield (1) count(s) 1, 2, 3, 4, 5 for lack of jurisdiction (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 104 | ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS OF FACT & CONCLUSIONS OF LAW & DENYING MOTION TO SUPPRESS by Judge Samuel H. Mays Jr. denying motion to suppress statements [50-1] (cc: all counsel) (PWM) (Entered: 01/31/2003) |
| 01/30/2003 | 106 | MOTION UNDER SEAL as to Phillip Lacefield for order to prevent jury pool taint from press coverage (filed w/ exhibit 1) (document placed in vault) (PWM) (Entered: 02/03/2003) |
| 01/31/2003 | 105 | RULE 16 Discovery Response by AUSA as to defendant Phillip Lacefield (PWM) (Entered: 02/03/2003) |
| 01/31/2003 | 108 | RESPONSE by plaintiff USA to motion in limine to limit Evidence for counts 4 & 5 [93-1], Second motion in limine [94-1], motion in limine [96-1], Fourth motion in limine [95-1] (Former Emp) (Entered: 02/04/2003) |
| 02/03/2003 | 107 | ORDER UNDER SEAL by Judge Samuel H. Mays Jr. denying motion for order [106-1] (cc: all counsel) (Former Emp) Modified on 02/04/2003 (Entered: 02/04/2003) |
| 02/03/2003 | 109 | ORDER STRIKING MOTIONS by Judge Samuel H. Mays Jr. denying motion to dismiss count(s) as to Phillip Lacefield (1) count(s) 1, 2, 3, 4, 5 [103-1], denying motion for order for specific jury instruction [102-1], denying motion to change venue for trial [101-1], denying motion to change venue for the jury selection [100-1], denying motion to change venue for the jury [99-1], denying motion for discovery [98-1] Mr. Lacefield is represent by counsel. He is not pro se. The court finds that these motions should be stricken from the record & instructs the dft not to file any further documents pro se. The court instructs the clerk not to accept any pro se filings from this dft. Motions all filed on 1/30/03 are denied and stricken from the record. (cc: all counsel) (PWM) (Entered: 02/04/2003) |
| 02/03/2003 | 110 | MINUTES: denying motion in limine [96-1], denying motion in limine [95-1], denying motion in limine [94-1], denying motion in limine [93-1] jury trial held on 2/3/03 ; jury trial set for 2/4/03 for Phillip Lacefield As To: P. Lacefield Type of hearing held: Criminal Jury Trial - Preliminary matters motions in limine address Dfts renewed motions previosly overruled by Judge Mays-DENIED. Motions in Limine Argued/Decided; Voir Dire by Court counsel; Court's preliminary jury instructions; Opening statements; Pla's proof Valerie Pugh, Debra Baker, Bob Brown, Carol Rose & Austin Wolverton. JUDGE Donald Walter AUSA: T. Berry Dft Atty: P. Hamrin & D. Holt C/R: M. Dodson (PWM) Modified on 02/05/2003 (Entered: 02/05/2003) |
| 02/04/2003 | 111 | MINUTES: jury trial held on 2/4/03 ; jury trial set for 2/5/03 for Phillip Lacefield As To: P. Lacefield Type of hearing held: Criminal Jury Trial - Preliminary matters motion in limine addressed; Court ruled on admisssion of content RE: Exhibit 7. Plas Proof Resumed Sworn: Adrienne Weisman, Christina Boyajian, Jennifer Hill, Gerry Nowlin, Realis Sanders, Barbara Brown, Ewell Miller, Randy Gaddy. Plas rests: Motion for Judgment of Acquittal DENIED; Dfts rests; Rebuttal proof; Closing Arguments; Charge Conference; Jury Charge Alternates excused @ 3:00 p.m.; Exhibit 10 admitted as redacted. Jury excused. to resume deliberations by 9:00 2/5/03. JUDGE Donald Walter AUSA: T Berry Dft Atty: P. Hamrin, & D. Holt C/R: M. Dodson (PWM) (Entered: 02/05/2003) |
