IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff,

V.

LEASECOMM, ET AL.,
    Defendants.

Civil Action

No.: 1:05-cv-11581-RCL

**PLAINTIFF'S CONSOLIDATED RESPONSE AND OPPOSITION TO
DEFENDANT CIT GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT, AND
RESPONSE AND OPPOSITION TO THE MOTION OF WREG-TV, WORLDNOW, ANDY WISE,
AND THE NEW YORK TIMES TO DISMISS THE COMPLAINT, AND
RESPONSE AND OPPOSITION TO THEIR ACCOMPANYING MEMORANDUMS IN SUPPORT**

Comes now the Plaintiff, PHILLIP LACEFIELD, Pro se, and since DEFENDANT CIT GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT, and the MOTION OF WREG-TV, WORLDNOW, ANDY WISE, AND THE NEW YORK TIMES TO DISMISS THE COMPLAINT appear to be almost identical, and in the interest of brevity, Plaintiff hereby responds to and **strongly opposes** both DEFENDANT CIT GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT, and the MOTION OF WREG-TV, WORLDNOW, ANDY WISE, AND THE NEW YORK TIMES TO DISMISS THE COMPLAINT and respectfully moves this Honorable Court to **deny, dismiss, and/or strike** these instant motions **from the record**. The grounds for these instant motions to be **denied, dismissed, and/or striken from the record** by this Honorable Court are set forth in the accompanying memorandum of facts, reasons, and law.

                                                   Respectfully submitted,

*[signature]*

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000
Telephone: (870)630-6000

Dated: October 7, 2005.

### CERTIFICATE OF RECEIPT (NON-RECEIPT)

I, PHILLIP LACEFIELD, Pro se, hereby certify that I, the Plaintiff PHILLIP LACEFIELD, did not receive DEFENDANT CIT GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT--which CIT GROUP, INC.'S attorney Paul Killeen states: "I, Paul Killeen, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first class mail on **September 21, 2005**."--in the mail until **October 3, 2005** p.m. (allowing Plaintiff only two (2) days to get an adequate and typed response ready and in the mail). I.e., Plaintiff PHILLIP LACEFIELD, Pro se, did not receive this instant motion in the mail for twelve (12) days after attorney Paul Killeen certifies that he "caused" it "to be served."

This appears to be an abuse of Local Rule 5.2 and denial of Plaintiff's rights under Local Rule 7.1(b)(2).

Additionally, RE attorney Killeen's CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2), I, PHILLIP LACEFIELD, Pro se, hereby certify that I, the Plaintiff PHILLIP LACEFIELD, did not receive his "letter to the plaintiff Phillip Lacefield...informing him of CIT Group Inc.'s intention to file a motion to dismiss the Complaint on September 21, 2005"--certified by Mr. Killeen that he "sent" it on **September 15, 2005**--until **September 19, 2005** p.m. (too late to get a timely response in the mail before Mr. Killeen's intended file date for this instant motion to dismiss; the earliest possible date that any response could have gone out in the mail and been postmarked would have been **September 21, 2005**--the day of Mr. Killeen's intended filing date). And, by attorney Paul Killeen's own admission, he certified that this letter was not "sent," i.e., mailed, to the plaintiff Phillip Lacefield until **September 15, 2005**--only six (6) days prior to his intended filing date.

2

  Certainly, these are **not** examples of **good faith attempts** on the part of CIT GROUP, INC./attorney Paul Killeen to confer with the Plaintiff to resolve or narrow the issues enumerated in Plaintiff's Complaint, as is meant in, inter alia, Local Rule 7.1(a)(2). (Perhaps attorney Paul Killeen should "send" all of his correspondences Certified Mail Return Receipt Requested in order to document the dates "sent" as well as the dates received.)
  Additionally, I, PHILLIP LACEFIELD, Pro se, hereby certify that I, the Plaintiff PHILLIP LACEFIELD, have not, to date received a NOTICE OF APPEARANCE from attorney John Miller and/or Francis J. Sally, attorneys for defendants WREG-TV, WORLDNOW, ANDY WISE and THE NEW YORK TIMES.

THIS, the 7th Day of October, 2005.


              _____
              PHILLIP LACEFIELD, Pro se

### CERTIFICATE OF SERVICE

  This certifies that I, PHILLIP LACEFIELD, Pro se, have delivered, filed, and served a copy of the foregoing

**PLAINTIFF'S CONSOLIDATED RESPONSE AND OPPOSITION TO DEFENDANT CIT GROUP, INC.'S MOTION TO DISMISS THE COMPLAINT, AND RESPONSE AND OPPOSITION TO THE MOTION OF WREG-TV, WORLDNOW, ANDY WISE, AND THE NEW YORK TIMES TO DISMISS THE COMPLAINT, AND RESPONSE AND OPPOSITION TO THEIR ACCOMPANYING MEMORANDUMS IN SUPPORT**
and
**CERTIFICATE OF RECEIPT (NON-RECEIPT)**

on every other party or its attorney of record via first-class United States Mail, first-class postage prepaid, deposited in the Legal Mail Mailbox, located at FCC Forrest City, Forrest City, Arkansas 72335.

THIS, the 7th Day of October, 2005.

              _____
              PHILLIP LACEFIELD, Pro se