**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP LACEFIELD | 05-11581-RCC |

| DEFENDANT | TYPE OF PROCESS | |
|---|---|---|
| THE NEW YORK TIMES, A.K.A. THE NEW YORK Times Co. | S & C | CIVIL |

**SERVE** ➡ **AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES COMPANY

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
229 WEST 43RD STREET, NEW YORK, NEW YORK 10036

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

PHILLIP LACEFIELD, 18183-076
FCC FORREST CITY
P.O. BOX 3000
FORREST CITY, AR 72336-3000

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 6 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):
Fold                                                                                                Fold

| Signature of Attorney or other Originator requesting service on behalf of:  PRO SE | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER 870-630-6000 | DATE 07-08-2005 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 9 | No. 54 | Nancy Jalavere | 8/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above)  Edward Boham Asst. | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address (complete only if different than shown above) | Date of Service: 6/26/05  Time: 1505 pm  Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | 4.10 | 8.00 | 57.10 | | | |

REMARKS: FWD to USM SD/NY 8/11/05 jt

08-130

PRIOR EDITIONS
MAY BE USED                    **1. CLERK OF THE COURT**                    FORM USM-285 (Rev. 12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

FILED
IN CLERKS OFFICE

PHILLIP LACEFIELD,
     Plaintiff,

     V.

2005 OCT 19 P 3: 47

**SUMMONS IN A CIVIL CASE**
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: 05 - 11581 - RCC

LEASECOMM, A.K.A. LEASECOMM CORPORATION and WWW.LEASECOMM.COM;
CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and
WWW.CIT.COM; WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and
WWW.WREG.COM; WORLDNOW, A.K.A. WWW.WORLDNOW.COM; ANDY WISE, A.K.A.
STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES
COMPANY and WWW.NYT.COM; ET AL.,
     Defendants.

TO: (Name and address of Defendant)

THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES COMPANY and WWW.NYT.COM
229 WEST 43RD STREET
NEW YORK, NEW YORK 10036

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____ CLERK

8/10/05
DATE

(BY) DEPUTY CLERK