U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| PHILLIP LACEFIELD | 05-11581-RCC |
| **DEFENDANT** WORLDNOW | **TYPE OF PROCESS** CIVIL |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | WORLDNOW |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) |
| | 747 THIRD AVENUE, 17TH FLOOR, NEW YORK, NEW YORK 10017 |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| PHILLIP LACEFIELD, 18183-076 FCC FORREST CITY P.O. BOX 3000 FORREST CITY, AR 72336-3000 | Number of process to be served with this Form - 285 — 1 |
| | Number of parties to be served in this case — 6 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

| Signature of Attorney or other Originator requesting service on behalf of: | PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| *Phillip Lacefield* PRO SE | ☒ PLAINTIFF | 870-630-6000 | 07-08-2005 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 9 | No. 54 | *signature* | 8/11/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served, (if not shown above) | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Maureen Asst. Dickson | |
| Address (complete only if different than shown above) | Date of Service | Time | am |
| | 6/30/05 | 1550 | pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: FWD TO USM SD/NY 8/11/05 nf

08-151

| PRIOR EDITIONS | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

FILED
IN CLERKS OFFICE
MASSACHUSETTS

PHILLIP LACEFIELD,
     Plaintiff,

    V.

2005 OCT 19 P 3: 47

**SUMMONS IN A CIVIL CASE**
U.S. DISTRICT COURT
DISTRICT OF MASS.

CASE NUMBER: OS-11581-RCC

LEASECOMM, A.K.A. LEASECOMM CORPORATION and WWW.LEASECOMM.COM;
CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and
WWW.CIT.COM; WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and
WWW.WREG.COM; WORLDNOW, A.K.A. WWW.WORLDNOW.COM; ANDY WISE, A.K.A.
STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES
COMPANY and WWW.NYT.COM; ET AL.,
     Defendants.

TO: (Name and address of Defendant)

WORLDNOW, A.K.A. WWW.WORLDNOW.COM
747 THIRD AVENUE, 17TH FLOOR
NEW YORK, NEW YORK 10017

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____       8/10/05
CLERK                                        DATE

_____
(By) DEPUTY CLERK