IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,
    Plaintiff,

V.

LEASECOMM, et al.,
    Defendants.

Civil Action

No.: 1:05-cv-11581-RCL

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS, AND RESPONSE AND OPPOSITION TO THE ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS**

Comes now the Plaintiff, PHILLIP LACEFIELD, Pro se, and **strongly opposes** DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS and their accompanying MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS and respectfully moves this Honorable Court to **deny, dismiss, and/or strike** this instant motion to dismiss **from the record**. The grounds for this instant motion to dismiss to be **denied, dismissed, and/or striken from the record** by this Honorable Court are set forth in Plaintiff's accompanying Memorandum of Facts, Reasons, and Law. Plaintiff PHILLIP LACEFIELD, Pro se, would also respectfully request that this instant Response and Opposition and accompanying Memorandum drafted by Plaintiff--who is not a trained and experienced attorney (lawyer)--and any other Responses and Oppositions, Motions, Pleadings, and accompanying Memorandums, etc. drafted by this Pro se Plaintiff (filed before and after this instant Response and Opposition and accompanying

Memorandum) be held by this Honorable Court to the standard set forth by the **United States Supreme Court** in **Haines v. Kerner, et al.**, 404 U.S. 519, **92 S.Ct. 594**, 30 L.Ed.2d. 652 (1972), which is that "we [The U.S. Supreme Court] hold [the pleadings of Pro se litigants] to less stringent standards than formal pleadings drafted by lawyers."

Respectfully submitted,

*Phillip Lacefield*

PHILLIP LACEFIELD, Pro se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000
Telephone: (870)630-6000

Dated:     October 19, 2005
           Forrest City, Arkansas

### CERTIFICATE OF RECEIPT (NON-RECEIPT)

I, PHILLIP LACEFIELD, Pro se, hereby certify that I, the Plaintiff PHILLIP LACEFIELD, **did not receive** DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS--which LEASECOMM'S attorney Kenneth V. Nourse states: "I, Kenneth V. Nourse, on this 5th day of October, 2005, certify that I caused a copy of this Motion and the accompanying Memorandum of Law to be served by first-class mail on Phillip Lacefield..."--in the mail **until Friday October 14, 2005** p.m. (allowing Plaintiff only three (3) business days to get an adequate and typed response and objection to said Motion, etc. ready and in the mail).  I.e., Plaintiff PHILLIP LACEFIELD, Pro se, **did not receive** this instant Motion, etc. in the mail **until nine (9) days after** attorney Kenneth V. Nourse certifies that he "caused" it "to be served."  Note:  all other mailings to and from the Boston U.S. Courthouse and Forrest City, Arkansas takes usually only two to three (2-3) days.
    This appears to be an abuse of Local Rule 5.2 and denial of Plaintiff's rights under Local Rule 7.1(b)(2).  (Perhaps the provided United States Postal Service (U.S.P.S.) bar code meter strip on Attorney Nourse's envelope, in which the instant Motion and Memorandum

was mailed to Plaintiff, would help determine exactly when Leasecomm Corporation's instant Motion and Memorandum was actually mailed by defendant Leasecomm Corporation's attorneys to Plaintiff.)

THIS, the 19th Day of October, 2005.

*[signature: Phillip Lacefield]*

PHILLIP LACEFIELD, Pro se

### CERTIFICATE OF SERVICE

This certifies that I, PHILLIP LACEFIELD, Pro se, have delivered, filed, and served a copy of the foregoing

**PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS, AND RESPONSE AND OPPOSITION TO THE ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS**

and

### CERTIFICATE OF RECEIPT (NON-RECEIPT)

and accompanying

**PLAINTIFF'S MEMORANDUM OF FACTS, REASONS, AND LAW IN SUPPORT OF PLAINTIFF'S RESPONSE AND OPPOSITION TO DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS, AND RESPONSE AND OPPOSITION TO THE ACCOMPANYING MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT LEASECOMM CORPORATION'S MOTION TO DISMISS**

on every other party or its attorney of record via first-class United States Mail, first-class postage prepaid, deposited in the Legal Mail Mailbox, located at FCC Forrest City, Forrest City, Arkansas 72335.

THIS, the 19th Day of October, 2005.

*[signature: Phillip Lacefield]*

PHILLIP LACEFIELD, Pro se

3