December 9, 2005

PHILLIP LACEFIELD
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, AR 72336-3000

Dear Clerk of the U.S. District Court:

Please mail me a <u>PRINTOUT</u> of the docket report for the following case:

1:05-cv-11581-RCL

Thank you.

Sincerely,

*[signature: Phillip Lacefield]*

PHILLIP LACEFIELD