March 21, 2006

PHILLIP LACEFIELD
18183-076
P.O. Box 509
Mason, TN 38049-0509

```
          FILED
       IN CLERKS OFFICE

     2006 MAR 27  P 1:57

     U.S. DISTRICT COURT
     DISTRICT OF MASS.
```

Clerk of the Court
UNITED STATES DISTRICT COURT, DISTRICT OF MASSACHUSETTS
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  02210

RE:   Case No. 1:05-cv-11581-RCL, Lacefield v. Leasecomm et al.
      Questions RE rulings on motions etc. and
      RE Copy of the Local Rules

Dear Clerk of the U.S. District Court:

   I need your help please on a couple of things.

1.   Please write and let me know of any time limits that may exist for
     the Court to rule on filed motions (and responses to and objections
     to filed motions).  This may be covered in your Local Rules.

2.   Please also mail me a copy of your Local Rules for the District of
     Massachusetts.

3.   Please tell me, how long does it usually take for the Court to rule
     on filed motions (and responses to and objections to filed motions)?

Please use the S.A.S.E. enclosed for your convenience.  There is enough first-class
postage supplied for at least four (4) ounces or about 24 pages.

Thank you.

Sincerely,

*[signature: Phillip Lacefield]*
_____
PHILLIP LACEFIELD, Pro Se