UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 APR -6 P 12: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Lacefield, )
)
    Plaintiff )
)
v. )    1:05-CV-11581-RCL
)
Leasecomm et al. )
)
    Defendants )

## NOTICE OF WITHDRAWAL

I am withdrawing my representation of Leasecomm, a defendant in the above-captioned action. Leasecomm will continue to be represented by my former colleague, Mr. Richard J. McCarthy of Edwards Angell Palmer & Dodge.

Dated: April 5, 2006

Kenneth V. Nourse (BBO# 655781)
Kroll Ontrack
200 Clarendon Street, 34th Floor
Boston, MA  02116
617 421-0591