UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**PHILLIP LACEFIELD**

V.                                                        **CIVIL ACTION NO. 05-11581-RCL**

**LEASECOMM, ET AL**

**JUDGMENT OF DISMISSAL**

LINDSAY, D.J.

    In accordance with the Court's Order of May 11, 2006 allowing the motion to dismiss of the defendants, Judgment is hereby entered as follows: Judgment for the defendants dismissing this action.

May 15, 2006                                              /s/ Lisa M. Hourihan
                                                                                      Deputy Clerk