## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHILLIP LACEFIELD,<br><br>    Plaintiff,<br>v.<br><br>LEASECOM, A.K.A. LEASECOM CORPORATION and WWW. LEASECOM.COM; CIT GROUP, A.K.A. NEWCOURT FINANCIAL, LEASE FINANCE GROUP, and WWW.CIT.COM, WREG-TV, INC., A.K.A. WREG-CHANNEL 3 and WWW.WREG. COM; WORLDNOW, A.K.A. WWW. WORLDNOW.COM; ANDY WISE, A.K.A. STEVEN ANDREW WISE; THE NEW YORK TIMES, A.K.A. THE NEW YORK TIMES COMPANY and WWW.NYT.COM<br><br>    Defendants. | **CIVIL NO. 05-11581 RCL** |

## NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE ABOVE-NAMED COURT

  Please take notice that as of **May 30, 2006**, counsel for defendants WREG-TV, Worldnow, Andy Wise and The New York Times Company will be located at a new address:

      **Sally & Fitch LLP**
      **One Beacon Street**
      **Boston, MA 02108**
      **Tel: 617-542-5542**
      **Fax: 617-542-1542**

WREG-TV, WORLDNOW,
ANDY WISE AND
THE NEW YORK TIMES COMPANY
By their attorneys,

/s/ *John Miller*_____
Francis J. Sally, BBO # 439100
John Miller, BBO # 567563
SALLY & FITCH LLP
225 Franklin Street
Boston, MA  02110
617-542-5542

Dated:  May 24, 2006

2