IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2006 MAY 26  P 12: 06

U.S. DISTRICT COURT
DISTRICT OF MASS.

PHILLIP LACEFIELD,

    Plaintiff,

V.                                    CIVIL ACTION
                                      NO.: 05-11581-RCL
LEASECOMM, ET AL.,

    Defendants.

---

NOTICE OF APPEAL

---

Notice is hereby given that PHILLIP LACEFIELD, Plaintiff named above, hereby appeals to the United States Court of Appeals for the First Circuit from the <u>Judgment for the defendants</u> dismissing this action, entered in this action on May 15, 2006.

Respectfully submitted,

*/s/ Phillip Lacefield*

PHILLIP LACEFIELD, Pro Se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000
(870) 630-6000

Dated: May 19, 2006
      Forrest City, Arkansas

## CERTIFICATE OF SERVICE

  This certifies that I, PHILLIP LACEFIELD, Plaintiff, Pro Se, have <u>served</u>, <u>delivered</u>, and <u>filed</u> a true and exact copy of the foregoing

NOTICE OF APPEAL

regarding Civil Action No. 05-11581-RCL, via United States Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, P.O. Box 3000, Forrest City, Arkansas 72335, to the following persons and addresses:

Sarah Thornton, District Clerk of Court
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210,  and

Richard C. Donovan, Clerk of Court
UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210-3008,  and

the attorney(s) of record for each other party,

THIS, the <u>19th</u> Day of May, 2006.

            */s/ Phillip Lacefield*
            PHILLIP LACEFIELD, Pro Se