IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 JUN 12  P 2: 19

U.S. DISTRICT COURT
DISTRICT OF MASS

PHILLIP LACEFIELD,

     Plaintiff,

V.

LEASECOMM, ET AL.,

     Defendants.

CIVIL ACTION
NO.:  05-11581-RCL

---

EX PARTE MOTION OF PLAINTIFF FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO THIS COURT'S ORDER OF MAY 11, 2006
AND THE RESULTING JUDGMENT OF MAY 15, 2006

---

Comes now Plaintiff PHILLIP LACEFIELD, Pro Se and Ex Parte and respectfully moves this Honorable Court for extension of time in which to respond to this Honorable Court's Order of May 11, 2006 and the resulting Judgment of May 15, 2006, and would state and show good cause for granting this Motion as follows:

1.  To date, Plaintiff has not received his copy of this Honorable Court's Order of May 11, 2006.

2.  On May 19, 2006, Plaintiff notified Sarah Thornton, District Clerk of Court that he had not yet received his copy of the May 11, 2006 Order of this Court, and requested that the Clerk please mail Plaintiff his copy of said Order.

3.  Apparently all parties--with the exception of the Plaintiff-have already received their copies of said Order.

4.  Plaintiff requires a copy of said Order so that he can adequately respond to it and to the resulting judgment of May 15.

5.   Plaintiff fully intends to respond to said Order and said Judgment when he receives a copy of said Order.

6.   WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff respectfully moves and prays this Honorable Court will grant him an extenion of time in which to respond to this Honorable Court's Order of May 11, 2006 and the resulting Judgment of May 15, 2006. Plaintiff also moves and prays this Honorable Court will direct the District Clerk of Court to mail Plaintiff his copy of said Order.

Respectfully submitted,

Dated:   June 8, 2006
Forrest City, Arkansas

*Phillip Lacefield*

PHILLIP LACEFIELD, Pro Se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000
870-630-6000

## CERTIFICATE OF NON-RECEIPT

This certifies that I, PHILLIP LACEFIELD, Pro Se, have not to date, i.e. by 8:00 a.m. on June 8, 2006, received a copy of the May 11, 2006 Order of this Court in the above-captioned case.

Dated:   June 8, 2006
Forrest City, Arkansas

*Phillip Lacefield*

PHILLIP LACEFIELD, Pro Se

## CERTIFICATE OF SERVICE

This certifies that I, PHILLIP LACEFIELD, Pro Se, have delivered, served, and filed a copy of the foregoing
EX PARTE MOTION OF PLAINTIFF FOR EXTENSION OF TIME IN WHICH TO
RESPOND TO THIS COURT'S ORDER OF MAY 11, 2006
AND THE RESULTING JUDGMENT OF MAY 15, 2006
via U.S. Mail, 1st-class postage prepaid, deposited in the FCC Forrest City Legal Mail Mailroom, to the following persons and address:   Sarah A. Thornton, District Clerk of Court, UNITED STATES DISTRICT COURT, U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts 02210

THIS, the 8th Day of June, 2006.

*Phillip Lacefield*

PHILLIP LACEFIELD, Pro Se
Page 2 of 2