# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-11581

Phillip Lacefield

v.

Leasecomm, et al.,

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered: 1-29, 32-37, 39-45

and contained in Volume(s) I are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 5/26/2006.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on June 13, 2006.

Sarah A Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 6/13/06

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:05-cv-11581-RCL

Lacefield v. Leasecomm et al
Assigned to: Judge Reginald C. Lindsay
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 07/22/2005
Jury Demand: None
Nature of Suit: 470
Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Phillip Lacefield**　　　represented by **Phillip Lacefield**
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, AR 72336-3000
PRO SE

V.

**Defendant**

**Leasecomm**
*corporately, inclusive of all of its corporate officers and corporate executives, individually and in their official capacities and inclusive of all it its co-conspirators, individually and in their official capacities etc.*
also known as
Leasecomm Corporation and
www. Leasecomm.com

represented by **Kenneth V. Nourse**
Kroll Ontrack, Inc.
200 Clarendon Street
34th Floor
Boston, MA 02116
US
617-951-2229
Fax: 888-325-9091
Email: knourse@krollontrack.com

*TERMINATED: 04/06/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard J. McCarthy**
Edwards & Angell, LLP
101 Federal Street
Boston, MA 02110

                617-439-4444
                Fax: 617-439-4170
                Email: rmccarthy@edwardsangell.com
                *LEAD ATTORNEY*
                *ATTORNEY TO BE NOTICED*

**Defendant**

**CIT Group**
*corporately, inclusive of all of its corporate officers and corporate executives, individually and in their official capacities, and inclusive of all of its co-conspirators, individually and in their official capacites, etc.*
also known as
Newcourt Financial Lease Finance Group and
www.CIT.COM

represented by **Paul Killeen**
Holland & Knight, LLP
10 St. James Avenue
Boston, MA 02116
617-523-2700
Fax: 617-523-6850
Email: pkilleen@hklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**WREG-TV, Inc.**
*corporately, inclusive of all of its corporate officers and executives individually and in their official capacities, and inclusive of all of its co-conspirators, individually and in their official capacities, etc.*
also known as
WREG-Channel3 and
www.WREG.Com

represented by **Francis J. Sally**
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: fjs@sally-fitch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Miller**
Sally & Fitch LLP
One Beacon Street
Boston, MA 02108
617-542-5542
Fax: 617-542-1542
Email: jm@sally-fitch.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Worldnow**
*corporately, inclusive of all of its corporate officers and corporate executives, individually and in their official capacities, and inclusive of all of its co-conspirators, indivually and in their official capacties, etc.*
*also known as*
www.Worldnow.Com

represented by **Francis J. Sally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Andy Wise**
*both individually and in his official capacities as an agent for WREG-TV, Inc.*
*also known as*
Steven Andrew Wise

represented by **Francis J. Sally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**The New York Times Company**
*and www.NYT.com corporately, inclusive of all of its corporate officers and individual executives individually and in their capacities, and inclusive of all of its co-conspirators, individually and in their official capacties*

represented by **Francis J. Sally**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Miller**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/22/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Phillip Lacefield.(Jenness, Susan) (Entered: 07/28/2005) |
| 07/22/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Collings. (Jenness, Susan) (Entered: 07/28/2005) |

| 07/25/2005 | 2 | COMPLAINT against Andy Wise, The New York Times Company, Leasecomm, CIT Group, WREG-TV, Inc., Worldnow Filing fee: $ 0.00, receipt number 0.00, filed by Phillip Lacefield.(Jenness, Susan) (Entered: 07/28/2005) |
|---|---|---|
| 08/04/2005 | 3 | Judge Reginald C. Lindsay : ORDER entered granting 1 Motion for Leave to Proceed in forma pauperis. An initial partial filing fee of $4.07 is assessed pursuant to 28 U.S.C. section 1915(b)(1). The remainder of the fee $ 245.93 is to be assessed in accordance with 28 U.S.C. section 1915(b)(2). (PSSA4, ) (Entered: 08/10/2005) |
| 08/04/2005 | 4 | Judge Reginald C. Lindsay : ORDER ON SCREENING PURSUANT TO SECTIONS 1915(e)(2) AND/OR 1915A entered. The Clerk shall issue summonses and the United States Marshal serve a copy of the complaint, summons and this order as directed by the plaintiff with all costs of service to be advanced by the United States. If the defendants have been served with a summons and complaint, the defendants are required to reply within the time specified in the summons. (PSSA4, ) (Entered: 08/10/2005) |
| 08/10/2005 | 5 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at FCC Forrest City (PSSA4, ) (Entered: 08/10/2005) |
| 08/10/2005 |  | Summons Issued as to Andy Wise, The New York Times Company, Leasecomm, CIT Group, WREG-TV, Inc., Worldnow. Clerk hand-delivered summonses to U.S. Marshal service with copy of complaint and court order nos. 3 and 4. Copy of Rule 4.1 mailed to plaintiff with a copy of this notice. (PSSA4, ) (Entered: 08/11/2005) |
| 09/07/2005 | 6 | MOTION for Extension of Time to 9/30/05 to Respond to Plaintiff Complaint by Andy Wise, The New York Times Company, WREG-TV, Inc., Worldnow.(York, Steve) Additional attachment(s) added on 9/16/2005 (York, Steve). (Entered: 09/07/2005) |
| 09/07/2005 | 7 | CERTIFICATE OF SERVICE by Phillip Lacefield re 6 MOTION for Extension of Time to 9/30/05 to Respond to Plaintiff Complaint. (York, Steve) (Entered: 09/07/2005) |
| 09/12/2005 | 8 | SUMMONS Returned Executed CIT Group served on 9/1/2005, answer due 9/21/2005. (York, Steve) (Entered: 09/12/2005) |

