UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,

Plaintiff

v.

LEASECOMM, et al,

Defendants.

Civil Action No. 1:05-cv-11581-RCL

## NOTICE OF APPEARANCE

Please enter the appearance of Tara J. Myslinski of Holland & Knight LLP as counsel for CIT Group, Inc. in the above-captioned matter.

CIT GROUP INC.

By its attorney,

/s/Tara J. Myslinski
Tara J. Myslinski (BBO# 644936)
HOLLAND & KNIGHT LLP
10 St. James Avenue
Boston, Massachusetts 02116
Telephone: (617) 523-2700

Dated: June 20, 2006

## CERTIFICATE OF SERVICE

I, Tara J. Myslinski, hereby certify that on June 20, 2006, I served the above document by mailing a copy, first class mail to all counsel of record.

/s/ Tara J. Myslinski
Tara J. Myslinski