AO 240 (Rev. 9/96)

FILED
IN CLERKS OFFICE
2006 JUN 30 P 3:08
U.S. DISTRICT COURT
DISTRICT OF MASS.

## UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,

    Plaintiff,

V.

LEASECOMM, ET AL.,

    Defendants.

APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT IN SUPPORT OF MOTION UNDER 28 U.S.C. § 1915 FOR APPOINTMENT OF ATTORNEY AND AUTHORIZATION TO COMMENCE SUIT WITHOUT PREPAYMENT OF FILING FEES

USCA FIRST CIRCUIT APPEAL NO. 06-1914

USDC **CASE NUMBER:** 05-11581-RCL

I, __PHILLIP LACEFIELD__, declare that I am the (check appropriate box)

__X__ petitioner/plaintiff/movant      ___ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC § 1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    __X__ Yes ___ No (If "No," go to Part 2)

    If "Yes," state the place of your incarceration    FCC Forrest City, Forrest City, Arkansas 72335

    Are you employed at the institution? __No__ Do you receive any payment from them? __No__
    (see #2 below)

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?      ___ Yes      __X__ No

1

    a.    If the answer is "Yes," state the amont of your take-home salary or wages and pay period and give the address of your employer.

    b.    If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

@ 08-10-2005, @ $62.57/month, UNICOR, FCC Forrest City, P.O. Box 3000, Forrest City, Arkansas 72336-3000.

3. In the past 12 twelve months have you received any money from any of the following sources?

| | | | |
|---|---|---|---|
| a. | Business, profession or other self-employment | _X_ Yes | ___ No RE: #1&2 above |
| b. | Rent payments, interest or dividends | ___ Yes | _X_ No, not that I'm aware of |
| c. | Pensions, annuities or life insurance payments | ___ Yes | _X_ No, not that I'm aware of |
| d. | Disability or workers compensation payments | ___ Yes | _X_ No, not that I'm aware of |
| e. | Gifts or inheritances | _X_ Yes | ___ No |
| f. | Any other sources | ___ Yes | _X_ No, not that I'm aware of (except for BOP food service) |

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

    RE: #3e above, money from relatives posted to account, @ $900 (?)

4. Do you have **any** cash or checking or savings accounts?  _X_ Yes  ___ No

   If "Yes," state the total amount.  @ $0.04 (see attached "account balance")

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?  ___ Yes  _X_ No, not that I'm aware of

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A, since I'm incarcerated, my children are supported @ 100% by their mother.

7. All assets, as stated above, @ $0.04 as of 10/06/2005 11:56:34 AM (that I'm currently aware of)

I declare under penalty of perjury that the above information is true and correct.

10/06/2005               *Phillip Lacyfield*, Pro Se
_____         _____
Date                      Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

```
Sales Invoice   ---S.B.U.---
Forrest City FCI
MEDIUM
Account No. 18183076       FOR3001
LACEFIELD, PHILLIP
10/06/2005 11:56:34 AM TX#1368041   121
-------------------------------------------
BEGINNING BALANCES:
Available Balance is $5.24
Spending Limit Balance is $243.10
Account Balance is $5.24
===========================================
Qty    Description              Price
===========================================
1      COKE                     $1.80
1      COKE                     $1.80
8      ENVELOPES CLASP          $1.20
2      RAMEN, CHILI             $0.40

                  Total         $5.20

Charge 18183076                 $5.20
-------------------------------------------
Items marked with * are Local Use Only

ENDING BALANCES:
Available Balance is $0.04
Spending Limit Balance is $237.90
Account Balance is $0.04
-------------------------------------------


Signature
ALL SALES FINAL; COMMISSARY CLOSED 9/30/0
5
```

11. List any debts you have and the amount owed.

| Creditor | Amount Owed |
|---|---|
| | |
| | |
| | |
| | |

12. List your monthly living expenses.

| | |
|---|---|
| | |
| | |
| | |
| | |
| | |

    I certify under penalty of perjury that the above information is true and correct to the best of my knowledge.

_____
(Signature of Applicant)

**CERTIFICATE**
**(Prisoner Accounts Only)**

I certify that the applicant named herein has the sum of $ 66.87 in his/her drawing account and $ 0 in his/her savings account at this institution where he/she is confined. I further certify that the applicant likewise has the following securities to his/her credit according to the records of this institution:

I further certify that during the last six months the applicant's average balance was $ 20.35.

_Federal Correctional Institution_
Name of Institution

_P.O. Box 5000, Oakdale, LA_
Address of Institution)

_(318) 335-4070_
Phone Number of Institution

_J. Smith_
Printed Name of Authorized Officer

_J. Smith_ (signature)
Signature of Authorized Officer

<u>CERTIFICATE OF SERVICE</u>

    This certifies that I, PHILLIP LACEFIELD, Plaintiff - Appellant, Pro Se, have <u>delivered</u>, <u>served</u>, and <u>filed</u> a true and exact copy of the foregoing

IN FORMA PAUPERIS MOTION/APPLICATION

regarding Civil Appeal No. 06-1914, via United States Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72335, to the following persons and addresses:

Sarah A. Thornton, District Clerk of Court
UNITED STATES DISTRICT COURT
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210,        and

Richard C. Donovan, Clerk of Court
UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210,

THIS, the <u>23rd</u> Day of June, 2006.

*Phillip Lacefield*
_____
PHILLIP LACEFIELD, Pro Se