

# United States Court of Appeals
## For the First Circuit

No.  06-1914
DC No. 05-cv-11581

PHILLIP LACEFIELD
Plaintiff - Appellant

v.

LEASECOMM, ET AL.,
Defendants, Appellees.

ORDER OF COURT
Entered:
Pursuant to 1st Cir. R. 27(d)

　　　The appellant listed above is a prisoner seeking to appeal in forma pauperis and has applied to proceed without prepayment of the $455 filing fee under the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(a)(2). Appellant has completed and filed a consent form permitting appropriate prison officials to calculate and collect in installments the $455 filing fee from appellant's prison trust account in accordance with the terms of 28 U.S.C. §1915(b)(1) and (2).

　　　1. Pursuant to the consent form signed by the appellant, the custodian of this appellant's inmate trust account is directed to **calculate, collect and forward to the Clerk of the United States District Court for the District of Massachusetts**, as payment for the initial partial filing fee under 28 U.S.C. §1915(b)(1), 20% of the greater of:
　　　　　　(a) the average monthly deposits to the inmate trust account; or
　　　　　　(b) the average monthly balance in the inmate trust account, for the 6 months immediately preceding the filing of the notice of appeal on May 26, 2006. That sum should be deducted from appellant's prison account until the initial partial filing fee is paid.

2. After the initial partial filing fee is paid in full, pursuant to 28 U.S.C. §1915(b)(2) and the consent form executed by appellant, appellant's custodian is directed to calculate and remit each succeeding month on a continuing basis 20% of the preceding month's income credited to appellant's account, but only when the amount in the account exceeds $10, until the full $455 filing fee is paid. **Each payment shall reference the docket number of this appeal and the district court docket number and be paid to the district court.**

3. Appellant's custodian shall notify this court and the Clerk of the United States District Court if the appellant is transferred to another institution or released.

4. A copy of this order shall be sent to appellant's custodian and to the Clerk of the United Stated District Court for the District of Massachusetts. A copy of appellant's authorization shall be sent to the custodian.

By the Court:

Richard Cushing Donovan, Clerk

By: JULIE GREGG
Operations Manager

[Certified copy to Sarah A. Thornton, Clerk of the USDC of MA,
and T. Millen, Case Manager BOP Forest City,
cc:  Messrs. Lacefield, McCarthy, Killeen, Sally, Miller,
Ms. Born, Ms. Barr Hollingsworkth]

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY OF
THE ORIGINAL ON FILE IN MY OFFICE
AND IN MY LEGAL CUSTODY.

FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
Burchard  Date 7/11/06

OFFICE OF THE CLERK
**UNITED STATES COURT OF APPEALS**
FOR THE FIRST CIRCUIT
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

RE: 06-1914  Lacefield v. Lebsecomb (District Court #05-11581)

To Be Filed By: 7/5/06

FILED IN CLERKS OFFICE
US COURT OF APPEALS

**PRISONER TRUST ACCOUNT REPORT**

Name: PHILLIP LACEFIELD         NUMBER: 18183-076

************************************************************

TO:   Trust Officer
FROM: Clerk, U.S. Court of Appeals for the First Circuit

   Under the Prisoner Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a **certified copy** of the prisoner's trust account statement for the six months prior to filing of the appeal.

   Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the court in advance of the due date shown at the top of the form.

DATE OF FILING NOTICE OF APPEAL:   5/26/06

BALANCE at time of filing notice of appeal:   $9.00

AVERAGE MONTHLY DEPOSITS during the six months prior to filing of the notice of appeal:   $275.41 six months

AVERAGE MONTHLY BALANCE during the six months prior to filing of the notice of appeal:   $62.56 (Average daily balance)

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown. The attached ledger sheets for the six-month period prior to 5/26/06 are true copies of account records maintained in the ordinary course of business.

DATE: 7/5/06

AUTHORIZED SIGNATURE: T. Millen

NAME AND TITLE: T. Millen Case Manager B-3
ADDRESS: P.O. Box 7000 - Bureau of Prison
Forrest City, AR

Form 1

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RE: 06-1914  Lacefield v. Leasecomm (District Court #05-11581)

To Be Filed By: 7/5/06

2006 JUL 10 P 2: 35

**PRISON LITIGATION REFORM ACT (PLRA) CONSENT FORM:
CONSENT TO COLLECTION OF FEES FROM INMATE TRUST ACCOUNT**

US COURT OF APPEALS
FOR THE FIRST CIRCUIT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I, __PHILLIP LACEFIELD__, #__18183-076__, hereby give my consent that upon entry of a court order approving my application to proceed without prepayment of fees and setting the amount of the initial partial appellate filing fee, the appropriate prison officials shall collect from my prison account and pay to the appropriate district court an initial payment of twenty percent of the greater of:

$46.00 (@ $276.00 total monthly deposits divided by 6 months)
(a)  the average monthly deposits to my account for the six-month period immediately preceding the filing of my notice of appeal; or

less than $62.56 (average daily balance)
(b)  the average monthly balance in my account for the six-month period immediately preceding the filing of my notice period.

In satisfaction of the balance of the filing fee, I consent for the appropriate prison officials to collect from my account, on a monthly basis, an amount equal to twenty percent of the income credited to my account for the preceding month if the balance in the account for that month exceeds $10. The appropriate officer shall forward the interim payment to the Clerk's Office,
    U.S. District Court of MA
    1 Courthouse Way
    Boston, MA  02210
until such time as the filing fee\* is paid in full.

Executed on the __5th__ day of __July__, 2006.

_Phillip Lacefield_
SIGNATURE OF APPELLANT
PHILLIP LACEFIELD
PRINT NAME

Form 2

CERTIFICATE OF SERVICE

    This certifies that I, PHILLIP LACEFIELD, Plaintiff - Appellant, Pro Se, have <u>delivered</u>, <u>served</u>, and <u>filed</u> a true and exact copy of the foregoing

PLRA Forms 1 & 2, PRISONER TRUST ACCOUNT REPORT & PLRA CONSENT FORM

regarding Civil Appeal No. 06-1914, via United States Mail, first-class postage prepaid, deposited in the Legal Mail Mailroom, located at FCC Forrest City, Forrest City, Arkansas 72335, to the following persons and addresses:

Richard C. Donovan, Clerk of Court
UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, Massachusetts 02210,                     and

the attorney(s) of record for each other party, and

Settlement Counsel at Civil Appeals Management Program
1 Courthouse Way, Suite 3440
Boston, Massachusetts 02210,

THIS, the <u>6th</u> Day of July, 2006.

*(signed) Phillip Lacefield*

PHILLIP LACEFIELD, Pro Se
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, Arkansas 72336-3000
(870) 630-6000