July 13, 2006

PHILLIP LACEFIELD
18183-076
FCC Forrest City
P.O. Box 3000
Forrest City, AR 72336-3000

Sarah A. Thornton, Clerk of Court
U.S. District Court
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: Printout of Docket Report for Case No. 05-11581-RCL

Dear Ms. Thornton, Clerk of Court:

   Please mail me a <u>printout</u> of the docket report for Case No. 05-11581-RCL, Lacefield v. Leasecomm, et al. Thank you.

Sincerely,

*[signature]*
_____
PHILLIP LACEFIELD, Pro Se

1