UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>    Plaintiff<br><br>v.<br><br>LEASECOMM, et al,<br><br>    Defendants. | Civil Action No. 1:05-cv-11581-RCL |

## WITHDRAWAL OF APPEARANCE

In accordance with Mass. R. Civ. P. 11(c), this shall serve as notice of the withdrawal of appearance of Paul Killeen, as attorney for the Defendant CIT Group Inc. in the above-entitled action.

    CIT GROUP INC.

    By its attorney,

    /s/Paul Killeen
    Paul Killeen (BBO# 271600)
    HOLLAND & KNIGHT LLP
    10 St. James Avenue
    Boston, Massachusetts 02116
    Telephone: (617) 523-2700

Dated: July 21, 2006

### CERTIFICATE OF SERVICE

I, Paul Killeen, certify that I caused a copy of this document to be served on the plaintiff and on every other party or its attorney of record by first class-mail on July 21, 2006.

    /s/Paul Killeen
    Paul Killeen (BBO# 271600)

# 3921711_v1