UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>LEASECOMM CORPORATION, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 1:05-cv-11581-RCL |

### DEFENDANT LEASECOMM CORPORATION'S
### MOTION TO STRIKE AMENDED COMPLAINT

Defendant Leasecomm Corporation, by its attorneys and pursuant to Local Rule 7.1, hereby moves to strike Plaintiff Phillip Lacefield's Amended Complaint because the above-entitled action has been closed and final judgment entered after Plaintiff had exhausted all rights of appeal. The Memorandum of Law in Support of Defendant Leasecomm Corporation's Motion to Strike Amended Complaint which accompanies this Motion sets forth these grounds in detail.

Respectfully submitted,

LEASECOMM CORPORATION,

By its attorneys,

Dated: August 17, 2007

Richard J. McCarthy, BBO #328600
Edwards Angell Palmer & Dodge LLP
111 Huntington Avenue
Boston, MA 02111
Tel: (617) 239-0100
Fax: (617) 227-4420

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Richard J. McCarthy, hereby certify that I have been unable to confer with Plaintiff concerning this Motion to Dismiss because he is currently in custody at the Federal Correctional Center in Forrest City, Arkansas.

_____
Richard J. McCarthy

## CERTIFICATE OF SERVICE

I, Richard J. McCarthy, hereby certify that I have caused a copy of this Motion and the accompanying Memorandum of Law in Support of Defendant Leasecomm Corporation's Motion to Dismiss Amended Complaint by first class mail, postage prepaid, addressed to: Phillip Lacefield, FCC Forrest City, P. O. Box 3000, Forrest City, Arkansas 72635-3000, and electronically on counsel of record for all defendants.

_____
Richard J. McCarthy