PHILLIP LACEFIELD                           Filed: September 5, 2007
P.O. Box 3000
Forrest City, AR 72336-3000

Richard J. McCarthy
111 Huntington Avenue
Boston, MA 02199

Elizabeth A. Mulcahy and Ralph T. Lepore, III
10 St. James Avenue
Boston, MA 02116

Francis J. Sally and John Miller
One Beacon Street
Boston, MA 02108

RE: Lacefield v. Leasecomm et al., Case No. 05-11581-RCL

Dear Defendants' Counsel:

    Let all Defendants in the above-captioned case be hereby notified that all of the pleadings of the Defendants (or lack thereof) re Plaintiff's Amended Complaint filed August 10, 2007 (filed August 2, 2007 via Certificate of Service) are insufficient to satisfy the Plaintiff. Plaintiff hereby demands that all Defendants file an answer to all of the facts and legal claims alleged in said Amended Complaint, answered under oath and penalty of perjury, and witnessed by a Notary Public. Anything short of this will not be acceptable by the Plaintiff.
    Let this letter serve as Notice of Plaintiff's intention to file a Motion for Default Judgment Against All Defendants, for, inter alia, any untimely answers to the Plaintiff's Complaint, including all that are, at present, untimely, in order to satisfy, inter alia, Local Rule 7.1(a)(2).
    Plaintiff PHILLIP LACEFIELD, Pro Se, awaits your clients' answers to his Amended Complaint, to be filed within the time limits of the Court's Local Rules and the Federal Rules of Civil Procedure. Be it known to all Defendants that the Plaintiff is not going to cease his legal litigation until he receives his Justice in the instant matter. Thank you.

Sincerely,

Dated and Mailed to all
parties listed above:
September 5, 2007

_____
Phillip Lacefield, Pro Se
for Plaintiff PHILLIP LACEFIELD
P.O. Box 3000
Forrest City, Arkansas 72336-3000
870/630-6000

cc: District Judge Reginald C. Lindsay