PHILLIP LACEFIELD  
P.O. Box 9000  
Forrest City, AR 72336-9000

November 21, 2007

Tony Anastas, Clerk of Court  
Moakley U.S. Courthouse  
Office of the Clerk  
1 Courthouse Way, Suite 2300  
Boston, MA 02210

RE: Case 05-11581, <u>Lacefield v. Leasecomm et al.</u>

Dear Clerk of Court:

    Please:

1. Change the Plaintiff's mailing information to that listed above for the captioned case, and

2. Please mail Plaintiff PHILLIP LACEFIELD a <u>printout</u> of the docket report for the captioned case.

Thank you.

Sincerely,

_____  
Phillip Lacefield, Pro Se and Sui Juris  
for Plaintiff PHILLIP LACEFIELD

1