| 02/05/2003 | 112 | SETTING LETTER ; sentencing hearing set for 10:30 5/2/03 for Phillip Lacefield (PWM) (Entered: 02/07/2003) |

| 02/05/2003 | 113 | MINUTES: Before Judge Donald E. Walter Jury trial held on 2/5/03, & finding Phillip Lacefield (1) count(s) 1, 2, 3, 4, 5 guilty As To: P. Lacefield Type of hearing held Criminal Jury Trial - Verdict as Published/filed in open court; Guilty as to all counts; Jury Polled; Court discharged jury 10:58; Jury resumed deliberations @ 8:45; Jury questions responded to in writing by the Court. AUSA: T. Berry Dft Atty: P. D. Holt C/R: M. Dodson (PWM) (Entered: 02/07/2003) |
|---|---|---|
| 02/05/2003 | 114 | VERDICT as to Phillip Lacefield (PWM) (Entered: 02/07/2003) |
| 02/05/2003 | 115 | EXHIBIT/WITNESS list (PWM) (Entered: 02/07/2003) |
| 02/12/2003 | 116 | ORDER ON JURY VERDICT by Judge Donald E. Walter re [114-1] After due deliberation, the jury returned in open court on 2/5/03, & announced a verdict of GUILTY as to counts 1-5 of the indictment. Jurors were pooled individually. Sentencing date set 5/2/03 @ 10:30; Dft is REMANDED to custody as to dft Phillip Lacefield.(cc: all counsel) (PWM) (Entered: 02/13/2003) |
| 03/24/2003 | 117 | LETTER in a criminal case from plaintiff USA as to Phillip Lacefield (PWM) (Entered: 03/26/2003) |
| 03/24/2003 | | MAIL Returned [104-1] addressed to defendant (copy given to case manager to advise) (PWM) (Entered: 03/27/2003) |
| 03/24/2003 | | MAIL Returned [112-1] addressed to dft Phillip Lacefield (copy given to case manager to advise) (PWM) (Entered: 03/27/2003) |
| 03/25/2003 | | MAIL Returned addressed to defendant Phillip Lacefield (pro se filings returned per Judge Mays order was returned from postal service as being undeliverable due to box being closed. (PWM) (Entered: 03/27/2003) |
| 03/31/2003 | | MAIL Returned [107-1] addressed to defendant Phillip Lacefield (PWM) (Entered: 04/02/2003) |
| 03/31/2003 | | MAIL Returned [111-1], [109-1] addressed to defendant Phillip Lacefield (PWM) (Entered: 04/02/2003) |
| 04/18/2003 | 118 | MOTION as to Phillip Lacefield to continue sentencing hearing currently set 5/2/03 (PWM) (Entered: 04/21/2003) |
| 04/23/2003 | 119 | ORDER RESETTING SENTENCING DATE by Judge Samuel H. Mays Jr. granting motion to continue sentencing hearing [118-1] ; sentencing hearing set for 9:00 6/3/03 for Phillip Lacefield For good cause shown the motion is granted. (cc: all counsel) (PWM) (Entered: 04/25/2003) |
| 04/24/2003 | 120 | RE-SETTING LETTER ; sentencing hearing set for 9:00 6/3/03 for Phillip Lacefield (PWM) (Entered: 04/25/2003) |
| 05/06/2003 | 121 | MOTION by USA as to Phillip Lacefield to continue sentencing hearing (PWM) (Entered: 05/08/2003) |
| 05/08/2003 | 122 | SETTING LETTER ; sentencing hearing reset for 9:00 6/25/03 for Phillip Lacefield granting motion to continue sentencing hearing [121-1] (PWM) (Entered: 05/12/2003) |
| 05/09/2003 | 123 | POSITION PAPERS WITH RESPECT TO SENTENCING FACTORS by USA as to dft Phillip Lacefield (PWM) (Entered: 05/12/2003) |