| | | |
|---|---|---|
| 09/15/2005 | 9 | SUMMONS Returned Executed Andy Wise served on 8/18/2005, answer due 9/7/2005. (York, Steve) (Entered: 09/15/2005) |
| 09/15/2005 | 10 | SUMMONS Returned Executed WREG-TV, Inc. served on 8/29/2005, answer due 9/19/2005. (York, Steve) (Entered: 09/15/2005) |
| 09/16/2005 | 11 | Plaintiff's RESPONSE to Motion re 6 MOTION for Extension of Time to 9/30/05 to Respond to Plaintiff Complaint filed by Phillip Lacefield. (York, Steve) (Entered: 09/16/2005) |
| 09/16/2005 | 12 | MOTION for Default Judgment by Phillip Lacefield.(York, Steve) (Entered: 09/16/2005) |
| 09/20/2005 | 13 | SUMMONS Returned Executed Leasecomm served on 9/15/2005, answer due 10/5/2005. (York, Steve) (Entered: 09/20/2005) |
| 09/21/2005 | 14 | MOTION to Dismiss by CIT Group.(Killeen, Paul) (Entered: 09/21/2005) |
| 09/21/2005 | 15 | MEMORANDUM in Support re 14 MOTION to Dismiss filed by CIT Group. (Killeen, Paul) (Entered: 09/21/2005) |
| 09/21/2005 | 16 | CORPORATE DISCLOSURE STATEMENT by CIT Group. (Killeen, Paul) (Entered: 09/21/2005) |
| 09/26/2005 | 17 | NOTICE of Appearance by Paul Killeen on behalf of CIT Group (Killeen, Paul) (Entered: 09/26/2005) |
| 09/26/2005 | 18 | Opposition re 12 MOTION for Default Judgment *and/or Summary Judgment* filed by CIT Group. (Killeen, Paul) (Entered: 09/26/2005) |
| 09/29/2005 | 19 | MOTION to Dismiss the Complaint by Andy Wise, The New York Times Company, WREG-TV, Inc., Worldnow.(York, Steve) (Entered: 09/29/2005) |
| 09/29/2005 | 20 | MEMORANDUM in Support re 19 MOTION to Dismiss Complaint filed by Andy Wise, The New York Times Company, WREG-TV, Inc., Worldnow. (York, Steve) (Entered: 09/29/2005) |
| 09/29/2005 | 21 | Opposition re 12 MOTION for Default Judgment filed by Andy Wise, The New York Times Company, WREG-TV, Inc., Worldnow. (York, Steve) (Entered: 09/29/2005) |

| | | |
|---|---|---|
| 09/29/2005 | 22 | CORPORATE DISCLOSURE STATEMENT by WREG-TV, Inc.. (York, Steve) (Entered: 09/29/2005) |
| 09/29/2005 | 23 | CORPORATE DISCLOSURE STATEMENT by The New York Times Company. (York, Steve) (Entered: 09/29/2005) |
| 09/29/2005 | 24 | CORPORATE DISCLOSURE STATEMENT by Worldnow. (York, Steve) (Entered: 09/29/2005) |
| 09/30/2005 | 25 | NOTICE of Appearance by Kenneth V. Nourse on behalf of Leasecomm (Nourse, Kenneth) (Entered: 09/30/2005) |
| 09/30/2005 | 26 | Request of Plaintiff for Clerk of Court To enter All Defendant Default and Request of Plaintiff for Clerk of Court to Enter Default Judgment against all Defendants with Incorporated Affidavit and Certification of the sum certain amount due by Phillip Lacefield.(York, Steve) (Entered: 09/30/2005) |
| 10/03/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered granting 6 MOTION for Extension of Time to 9/30/05 to Respond to Plaintiff Complaint by Andy Wise, The New York Times Company, WREG-TV, Inc., Worldnow. The extension is granted to October 12, 2005. (Lindsay, Reginald) (Entered: 10/03/2005) |
| 10/03/2005 | | Judge Reginald C. Lindsay : ElectronicORDER entered finding as moot 12 MOTION for Default Judgment by Phillip Lacefield;and finding as moot 26 Request of Plaintiff for Clerk of Court To enter All Defendant Default and Request of Plaintiff for Clerk of Court to Enter Default Judgment against all Defendants with Incorporated Affidavit and Certification of the sum certain amount due by Phillip Lacefield. (Lindsay, Reginald) (Entered: 10/03/2005) |
| 10/03/2005 | 27 | NOTICE of Appearance by Richard J. McCarthy on behalf of Leasecomm (York, Steve) (Entered: 10/04/2005) |
| 10/05/2005 | 28 | MOTION to Dismiss by Leasecomm.(Nourse, Kenneth) (Entered: 10/05/2005) |
| 10/05/2005 | 29 | MEMORANDUM in Support re 28 MOTION to Dismiss filed by Leasecomm. (Nourse, Kenneth) (Entered: 10/05/2005) |
| 10/07/2005 | 30 | Ex Parte Motion by Phillip Lacefield.(York, Steve) Additional attachment(s) added on 10/7/2005 (York, Steve). (Entered: 10/07/2005) |
| 10/11/2005 | 31 | Ex Parte Motion by Phillip Lacefield.(York, Steve) (Entered: |