| 05/12/2003 | 124 | ORDER RESETTING SENTENCING DATE by Judge Samuel H. Mays Jr. granting motion to continue sentencing hearing [121-1] ; sentencing hearing set for 9:00 6/25/03 for Phillip Lacefield (cc: all counsel) (PWM) (Entered: 05/13/2003) |
| 05/30/2003 | 125 | ORDER TRANSFERRING CASE by Mag Judge James H. Allen ..case reassigned to Mag Judge Pham for all pending and future references. (cc: all counsel) (EHG) |

| 06/12/2003 | 126 | ORDER Transferring Case by Mag Judge James H. Allen; Clerk directed to take appropriate action to reassign magistrate designation for this case to Mag Judge Tu M. Pham for all pending and future references as to defendant Phillip Lacefield; (cc: all counsel) (BAG) (Entered: 06/16/2003) |
| 06/17/2003 | 127 | (PRO SE) MOTION as to Phillip Lacefield to dismiss count(s)/indictment for ineffective assistance of counsel or in the alternative notice and demand to proceed pro se w/memorandum of law in support (BAG) (Entered: 06/18/2003) |
| 06/17/2003 | 128 | MEMORANDUM by defendant Phillip Lacefield in support of motion to dismiss indictment ... [127-1] (BAG) (Entered: 06/18/2003) |
| 06/17/2003 | 129 | LETTER in a criminal case from defendant Phillip Lacefield requesting docket sheet; (docket sheet mailed to dft) (BAG) (Entered: 06/18/2003) |
| 06/19/2003 | 130 | POSITION OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS by defendant Phillip Lacefield (CCP) (Entered: 06/23/2003) |
| 06/25/2003 | 133 | MINUTES: Before Judge Samuel H. Mays Jr. sentencing hearing on 6/25/03 reset for 1:30 8/21/03 for Phillip Lacefield; dft sworn; dft allowed to proceed pro se; Elbow Counsel to be appointed; Federal Defender withdrawn and motions filed by 7/25/03; Gov't to respond by 8/7/03 As To: Phillip Lacefield AUSA: Tracy Berry Dft Atty: Pam Hamrin, Doris Holt C/R: Sharlyn Phillips (CCP) (Entered: 07/08/2003) |
| 06/27/2003 | 131 | ORDER RELIEVING COUNSEL; defender is relieved from representation by Judge Samuel H. Mays Jr. (cc: all counsel) (CCP) (Entered: 07/01/2003) |
| 07/01/2003 | 132 | SETTING LETTER ; sentencing hearing re-set for 1:30 8/21/03 for Phillip Lacefield before Judge Mays in courtroom 2, 11th floor (JAE) (Entered: 07/02/2003) |
| 07/15/2003 | 134 | CJA Form 20 Copy 4 (Appointment of Counsel) Attorney Michael Edwin Scholl replacing (CCP) (Entered: 07/15/2003) |
| 07/28/2003 | 135 | MOTION as to Phillip Lacefield to dismiss indictment for Bias and Prejudice 28 U.S.C. 455(a) with Memorandum in Support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 136 | MOTION as to Phillip Lacefield to dismiss indictment for violation(s) of Grand Jury Clause, Fifth Amendment with Memorandum in Support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 137 | MOTION as to Phillip Lacefield to disclose Jury Ballot or Concurrence Form F.R.Cr.P. 12(b)(2) with Memorandum In Support (CCP) (Entered: 07/29/2003) |
| 07/28/2003 | 138 | MOTION as to Phillip Lacefield to clarification of defendant's pro se status with memorandum of law in support (CCP) (Entered: 07/29/2003) |
| 08/07/2003 | 139 | RESPONSE by plaintiff USA regarding [135-1] tion to dismiss the indictment (CCP) (Entered: 08/08/2003) |
| 08/07/2003 | 140 | RESPONSE by plaintiff USA regarding [136-1] motion to dismiss the indictment for violations (CCP) (Entered: 08/08/2003) |