|            |    | 10/11/2005)                                                                                                                                                                                                                  |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 10/14/2005 | 32 | Plaintiff Consolidated Response and Opposition to Defendant re 19 MOTION to Dismiss, 14 MOTION to Dismiss and response and Opposition to their Accompanying Memorandums in support filed by Phillip Lacefield. (York, Steve) (Entered: 10/14/2005) |
| 10/14/2005 | 33 | MEMORANDUM OF LAW by Phillip Lacefield in Support of 32 Opposition to Motion. (York, Steve) (Entered: 10/14/2005)                                                                                                             |
| 10/20/2005 | 34 | SUMMONS Returned Executed The New York Times Company served on 8/26/2005, answer due 9/15/2005. (York, Steve) (Entered: 10/21/2005)                                                                                           |
| 10/20/2005 | 35 | SUMMONS Returned Executed Worldnow served on 8/26/2005, answer due 9/15/2005. (York, Steve) (Entered: 10/21/2005)                                                                                                             |
| 10/24/2005 | 36 | Plaintiff's Response and oppiosition to Defendant Leasecomm Corporation's Motion re 28 MOTION to Dismiss filed by Phillip Lacefield. (York, Steve) (Entered: 10/26/2005)                                                      |
| 10/24/2005 | 37 | MEMORANDUM in support of 36 Plaintiff's Response and oppiosition to Defendant Leasecomm Corporation's Motion re 28 MOTION to Dismiss. By Phillip Lacefield. (York, Steve) (Entered: 10/26/2005)                               |
| 11/01/2005 | 38 | MOTION Ex Parte Motion by Phillip Lacefield.(York, Steve) (Entered: 11/01/2005)                                                                                                                                               |
| 11/28/2005 |    | Judge Reginald C. Lindsay : Electronic ORDER entered denying 38 Ex Parte Motion. Plaintiff must seek Extensions as Needed or On a Item by Item basis. (York, Steve) (Entered: 11/28/2005)                                     |
| 11/29/2005 |    | Notice of correction to docket made by Court staff. Attorney Kenneth Nourse' record updated in this case to allow electronic noticing. (Hurley, Virginia) (Entered: 11/29/2005)                                               |
| 12/16/2005 | 39 | Letter/request (non-motion) from Phillip Lacefield. (York, Steve) (Entered: 12/16/2005)                                                                                                                                        |
| 12/16/2005 |    | DOCKET SHEET sent to Phillip Lacefield. (York, Steve) (Entered: 12/16/2005)                                                                                                                                                    |
| 03/30/2006 | 40 | Letter from Phillip Lacefield. (York, Steve) (Entered: 03/30/2006)                                                                                                                                                             |

| 04/06/2006 | 41 | NOTICE of Withdrawal of Appearance Attorney Kenneth V. Nourse terminated. (York, Steve) (Entered: 04/06/2006) |
| --- | --- | --- |
| 05/11/2006 | 42 | Judge Reginald C. Lindsay : ORDER entered granting 14, 19 and 28 Motions to Dismiss (Losco, Marie) (Entered: 05/11/2006) |
| 05/11/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 30 Motion Ex Parte Motion (York, Steve) (Entered: 05/11/2006) |
| 05/11/2006 |  | Judge Reginald C. Lindsay : Electronic ORDER entered finding as moot 31 Motion Ex Parte Motion (York, Steve) (Entered: 05/11/2006) |
| 05/15/2006 | 43 | Judge Reginald C. Lindsay : ORDER entered. JUDGMENT in favor of defendants against plaintiff(Hourihan, Lisa) (Entered: 05/15/2006) |
| 05/24/2006 | 44 | NOTICE of Change of Address by John Miller (Miller, John) (Entered: 05/24/2006) |
| 05/26/2006 | 45 | NOTICE OF APPEAL by Phillip Lacefield. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 6/15/2006. (fee not paid)(York, Steve) (Entered: 06/01/2006) |