| 08/18/2003 | 141 | ORDER resetting sentencing date and clarifying scope of standby counsel; by Judge Samuel H. Mays Jr. ; sentencing hearing set for 9:30 8/27/03 for Phillip Lacefield as to Phillip Lacefield (cc: all counsel) (CCP) (Entered: 08/18/2003) |
| 08/18/2003 | 142 | SETTING LETTER ; sentencing hearing set for 9:30 8/27/03 for Phillip Lacefield (CCP) (Entered: 08/19/2003) |
| 08/21/2003 | 143 | MOTION by USA as to Phillip Lacefield to continue ;the sentencing hearing currently set for 8/27/03 (CCP) (Entered: 08/22/2003) |

| 08/25/2003 | 144 | MOTION as to Phillip Lacefield to dismiss indictment for lack of jurisdiction with memorandum of law in support (CCP) (Entered: 08/26/2003) |
|---|---|---|
| 08/27/2003 | 146 | MINUTES: Before Judge Samuel H. Mays Jr. ; sentencing hearing reset for 10:30 10/3/03 for Phillip Lacefield AUSA: Tracy Berry Dft Atty: pro-se M. Scholl -elboe counse C/R: Sharlyn Phillips (CCP) (Entered: 09/04/2003) |
| 08/29/2003 | 145 | APPEARANCE for defendant Phillip Lacefield by Attorney Michael E. Scholl (CCP) (Entered: 09/02/2003) |
| 09/04/2003 | 147 | SETTING LETTER ; sentencing hearing reset for 10:30 10/3/03 for Phillip Lacefield (CCP) (Entered: 09/05/2003) |
| 09/19/2003 | 148 | NOTICE by defendant Phillip Lacefield; please mail me a copy of the docket sheets regarding case 2:2cr20203 (CCP) (Entered: 09/22/2003) |
| 09/25/2003 | 149 | MOTION by USA as to Phillip Lacefield to continue the sentencing hearing ; currently set for 10/3/03 (CCP) (Entered: 09/26/2003) |
| 10/01/2003 | 150 | ORDER by Judge Samuel H. Mays Jr. granting motion to continue the sentencing hearing [149-1] ; sentencing hearing RE-SET for 1:30 10/21/03 as to Phillip Lacefield (cc: all counsel) (JAE) (Entered: 10/02/2003) |
| 10/09/2003 | 151 | SETTING LETTER ; sentencing hearing set for 1:30 10/22/03 for Phillip Lacefield (CCP) (Entered: 10/09/2003) |
| 10/22/2003 | 152 | MINUTES: Before Judge Samuel H. Mays Jr. sentencing hearing held on 10/22/03 ; sentencing hearing set for 2:00 10/29/03 for Phillip Lacefield ; dft has objections to presentence report; number of victims involved; enhancement for obstruction of justice; enhancement for unauthorized use of identification; AUSA: Tracy Berry Dft Atty: Michael Scholl C/R: Sharlyn Phillips (CCP) (Entered: 10/24/2003) |
| 10/24/2003 | 153 | SETTING LETTER ; sentencing hearing reset for 2:00 10/29/03 for Phillip Lacefield (CCP) (Entered: 10/24/2003) |
| 10/29/2003 | 154 | MINUTES: Before Judge Samuel H. Mays Jr. sentencing hearing held on 10/29/03 As To: Phillip Lacefield; INCARERATION 108 months; As to count 1-3, 4, 10&18 (02-20051) & counts 1-5 (02-20203); SR 3 yrs; dft shall not be employed where he can have access to personal identifying information; Restitution $314,825.83; SA $1,000.00; DISMISSED Count 5-9, 11-17 of case #02-20051; Gov't motion for upward departure denied; Mr. Scholl to be relieved from this case after filing appeal; Robert Brooks has agreed to represent deft on appeal; AUSA: Tracy Berry Dft Atty: Michael Scholl C/R: Phillips (CCP) (Entered: 10/31/2003) |
| 10/31/2003 | 155 | JUDGMENT IN A CRIMINAL CASE as to Phillip Lacefield sentencing Phillip Lacefield (1) count(s) 1 , 2 , 3 , 4 , 5 . dft was found guilty on counts 1-5 of indictment and count 5-9 and 11-17 are dismissed on the motion of the US as to Phillip Lacefield , terminating party Phillip Lacefield as to Phillip Lacefield by Judge Samuel H. Mays Jr. (cc: all counsel) (CCP) (Entered: 11/03/2003) |
| 11/04/2003 | 156 | APPEAL Notice to USCA by defendant Phillip Lacefield; appeal for the Sixth Circuit from the judgment entered on 10/29/03 (CCP) Modified on 12/08/2003 (Entered: 11/06/2003) |
| 11/04/2003 | 157 | APPEAL Transcript and Order form regarding [156-1] (CCP) (Entered: 11/06/2003) |
| 11/07/2003 | 158 | APPEAL NOTIFICATION as to Phillip Lacefield mailed to 6th Circuit with copies of items nos. 155, 156 and docket sheet (cc: all counsel) (SSH) Modified on 12/08/2003 (Entered: 11/07/2003) |
| 11/10/2003 | 159 | APPEAL Transcript and Order form for the dates of 10/22/03 regarding [156-1] (CCP) |

| | | (Entered: 11/10/2003) |
|---|---|---|
| 11/10/2003 | 160 | APPEAL Transcript and Order form regarding [156-1]; trial Walter 2-3-03-2/4/03 Dodson witnesses: pugh, Baker, Brown, Rose, Wolverton, Weisman, Boyajian, Hiss, Nowlin, Sanders, Brown, Miller, Gaddy (CCP) (Entered: 11/10/2003) |
| 11/10/2003 | 161 | APPEAL Transcript and Order form for the dates of 8/27/03, 10/29/03 regarding [156-1]; Sentencing Hearing (CCP) (Entered: 11/10/2003) |
| 11/13/2003 | 162 | NOTICE/Please mail me a printout of the master docket sheets for the aforementioned cases by defendant Phillip Lacefield (CCP) (Entered: 11/14/2003) |
| 11/26/2003 | 163 | MOTION as to Phillip Lacefield for refund of cash appearance bond ; dft did cause a $5000.00 dollar bond be posted on his behalf by tendering $500.00 in cash; Said amount was receipted in the name of Dana Baldwin (CCP) (Entered: 11/26/2003) |
| 12/03/2003 | | APPEAL number 03-6482 received from USCA regarding [156-1]; P. Elder case manager (SSH) (Entered: 12/08/2003) |
| 12/04/2003 | 164 | APPEAL Transcript and Order form for the dates of 10/22/02 motion hearing ,2/3-5/03 trial, 6/25 & 10/29/03 sentencing (CCP) (Entered: 12/05/2003) |
| 12/31/2003 | 165 | ORDER by Judge Samuel H. Mays Jr. granting Dana Baldwin motion for refund of cash appearance bond [163-1] as to Phillip Lacefield (cc: all counsel) (CCP) (Entered: 12/31/2003) |
| 01/26/2004 | 166 | TRANSCRIPT of proceedings for the following date(s): 2/3/03 of Transcript Of Trial Proceeding Court Reporter: Mark S. Dodson (DOCUMENT PLACED IN A SEPARATE FOLDER) y (CCP) (Entered: 01/27/2004) |
| 01/26/2004 | 167 | TRANSCRIPT of proceedings for the following date(s): 2/4/03-2/5/03 of Transcript Of Trial Proceeding Court Reporter: Mark S. Dodson (DOCUMENT PLACED IN A SEPARATE FOLDER) y (CCP) (Entered: 01/27/2004) |
| 05/05/2004 | 168 | APPEAL Transcript and Order form for the dates of 8/27/03 regarding [156-1] (CCP) (Entered: 05/06/2004) |
| 12/01/2004 | 169 | Letter from Phillip Lacefield: Requesting information of pretrial motion hearing he states was held on 1/31/03. Clerk sent docket sheet to dft showing there was a motion hearing held 2/3/03. (jae, ) (Entered: 12/02/2004) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 09/29/2005 09:53:58 | | |
| PACER Login: | ea0007 | Client Code: | ahm |
| Description: | Docket Report | Search Criteria: | 2:02-cr-20203-SHM-tmp |
| Billable Pages: | 12 | Cost: | 0.96 |