IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD,

        Plaintiff,

V.                                          Civil Action No. 05-11581-RCL

LEASECOMM, et al.,

        Defendants.

---

**MOTION FOR RELIEF FROM JUDGMENT, PURSUANT TO
FED. R. CIV. P. 60(b)(2), NEWLY-DISCOVERED EVIDENCE, AND
FED. R. CIV. P. 60(b)(6), IN THE INTEREST OF JUSTICE
JUSTIFYING RELIEF**

---

PHILLIP LACEFIELD, Plaintiff, moves this Honorable

Court, pursuant to Federal Rule of Civil Procedure 60(b)(2) and

Federal Rule of Civil Procedure 60(b)(6), for an Order setting

aside the final judgment entered in this action, and for an

Order setting a new trial in this matter.

## GROUNDS FOR RELIEF

WHEREAS, this Honorable Court should set aside the

judgment previously entered in this matter on May 15, 2006, and

affirmed by the First Circuit, and reset this matter for a new

trial because there is **CRUCIAL, NEWLY-DISCOVERED EVIDENCE** that,

if presented in this matter, would likely change the result of

the trial of this matter.

1

WHEREAS, this is a civil action for a Civil Remedy under 18 U.S.C. Sections 1964(c) and 1964(a) for the defendants' violations of the Racketeer Influenced and Corrupt Organizations (RICO) Act, 18 U.S.C. Sections 1961 et seq., it has, pursuant to the newly discovered evidence, *infra*, also become a civil action for a Civil Copyright Infringement remedy under the Copyright Act, 17 U.S.C. Sections 101 et seq. and Common-Law Copyright. See Plaintiff's copyright notices, filed and published with the Arkansas and Kentucky Secretaries of State AND the defendants' well-documented, multiple acts of Copyright Infringement and Criminal Infringement of a (Plaintiff's) Copyright, on e.g. www.wreg.com, the internet website owned and operated by the defendants--all of which is hereby attached hereto and incorporated herein as **EXHIBITS A, B, C, & D**, and are all hereby employed by the Plaintiff as his **AFFIDAVITS OF EVIDENCE**.

WHEREAS, a crucial claim in this case was that all of the defendants committed multiple predicate acts of RICO against the Plaintiff, see original Complaint filed in 2005, thereby violating the RICO Act, *supra*, and therefore creating a civil cause of action for the Plaintiff under, *inter alia*, 18 U.S.C. Section 1964(c). Said claim is affected by said newly-discovered evidence, see *supra*, which by due diligence could NOT have been discovered in time to move for a new trial under Rule 59(b). This newly-discovered evidence, see *supra*, will also be incorporated and presented in Plaintiff's (Second) Amended Complaint in this matter.

WHEREAS, during the previous proceedings before this Honorable Court, this Court contended, *inter alia*, that the defendants did not commit the acts of RICO alleged by the Plaintiff, and that the Plaintiff failed to (sufficiently) state his claims. This newly-discovered evidence, see *supra*, which is attached hereto and incorporated herein, and which will be incorporated in and presented in Plaintiff's (Second) Amended Complaint in this matter, proves beyond any doubt that the contentions of this Court, causing this case's dismissal, were unfounded. This newly-discovered evidence shows and proves that all of the defendants **willfully participated** in the Copyright Infringement of the Plaintiff's copyrighted property, in violation of, *inter alia*, the Copyright Act of 1976, 17 U.S.C. Sections 101 et seq. All of the defendants' Copyright Infringement activity, *supra*, also serves as evidence and proof of Criminal Infringement of a Copyright, 18 U.S.C. Section 2319, which is, in fact, a predicate act of RICO, 18 U.S.C. Sections 1961 et seq. This aspect of the defendants' RICO conduct was not alleged in Plaintiff's original Complaint because, *inter alia*, said RICO conduct was not published in its present form by the defendants until May 2007 and (through) July 2007, and therefore was not available to the Plaintiff in said form until then. See also e.g. 17 U.S.C. Section 506(a).

WHEREAS, Plaintiff Phillip Lacefield, *Pro Se*, exercised due diligence to discover all evidence that existed on this

issue in time to present it to this Court before this matter was dismissed, this newly-discovered evidence, dated e.g. May 18, 2007 and July 13, 2007, was obviously NOT available to him and could not have been available to him on or before May 15, 2006, the date of this Court's dismissal of this case.

WHEREAS, despite Plaintiff's due diligence, said crucial newly-discovered evidence was discovered AFTER this Court entered a judgment of dismissal for this case on May 15, 2006, and judgment was entered in favor of the defendants.

WHEREAS, this newly-discovered evidence was analyzed as soon as possible by the Plaintiff after he received it.

WHEREAS, this Motion is being made within a reasonable time from the time when PHILLIP LACEFIELD, Plaintiff, discovered and could have first discovered this newly-discovered evidence-- in May 2007 and July 2007. See supra. I.e., this newly--discovered evidence could NOT have been discovered before the date of its publication by all of the defendants, which was e.g. on May 18, 2007 (5/18/2007) and July 13, 2007 (7/13/2007).

WHEREAS, this Motion under Fed. R. Civ. P. 60(b)(2) and Fed. R. Civ. P. 60(b)(6) is permitted the Plaintiff, because this Motion is being brought within a reasonable time and within one year from the date on which the final judgment of United States Court of Appeals for the First Circuit was issued and entered, affirming this Court's May 15, 2006 final judgment.

WHEREAS, for the reasons explained supra, it is obvious

4

that **this newly-discovered evidence**, as presented in this
Motion, is **highly relevant, is not merely cumulative or
impeaching, and is substantially likely to affect the result of
any proceedings in this matter**, including a trial or retrial of
this matter.

WHEREAS, additionally, the defendants' Copyright
Infringement conduct--which is clearly evident in the documents
attached hereto and incorporated herein as **EXHIBITS A, B, C, & D,**
employed by the Plaintiff as his **AFFIDAVITS OF EVIDENCE** *infra*,
see *supra*, and will be clearly evident in Plaintiff's Amended
Complaint in this matter--further qualifies this action as a
Civil Copyright Infringement claim under, *inter alia*, the
Copyright Act of 1976 , 17 U.S.C. §§ 101 et seq. As will be
clearly alleged and shown in Plaintiff's Amended Complaint in
this matter, all of the defendants clearly infringed upon the
Plaintiff's copyrighted property thousands of times (over forty
times per day) over a time period of several years (from well-
documented dates of at least 2004-2007)--i.e. **OVER 14,600 TIMES**--
when they **COPIED AND PUBLISHED** his copyrighted property without
his proper and agreed-upon authorization, pursuant to his
copyright notices *supra*, and because of such flagrant and
numerous infringements and violations of, *inter alia*,
17 U.S.C. § 506(a), all of the defendants are also in violation
of Criminal Infringement of a Copyright, 18 U.S.C. § 2319, which
is, in fact, a predicate act of RICO, 18 U.S.C. § 1961 et seq.

I.e., all of the defendants committed multiple acts of RICO against the Plaintiff--thus making the Plaintiff their **VICTIM**-- one of which is Criminal Infringement of a (his) Copyright, which has been clearly established through their uncontrovertible, multiple, and well-documented Copyright Infringement activity, discussed *supra*. As will be clearly alleged in Plaintiff's Amended Complaint in this matter: 1) ALL of the defendants were and are liable to the Plaintiff for damages under the Civil Remedy for Copyright Infringement of his Copyrighted property, pursuant to 17 U.S.C. § 101, et seq., *supra*, and are ALL therefore liable for the automatically-resulting Civil Remedies under RICO, 18 U.S.C. § 1964, e.g. 18 U.S.C. § 1964(c); 2) **NONE** of the defendants were or are immune, i.e. ALL of the defendants are **NOT** immune--especially in their individual capacity--from civil copyright infringement liability, pursuant to 17 U.S.C. § 101, et seq., e.g. 17 U.S.C. § 504; and 3) **NONE** of the defendants were or are immune, i.e. ALL of the defendants are **NOT** immune--especially in their individual capacity--from civil and criminal prosecution for Criminal Infringement of a (Plaintiff's) Copyright, pursuant to RICO, 18 U.S.C. §§ 1961, et seq., e.g. 18 U.S.C. § 1964(c) for civil, and for criminal, 18 U.S.C. § 2319 and 18 U.S.C. § 1963, and pursuant to 17 U.S.C. § 506(a). See 18 U.S.C. § 1964(c), 18 U.S.C. § 2319, 18 U.S.C. § 1963, and 17 U.S.C. § 506(a). See also *supra*. See also Clinton v. Jones, 520 U.S. 681, 694-95, 137 L. Ed. 2d 945,

961, 117 S. Ct. 1636 (1997), quoting Nixon v. Fitzgerald,

457 U.S. 731, 742, 759, 102 S. Ct. 2690, 73 L. Ed. 2d 349 (1982)

(Burger, C. J., concurring)(noting that "a President, like

Members of Congress, judges, prosecutors, or congressional aides-

all having absolute immunity-are not immune for acts outside

official duties"); see also id., at 761, n. 4, 73 L. Ed. 2d 349,

102 S. Ct. 2690). See also Buckley v. Fitzsimmons, 509 U.S. 259,

269, 125 L. Ed. 2d 209, 113 S. Ct. 2606 (1993), quoting

Burns v. Reed, 500 U.S. 478, 486, 114 L. Ed. 2d 547,

111 S. Ct. 1934 (1991)(Absolute immunity is determined by a

functional analysis that looks to "'the nature of the function

performed, not the identity of the actor who performed it.'").

The nature of the alleged functions performed by the defendants

are functions of RICO, which, pursuant to e.g. 18 U.S.C. § 1962

and 17 U.S.C. § 506, are unlawful. ALL of the defendants acted

outside their official duties to commit the CRIMINAL ACTS of RICO

against the Plaintiff, supra. I.e., the defendants' Criminal

Acts of RICO alleged by the Plaintiff are NOT included in any of

their job descriptions. Most importantly, pursuant to the United

States Supreme Court, supra, NO ONE is immune from committing

Criminal Acts of RICO, no matter who they may be and no matter

what criminal connections they may have (see e.g. defendant

The New York Times' close connection with the criminal RICO

organization, the Illuminati). Therefore, the defendants were

not and are not immune from committing their acts of RICO against

the Plaintiff, as alleged. Also, to the best of Plaintiff's

knowledge and belief, the defendants' Copyright Infringement
activity and Criminal Infringement of a Copyright activity,
*supra*, is **continuing** to this date, further confirming Plaintiff's
meritorious claims of defendants' ongoing criminal RICO activity.

WHEREAS, pursuant to the foregoing, and
**IN THE INTEREST OF JUSTICE** (for the Plaintiff), see e.g.
Fed. R. Civ. P. 60(b)(6), **Plaintiff is hereby justified relief**.

WHEREAS, pursuant to the foregoing,

**EXCEPTIONAL CIRCUMSTANCES** justifying extraordinary relief **exist**.
As Justice requires, the defendants should be held to civil
liability (AND criminal liability, under e.g.
RICO, 18 U.S.C. § 1963) for **their ongoing pattern of
RICO activity**, *supra*, even if this Honorable Court recognizes
only **their willful** civil **Copyright Infringement activity** and
their **automatically-resulting Criminal Infringement of a
Copyright RICO activity, which occurred over 14,600 times and
over a period of at least four (4) years**, thereby creating
**a continuing pattern of Racketeering activity**, as required by
18 U.S.C. §§ 1962(b), 1962(c), and 1962(d), elements of RICO
which are hereby and herein alleged again by the Plaintiff.
See also 17 U.S.C. § 506(a), which clearly states that:
**"ANY PERSON who WILLFULLY infringes a copyright shall [MUST] be
punished as provided under section 2319 of title 18."**
(emphasis added)  Additionally, the RICO activity of the
defendants, *supra*, is demonstrative of egregious and outrageous

8

conduct.  I.e., **the instant RICO conduct** of all of the defendants
was and **is egregious and outrageous**.  These are clearly
legitimate reasons justifying relief from the operation of the
final judgment in this case.

### SUPPORTING PAPERS

This motion is based on 1) this document; 2) all of the
pleadings, papers, and other records on file in this action;
3) the attached and incorporated **EXHIBITS A, B, C, & D**, *supra*,
which serve as **AFFIDAVITS OF EVIDENCE**, see *supra*;

4) the supporting memorandum of law cited therein and herein; and
5) whatever evidence and argument may be presented at the hearing
of this motion.

**WHEREFORE, ALL PREMISES CONSIDERED**, Plaintiff
Phillip Lacefield prays this Honorable Court will grant his
Motion for Relief from Judgment, pursuant to
Fed. R. Civ. P. 60(b)(2) and/or Fed. R. Civ. P. 60(b)(6).

Respectfully submitted,

*Phillip Lacefield*

Phillip Lacefield, Pro Se and Sui Juris
for Plaintiff PHILLIP LACEFIELD
P.O. Box 9000
Forrest City, Arkansas 72336-9000
(870)630-6000

Dated:   March 17, 2008
         Forrest City, Arkansas

9

## LOCAL RULE 7.1 CERTIFICATION

I, Phillip Lacefield, *Pro Se* and *Sui Juris*,
for Plaintiff PHILLIP LACEFIELD, hereby certify that I have been
unable to confer with the Attorneys of record for all Defendants,
because I am in custody at the Federal Correctional Complex (FCC)
Forrest City located in Forrest City, Arkansas.

*Phillip Lacefield*

Phillip Lacefield, *Pro Se* and *Sui Juris*
for Plaintiff PHILLIP LACEFIELD

## CERTIFICATE OF SERVICE

I, Phillip Lacefield, *Pro Se* and *Sui Juris*,
for Plaintiff PHILLIP LACEFIELD, hereby certify that a true and
correct copy of the foregoing

**MOTION FOR RELIEF FROM JUDGMENT, PURSUANT TO
FED. R. CIV. P. 60(b)(2), NEWLY-DISCOVERED EVIDENCE, AND
FED. R. CIV. P. 60(b)(6), IN THE INTEREST OF JUSTICE
JUSTIFYING RELIEF**

re Civil Action No. 05-11581-RCL, has been filed, delivered, and
served, via U.S. Mail, first-class postage prepaid, deposited in
the Legal Mail Mailbox (pursuant to the "Prison Mailbox Rule"),
located at FCC Forrest City, Forrest City, Arkansas 72335, to the
following persons and addresses:

Attorneys of record for all Defendants,

THIS, the 17th Day of March, 2008.

*Phillip Lacefield*

Phillip Lacefield, *Pro Se* and *Sui Juris*
for Plaintiff PHILLIP LACEFIELD

Page 10 of 10

▓▓▓▓▓▓▓▓▓▓▓

```
Exhibit A
Page 1 of 8 Pages
```

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

```
In care of:
    Post Office Box 3000
    Forrest City 72336-3000
    Arkansas
    Phillip Lacefield
```

**2007-2220523-65.01**

Kentucky Secretary of State
File Date      1/26/2007 4:30:00 PM
Status         Active
Fee:           $20.00

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| LACEFIELD | PHILLIP | ANTHONY | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 3000 | Forrest City | AR | 72336-3000 | US |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any | | NONE |
|---|---|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 2b INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | | NONE |
|---|---|---|---|---|---|---|

**3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P)** - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | | SUFFIX |
|---|---|---|---|---|
| Lacefield | Phillip | Anthony | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| In care of: Post Office Box 3000 | Forrest City | Ark. | Near [72336] | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

All of debtor's assets, land, and personal property, and all of debtor's
interest in said assets, land, and personal property, now owned and hereafter
acquired, now existing and hereafter arising, and wherever located, described
fully in, and pursuant to, Security Agreement No. PAL-013175-SA, dated the
Thirty-First Day of the First Month in the Year of Our Lord One Thousand
Nine Hundred Seventy-Five, and also pursuant to the attached and incorporated
COPYRIGHT NOTICE for PHILLIP ANTHONY LACEFIELD(c)--attached to and incorporated
into this instant UCC FINANCING STATEMENT (FORM UCC1 and FORM UCC1Ad).
Inquiring parties my consult directly with Secured Party for ascertaining,
in detail, the financial relationship and contractual obligations associated
with this commercial transaction, identified in security agreement referenced
above.  Adjustment of this filing is in accord with UCC §§ 1-103, 1-104, and
House Joint Resolution 192 of June 5, 1933.  Secured Party Accepts Debtor's
signature in accord with UCC §§ 1-201(39), 3-401.  Maximum principal
indebtedness is One Hundred Billion United States Dollars ($100,000,000,000.00).

| 5. ALTERNATIVE DESIGNATION [if applicable]: | LESSEE/LESSOR | CONSIGNEE/CONSIGNOR | BAILEE/BAILOR | SELLER/BUYER | AG. LIEN | NON-UCC FILING |
|---|---|---|---|---|---|---|

| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.    Attach Addendum [if applicable] | 7. Check to REQUEST SEARCH REPORT(s) on Debtor(s) [ADDITIONAL FEE] [optional] | All Debtors | Debtor 1 | Debtor 2 |
|---|---|---|---|---|

**8. OPTIONAL FILER REFERENCE DATA**

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)      International Association of Commercial Administrators (IACA)

# UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT**

| 9a. ORGANIZATION'S NAME | | |
|---|---|---|

OR

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME,SUFFIX |
|---|---|---|
| LACEFIELD | PHILLIP | ANTHONY |

**10. MISCELLANEOUS:**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - Insert only one name (11a or 11b) - do not abbreviate or combine names

| 11a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 11b. INDIVIDUAL'S LAST NAME | | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|---|
| 11c. MAILING ADDRESS | | CITY | STATE | POSTAL CODE | COUNTRY |

| 11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any |
|---|---|---|---|---|
| | | | | ☐ NONE |

**12. ☐ ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME** - Insert only one name (12a or 12b)

| 12a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

OR

| 12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| 12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**13.** This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☒ fixture filing.

**14.** Description of real estate:

**15.** Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

**16.** Additional collateral description:

Debtor's State of Kentucky,
Country of United States,
Original Birth Certificate
is incorporated by reference
herein in its entirety.

Debtor's Country of United States
Citizen Social Security Card,
including debtor's CUSIP and
AUTOTRIS Social Security Number
and Name (front and back of card),
is incorporated by reference
herein in its entirety.

**17.** Check only if applicable and check only one box.

Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

**18.** Check only if applicable and check only one box.

☒ Debtor is a TRANSMITTING UTILITY

☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years

☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)

International Association of Commercial Administrators (IACA)

COPYRIGHT NOTICE for PHILLIP ANTHONY LACEFIELD(c)                            *

COPYRIGHT NOTICE: All rights reserved re common-law Copyright of trade names/trademarks
PHILLIP ANTHONY LACEFIELD(c)--as well as any and all derivatives and variations in the spelling of any
of said trade names/trademarks, not excluding "Phillip Anthony Lacefield(c)" respectively--Common-Law
Copyright(c) 1975 respectively, by Phillip Anthony Lacefield(c). Said common-law trade names/trademarks,        *
i.e., PHILLIP ANTHONY LACEFIELD(c), may neither be used, nor reproduced, neither in whole nor in part,
nor in any manner whatsoever, without the prior, express, written consent and acknowledgment of
Phillip Anthony Lacefield(c), as signified by the red-ink signature of Phillip Anthony Lacefield(c), hereafter
"Secured Party." WITH THE INTENT OF BEING CONTRACTUALLY BOUND, any juristic person, as well as
any agent of said juristic person, shall not display, nor otherwise use in any manner, any of the common-law
trade names/trademarks PHILLIP ANTHONY LACEFIELD(c), nor the common-law Copyright described herein,
nor any derivative of, nor any variation in the spelling of PHILLIP ANTHONY LACEFIELD(c), without the prior,
express, written consent and acknowledgment of Secured Party, as signified by Secured Party's signature in
red ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of any
of PHILLIP ANTHONY LACEFIELD(c), and all such use is strictly prohibited. Secured Party is not now, nor has
Secured Party ever been, an accommodation party, nor a surety, for any of the purported debtors, i.e.,
PHILLIP ANTHONY LACEFIELD(c), nor for any other juristic person, and is so indemnified and held harmless by
PHILLIP ANTHONY LACEFIELD(c), Debtor in Hold Harmless and Indemnity Agreement No. PAL-013175-HHIA,       ·
dated the Thirty-First Day of the First Month in the Year of our Lord One Thousand Nine Hundred Seventy-Five,
against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses,
depositions, dispositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests,
interest, and expenses, et al., etc., whatsoever, both absolute and contingent, as are due and as might become
due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by
Debtor PHILLIP ANTHONY LACEFIELD(c) for any and every reason, purpose, and cause whatsoever.
SELF-EXECUTING CONTRACT/SECURITY AGREEMENT IN EVENT OF UNAUTHORIZED USE: By this             *
Copyright Notice, both the juristic person and any agent of said juristic person, hereinafter jointly and severally
"User," consent and agree that any use of any of PHILLIP ANTHONY LACEFIELD(c), other than authorized use
as set forth above, constitutes, inter alia, unauthorized use, i.e., counterfeiting, of Secured Party's common-law
Copyrighted property, contractually binds User, renders this Copyright Notice a Security Agreement wherein User
is debtor and Phillip Anthony Lacefield(c) is Secured Party, and signifies that User: (1) grants Secured Party a
security interest in all of User's interest in assets, land, and personal property, in the sum certain amount of
$500,000.00 (Five Hundred Thousand U.S. Dollars) per each occurrence of use of any of the common-law            *
Copyrighted trade names/trademarks PHILLIP ANTHONY LACEFIELD(c), as well as for each and every
occurrence of use of any and all derivatives of, and variations in the spelling of, respectively,
PHILLIP ANTHONY LACEFIELD(c), not excluding "Phillip Anthony Lacefield(c)," respectively, plus costs,
plus treble (triple) damages; (2) authenticates this Security Agreement wherein User is debtor and
Phillip Anthony Lacefield(c) is Secured Party, and wherein User pledges all of User's property, i.e., all
assets, land, consumer goods, farm products, inventory, equipment, money, investment property, commercial
tort claims, letters of credit, letter-of-credit rights, chattel paper, instruments, deposit accounts, accounts,
documents, and general intangibles, and all User's interest in all such foregoing property, inter alia, et al., etc.,
now owned and hereafter acquired, now existing and hereafter arising, and wherever located, as collateral for
securing User's contractual obligation in favor of Secured Party for User's unauthorized use of Secured Party's
common-law Copyrighted property; (3) consents and agrees with Secured Party's filing of a UCC FINANCING
STATEMENT in the UCC filing office, as well as in any county recorder's office, wherein User is debtor and
Phillip Anthony Lacefield(c) is Secured Party; (4) consents and agrees that said UCC FINANCING
STATEMENT described above in paragraph "(3)" is a continuing financing statement, and further consents
and agrees with Secured Party's filing of any continuation statement necessary for maintaining Secured Party's
perfected security interest in all of User's property and interest proprrty, pledged as collateral in this Security
Agreement and described above in paragraph "(2)," until User's contractual obligation therefore incurred has
been fully satisfied; (5) consents and agrees with Secured Party's filing of any UCC FINANCING STATEMENT,
as described above in paragraphs "(3)" and "(4)," as well as the filing of any Security Agreement, as described
above in paragraph "(2)," in the UCC filing office, as well as in any county recorder's office; (6) consents and
agrees that any and all such filings described in paragraphs "(4)" and "(5)" above are not, and may not be

No. PAL-013175-CLC                                                        Copyright Notice--Single          *

Page 1 of 2

considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractural obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. USER FURTHER CONSENTS AND AGREES WITH ALL OF THE FOLLOWING ADDITIONAL TERMS OF SELF-EXECUTING CONTRACT/SECURITY AGREEMENT IN EVENT OF UNAUTHORIZED USE: PAYMENT TERMS: In accordance with fees for unauthorized use of any of PHILLIP ANTHONY LACEFIELD(c) as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees. DEFAULT TERMS: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date Invoice is sent, User shall be deemed in default and: (a) all of User's property and interest in property pledged as collateral by User, as described above in paragraph "(2)," immediately becomes, i.e., is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth in paragraph "(8);" and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited by, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property, as described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Even of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate. TERMS FOR CURING DEFAULT: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. TERMS OF STRICT FORECLOSURE: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty- (20) day default-curing period. Ownership subject to common-law Copyright, and UCC FINANCING STATEMENT and Security Agreement filed with the UCC filing office.

Record Owner: Phillip Anthony Lacefield(c).

Autograph Common Law Copyright (c) 1975. Unauthorized use of any of "Phillip Anthony Lacefield(c)" incurs same unauthorized-use fees as those associated with PHILLIP ANTHONY LACEFIELD(c), respectively, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use."    *

Phillip Anthony Lacefield©

Phillip Anthony Lacefield(c)

Secured Party, Agent, and Attorney in Fact

No. PAL-013175-CLC

Copyright Notice--Single    *

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER (optional)

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                              ┐
  In care of:
  Post Office Box 3000
  Forrest City 72336-3000
  Arkansas
  Phillip Lacefield
└                                              ┘
```

Arkansas Secretary of State
Filing Number: 5127616T337
Doc Nr.: 319476002
Date Filed: 06-23-2005 10:00 AM
Total Pages: 4

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME

1b. INDIVIDUAL'S LAST NAME: LACEFIELD | FIRST NAME: PHILLIP | MIDDLE NAME: ANTHONY | SUFFIX

1c. MAILING ADDRESS: P.O. Box 3000 | CITY: Forrest City | STATE: AR | POSTAL CODE: 72336-3000 | COUNTRY: US

1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION | 1f. JURISDICTION OF ORGANIZATION | 1g. ORGANIZATIONAL ID #, if any ☐ NONE

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME

3b. INDIVIDUAL'S LAST NAME: Lacefield | FIRST NAME: Phillip | MIDDLE NAME: Anthony | SUFFIX

3c. MAILING ADDRESS: In care of: Post Office Box 3000 | CITY: Forrest City | STATE: Ark. West (72336) | POSTAL CODE | COUNTRY: USA

4. This FINANCING STATEMENT covers the following collateral:

All of debtor's assets, land, and personal property, and all of debtor's
interests in said assets, land, and personal property, now owned and hereafter
acquired, now existing and hereafter arising, and wherever located, described
fully in, and pursuant to, Security Agreement No. PAL-03175-SA, dated the
Thirty-first day of the First Month in the Year of Our Lord One Thousand
Nine Hundred Seventy-five, and also pursuant to the attached and incorporated
COPYRIGHT NOTICE for PHILLIP ANTHONY LACEFIELD(c)-attached to and incorporated
into this instant UCC FINANCING STATEMENT (FROM UCC1 and FORM UCC1Ad).
Inquiring parties may consult directly with Secured Party for ascertaining,
in detail, the financial relationship and contractual obligations associated
with this commercial transaction, identified in security agreement referenced
above. Adjustment of this filing is in accord with UCC §§ 9-102, 1-104, and
House Joint Resolution 192 of June 5, 1933. Secured Party accepts Debtor's
signature in accord with UCC §§ 1-201(39), 3-401. Maximum principal
indebtedness is One Hundred Billion United States Dollars ($100,000,000,000.00).

FILING OFFICE COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

---

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

9. NAME OF FIRST DEBTOR (1a or 1b) ON RELATED FINANCING STATEMENT

9a. ORGANIZATION'S NAME

9b. INDIVIDUAL'S LAST NAME: LACEFIELD | FIRST NAME: PHILLIP | MIDDLE NAME, SUFFIX: ANTHONY

10. MISCELLANEOUS:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

11. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one name (11a or 11b) - do not abbreviate or combine names

11a. ORGANIZATION'S NAME

11b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 11e. TYPE OF ORGANIZATION | 11f. JURISDICTION OF ORGANIZATION | 11g. ORGANIZATIONAL ID #, if any ☐ NONE

12. ADDITIONAL SECURED PARTY'S or ☐ ASSIGNOR S/P'S NAME - insert only one name (12a or 12b)

12a. ORGANIZATION'S NAME

12b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX

12c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

13. This FINANCING STATEMENT covers ☐ timber to be cut or ☐ as-extracted collateral, or is filed as a ☐ fixture filing.

14. Description of real estate:

15. Name and address of a RECORD OWNER of above-described real estate (if Debtor does not have a record interest):

16. Additional collateral description:

17. Check only if applicable and check only one box.
Debtor is a ☐ Trust or ☐ Trustee acting with respect to property held in trust or ☐ Decedent's Estate

18. Check only if applicable and check only one box.
☐ Debtor is a TRANSMITTING UTILITY
☐ Filed in connection with a Manufactured-Home Transaction — effective 30 years
☐ Filed in connection with a Public-Finance Transaction — effective 30 years

FILING OFFICE COPY — UCC FINANCING STATEMENT ADDENDUM (FORM UCC1Ad) (REV. 05/22/02)    International Association of Commercial Administrators (IACA)

# COPYRIGHT NOTICE to PHILLIP ANTHONY LACEFIELD(c)

COPYRIGHT NOTICE: All rights reserved re common-law Copyright of trade name/trade-marks PHILLIP ANTHONY LACEFIELD(c)—as well as any and all derivatives and variations in the spelling of any of said trade names/trademarks, Copyright(c) 1975 respectively, by Phillip Anthony Lacefield(c) respectively—Common-Law Copyright(c) 1975 respectively, by Phillip Anthony Lacefield(c). Said common-law trade name/trademarks, i.e., PHILLIP ANTHONY LACEFIELD(c), may neither be used, nor reproduced, neither in whole nor in part, nor in any manner whatsoever, without the prior, express, written consent and acknowledgement of Phillip Anthony Lacefield(c), as signified by the red-ink signature of Phillip Anthony Lacefield(c), hereinafter "Secured Party," WITH THE INTENT OF BEING CONTRACTUALLY BOUND, any juristic person, as well as any agent of said juristic person, shall neither display, nor otherwise use in any manner, the common-law trade name/trademarks PHILLIP ANTHONY LACEFIELD(c), nor the common-law Copyright described herein, nor any derivative of, nor any variation in the spelling of PHILLIP ANTHONY LACEFIELD(c), without the prior, express, written consent and acknowledgement of Secured Party, as signified by Secured Party's signature in red-ink. Secured Party neither grants, nor implies, nor otherwise gives consent for any unauthorized use of any of PHILLIP ANTHONY LACEFIELD(c), and all such uses is strictly prohibited. Secured Party is not now, nor has Secured Party ever been, an accommodation party, nor a surety, for any of the purported debtor, i.e., PHILLIP ANTHONY LACEFIELD(c), nor for any derivative of, nor for any variation in the spelling of said name, nor for any juristic person, and is so indemnified and held harmless by PHILLIP ANTHONY LACEFIELD(c), in Hold Harmless and Indemnity Agreement No. PAL-013175-HHIA, dated the Thirty-first Day of the First Month in the Year of our Lord One Thousand Nine Hundred Seventy-Five, against any and all claims, legal actions, orders, warrants, judgments, demands, liabilities, losses, depositions, summonses, lawsuits, costs, fines, liens, levies, penalties, damages, interests, interest, and expenses whatsoever, both absolute and contingent, as are now and as might become due, now existing and as might hereafter arise, and as might be suffered by, imposed on, and incurred by Debtor PHILLIP ANTHONY LACEFIELD(c) for any and every reason, purpose, and cause whatsoever. SELF-EXECUTING CONTRACT/SECURITY AGREEMENT IN EVENT OF UNAUTHORIZED USE: By this Copyright Notice, both the juristic person and any agent of said juristic person, hereinafter jointly and severally "User," consent and agree that any use of PHILLIP ANTHONY LACEFIELD(c), other than authorized use as set forth above, constitutes, inter alia, unauthorized use, i.e., counterfeiting, of Secured Party's common-law Copyrighted property, contractually binds User, renders this Copyright Notice a Security Agreement wherein User is debtor and Phillip Anthony Lacefield(c) is Secured Party, and signifies that User: (1) grants Secured Party a security interest in all of User's assets, land, and personal property, in the sum certain amount of $500,000.00 (Five Hundred Thousand U.S. Dollars) per each occurrence of use of any of the common-law Copyrighted trade name/trademarks PHILLIP ANTHONY LACEFIELD(c) as well as for each and every use of PHILLIP ANTHONY LACEFIELD(c), not excluding "Phillip Anthony Lacefield(c)," respectively, plus costs, plus triple (treble) damages; (2) authorizes Secured Party's filing of a UCC Financing Statement in the UCC filing office, which filing pledges User in all said UCC FINANCING STATEMENT as collateral in all of User's property, respectively, pledged as collateral in this Security Agreement; (3) consents and agrees with Secured Party's filing of any UCC Financing Statement in the UCC filing office, as well as the filing of any Security Agreement, as described above in paragraph "(2)," until User's contractual obligation therefore incurred has been fully satisfied; (5) consents and agrees that any and all such filings described in paragraph "(2)" and "(4)," above, are not, and may not be considered, bogus, and that User will not claim that any such filing is bogus; (7) waives all defenses; and (8) appoints Secured Party as Authorized Representative for User, effective upon User's default re User's contractual obligations in favor of Secured Party as set forth below under "Payment Terms" and "Default Terms," granting Secured Party full authorization and power for engaging in any and all actions on behalf of User, as Secured Party, in Secured Party's sole discretion, deems appropriate, and User further consents and agrees that this appointment of Secured Party as Authorized Representative for User, effective upon User's default, is irrevocable and coupled with a security interest. USER FURTHER CONSENTS AND AGREES WITH ALL OF THE FOLLOWING ADDITIONAL TERMS OF SELF-EXECUTING CONTRACT/SECURITY AGREEMENT IN EVENT OF UNAUTHORIZED USE: PAYMENT TERMS: In accordance with fees for unauthorized use of any of PHILLIP ANTHONY LACEFIELD(c) as set forth above, User hereby consents and agrees that User shall pay Secured Party all unauthorized-use fees in full within ten (10) days of the date User is sent Secured Party's invoice, hereinafter "Invoice," itemizing said fees. DEFAULT TERMS: In event of non-payment in full of all unauthorized-use fees by User within ten (10) days of date of Invoice, User shall be deemed in default and: (a) all of User's property and interest in property pledged as collateral by User, as described above in paragraph "(2)," immediately becomes, i.e., is, property of Secured Party; (b) Secured Party is appointed User's Authorized Representative as set forth above in paragraph "(8)"; and (c) User consents and agrees that Secured Party may take possession of, as well as otherwise dispose of in any manner that Secured Party, in Secured Party's sole discretion, deems appropriate, including, but not limited to, sale at auction, at any time following User's default, and without further notice, any and all of User's former property and interest in property, described above in paragraph "(2)," formerly pledged as collateral by User, now property of Secured Party, in respect of this "Self-executing Contract/Security Agreement in Event of Unauthorized Use," that Secured Party, again in Secured Party's sole discretion, deems appropriate. TERMS FOR CURING DEFAULT: Upon event of default, as set forth above under "Default Terms," irrespective of any and all of User's former property and interest in property, in the possession of, as well as disposed of by, Secured Party, as authorized above under "Default Terms," User may cure User's default re only the remainder of User's former property and interest in property formerly pledged as collateral that is neither in the possession of, nor otherwise disposed of by, Secured Party within twenty (20) days of date of User's default only by payment in full. TERMS OF STRICT FORECLOSURE: User's non-payment in full of all unauthorized-use fees itemized in Invoice within said twenty- (20) day period for curing default as set forth above under "Terms for Curing Default" authorizes Secured Party's immediate non-judicial strict foreclosure on any and all remaining former property and interest in property formerly pledged as collateral by User, now property of Secured Party, which is not in the possession of, nor otherwise disposed of by, Secured Party upon expiration of said twenty- (20) day default-curing period. Ownership subject to common-law Copyright and UCC FINANCING STATEMENT filed with the UCC filing office.

Record Owner: Phillip Anthony Lacefield(c),

Autograph Common Law Copyright(c) 1975. Unauthorized use of any of "Phillip Anthony Lacefield(c)" incurs same unauthorized-use fees as those associated with PHILLIP ANTHONY LACEFIELD(c), respectively, as set forth above in paragraph "(1)" under "Self-executing Contract/Security Agreement in Event of Unauthorized Use"

_Phillip Anthony Lacefield(c)_

Phillip Anthony Lacefield(c)

Secured Party, Agent, and Attorney in Fact

No. PAL-013175-CLC

<<Back



## ❋ PHIL LACEFIELD

❋ Phil Lacefield of Bartlett lured investors into paying thousands of dollars for overpriced office
equipment to access an Internet mall, promising big returns on the mall's sales. Turns out
❋ Lacefield has no connection to any Internet mall. He was arrested in 1999 on theft charges
❋ related to a similar fraud. Then in February 2002, Lacefield was arrested by the FBI on 19 federal
counts of fraud related to his office equipment scheme (see story headline "Bartlett Scam Artist
Back On The Streets" in the On Your Side Investigators section of www.wreg.com ). His federal
❋ trial is scheduled for some time in the summer. Phil Lacefield...YOU are "Risky Business."

 WorldNow

Send questions or comments about this web site to news@wreg.com
All content © Copyright 2001 - 2007 WorldNow and WREG. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

! ! !

Six (6)
Infringements

```
Exhibit B
Page 1 of 5 Pages
```

❋❋                                                                    ❋❋❋

<<Back



## Bartlett ID Thief Sentenced To Decade In Prison

Wednesday, October 29

By Andy Wise

**FEDERAL COURT, MEMPHIS** - A federal judge has sentenced a former Bartlett businessman to nine years in prison for an elaborate identity theft scheme that employed virtually every fraud in the federal code.

* Phil Lacefield will also have to pay more than $300,000 in restitution to one corporation and six of his victims.

* "I'm sorry for this whole situation," Lacefield said in a statement before the court. "I wish it never happened."

* In February, Phil Lacefield pleaded guilty to six of 19 counts of identity theft, forgery, money-laundering, mail fraud and wire fraud after a jury convicted him on a separate indictment of wire fraud, mail fraud and lying to bank officials and federal officers.

  He stole the identities of a dozen people, assumed their credit and used it to sell credit card processing machines and other office equipment through bogus leases to unsuspecting customers. The original indictment accused him of bilking consumers for more than $56,000 in
* the scheme. Investigators froze at least two of Lacefield's bank accounts in search of $450,000 in assets he may have procured with the money.

* At the start of Lacefield's sentencing hearing, Assistant U.S. Attorney Tracy Berry told U.S.
* District Judge Samuel "Hardy" Mays that there may be more victims in Lacefield's scheme than they thought.

* "Mr. Lacefield may have more than 50 victims and at least two corporations that fell prey to his scheme," says Berry.

* Lacefield's attorney, Michael Scholl, disputed Berry's figures in court. 3 On Your Side could not reach him for comment.

* Berry says while out on bond for his 2002 arrest, Lacefield hid as many as four accounts, all at First Tennessee Bank, from federal pre-trial services. He has a savings account and a checking
* account at First Tennessee, each with an undisclosed balance. Berry says Lacefield also withdrew
* more than $28,000 from a First Tennessee certificate of deposit. Lacefield was required to release all of his personal financial information to prosecutors as a condition of his bond.

* In two days of testimony on the bank fraud charges, Lacefield refused to testify, offered no witnesses and left himself at the mercy of the prosecution. It offered testimony and
* documentation indicating Lacefield made false statements to bank officials about his income, his residence and his employment in order to secure new loans -- all during the period he was out on bond for his original arrest.

* Lacefield lied on a mortgage statement to Tennessee Mortgage Funding in Nashville, Tennessee,
* which faxed the false information to Conseco Bank, Inc., in Greensboro, North Carolina. Lacefield also gave a false home address and lied about his credit and income to apply for a loan with First

Fifteen (15)
Infringements

**                                                                        ***

* Tennessee Bank and American General. Berry says Lacefield used that information to obtain thousands of dollars in loans, which he failed to report to his bond officer as required after his arrest.

* "The bottom line in this case is money," says Berry, "and Lacefield's desire to accumulate as much money as he can by any means necessary."

* In the last decade, Lacefield has quickly racked up a pattern of consumer fraud.

* In March 2001, "3 On Your Side" first reported how Lacefield used a client's credit identity to become a representative of Leasecomm, a Massachusetts leasing company. He then used that relationship to lure investors into leasing Internet phones and credit card processing machines at inflated prices by promising them profits from his arrangement with Big Planet, a Utah company

* that runs an Internet shopping mall. But a spokesperson for the company said Lacefield no longer had anything to do with the company's Internet mall after it terminated its relationship with him for "illegal activity."

* In November 2001, "3 On Your Side" obtained documents on Lacefield from the Tennessee
* Department of Commerce and Insurance. According to the documents, Lacefield was an insurance agent in the early '90s. Nine of his clients sued him under the department's
* administrative proceedings. The documents show Lacefield's clients alleged he "verbally misrepresented the terms of a proposed insurance policy as a major medical policy." In fact, the
* documents show most of the policies Lacefield sold were only hospitalization policies.

   One of his victims was Cathy Sanborn, a partner at the Collins & Associates CPA firm in East Memphis. Sanborn said she had to put her husband with severe heart disease on the state
* TennCare plan after she found out the policy she bought from Lacefield was worthless.

   "In all our encounters with him, he showed no remorse or even would not admit that he'd done anything wrong or that he had misrepresented anything," Sanborn says.

* The state revoked Lacefield's insurance license and fined him $7,000.

* Shelby County deputies arrested Lacefield in November 1999 on a theft charge. A former office
* manager at Green Games on Overton Crossing charged Lacefield with selling her a credit card processing machine that didn't work for more than $1,000. According to the court affidavit,
** Lacefield also set the manager up on a credit account that didn't exist. But Lacefield's case was bound over to the Shelby County grand jury for 22 months. Prosecutors later dropped the case for lack of evidence.

   "They felt under the state statutes that this did not arise to theft," says Shelby County Deputy District Attorney General James Challen.

* Lacefield plans to appeal his case. He's doing his time at a federal prison in Oakdale, Louisiana.  After completing his sentence, he will be under supervised release for three years, and he will not be allowed to work any job that has access to peoples' personal information.
* Under the rules of federal sentencing, Lacefield will not be eligible for parole.



Send questions or comments about this web site to news@wreg.com
All content © Copyright 2001 - 2007 WorldNow and WREG. All Rights Reserved.                    ! ! !
For more information on this site, please read our Privacy Policy and Terms of Service.

Seventeen (17)
Infringements                    Thirty-Two Infringements on these two pages
                                 alone!

**                                                                    ***

<<Back



## Classified Ads: Between The Lines

Updated 4:49 PM, Thursday, July 25

By Andy Wise

**EAST MEMPHIS** -- The Mid-South's largest circular of classified ads is changing its policies after the On Your Side Investigators discover more than a quarter of its ads are riddled with unlicensed contractors and companies with shoddy service records.

Every Wednesday, more than 200,000 copies of the Shoppers News & Guide show up on doorsteps and driveways in Shelby and Desoto counties. Each issue carries more than 300 service ads, from building contractors to carpet cleaners. The On Your Side Investigators ran background checks on 339 ads in the June 12 issue. 14 of the companies have unsatisfactory records with the Mid-South Better Business Bureau for poor service, products, repairs or broken contracts. 32 have no state contractor's or home improvement license to do the jobs they advertise. 42 refused to respond to the BBB when it requested information about them.

Fred Eason has either owned or run the Shoppers News since 1956. He says his staff doesn't have time to check the service records of every company that advertises in the paper, and it's up to consumers to do the checking. "If you contract with a person out of our paper, you and him make a contract, and he doesn't fulfill it, I can't get in the middle of it,"says Eason. "We try to mediate when we can, but we're not the judge and jury."

Sheila Crum helps direct the Mid-South Better Business Bureau's Advertising Review Board. She says publications like the Shoppers News and Guide have an ethical obligation to screen their advertising. "If (consumers) fall for the advertising --they send their money for something -- and they find out that it's fraudulent, who else do they have to blame? They have the advertiser," says Crum.

The classified ad policies of some Mid-South newspapers leave a lot to be desired. The Memphis Business Journal and the Commercial Appeal are the only papers with strict codes of ethics for their classified ads. The Commercial Appeal refuses to accept ads that demand advanced fees, and it publishes a disclaimer in its service directory that warns readers to be cautious when they choose a contractor.

✱ But even the best ad policy can let a bad business slip through. Bartlett businessman Phil
✱ Lacefield, convicted by a federal jury for an elaborate identity theft scheme, began his paper trail with a classified ad in the Commercial Appeal.

"We work closely with the Better Business Bureau in trying to identify dishonest advertisers," says Jim Hollenbeck, Classified Advertising Manager for the Commercial Appeal. "(We) act quickly to pull an advertisement whenever our readers report a situation that could be considered a bad practice."

After our investigation, Eason and his staff decided to require license numbers on every service ad in the Shoppers News and Guide. Each issue will also carry this disclaimer: *Advertising published in the Shoppers News and Guide is accepted on the premise that these are reputable businesses, and we encourage our customers to ask for a copy of their license and for references. We suggest that they NOT pay for any service before it is completed successfully, and we are publishing the Better Business Bureau's phone number.*

## 1-2 Infringements

✱✱                                                                              ✱✱✱

"We're definitely going to put a disclaimer in there similar to what the Commercial Appeal's got in there,"says Eason. "We want to be a good citizen, too."

When you shop classified ads, run the company's or individual's names or phone numbers through the BBB's website (www.midsouth.bbb.org). Check out their service records.

If you're shopping ads for plumbers or electricians, shop the ones that list their county-issued license numbers, then confirm those numbers with Memphis-Shelby County Construction Code Enforcement (385-5075).

Building contractors who do jobs for more than $3,000 must have state-issued contractor's or home improvement licenses. Those can be instantly verified on state government websites. For Tennessee contractors: www.state.tn.us/commerce. For Mississippi contractors: www.msboc.state.ms.us. For Arkansas contractors: www.state.ar.us/clb.

Although lawyers are not required to be members of local and state bar associations, 3 On Your Side recommends shopping those who are members. To check up on a Tennessee lawyer: www.tba.org. Mississippi: www.msbar.org. Arkansas: www.arkbar.com.

You can now check the licenses, education and disciplinary actions of doctors on most state websites. For Tennessee doctors: www.state.tn.us/health. Mississippi: www.msdh.state.ms.us. Arkansas: www.healthyarkansas.com.

Don't forget to get at least 3 estimates on a job before you hire a business or contractor. Get references and ask to see their work from past jobs, and remember, NEVER pay the full amount up front. Tennessee law allows contractors to receive no more than one-third of the total price up front.



Send questions or comments about this web site to news@wreg.com
All content © Copyright 2001 - 2007 WorldNow and WREG. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

! ! !

**

***

**MEMBER CENTER:** Create Account | Log In



| HOME | NEWS | WEATHER | SPORTS | MARKETPLACE | HEALTH | MY TOWN | LIFESTYLE |



**Search Results**

Your search returned approximately 3 results.

* 1. **PHIL LACEFIELD**
* Phil **Lacefield** of Bartlett lured investors into paying thousands of dollars for overpriced office equipment to access an
* Internet mall, promising big returns on the mall's sales. Turns out **Lacefield** has no connection to any Internet mall.
  He was arrested in 1999 on theft charges related to a...
  ! Last Modified 08/02/2004 07:28:48 PM

2. **Bartlett ID Thief Sentenced To Decade In Prison**
   Wednesday, October 29 By Andy Wise FEDERAL COURT, MEMPHIS - A federal judge has sentenced a former Bartlett
   businessman to nine years in prison for an elaborate identity theft scheme that employed virtually every fraud in the
* federal code. Phil **Lacefield** will also have to pay more than $300,000...
  ! Last Modified 06/10/2004 10:21:53 AM

3. **Classified Ads: Between The Lines**
   Updated 4:49 PM, Thursday, July 25 By Andy Wise EAST MEMPHIS -- The Mid-South's largest circular of classified ads
   is changing its policies after the On Your Side Investigators discover more than a quarter of its ads are riddled with
   unlicensed contractors and companies with shoddy service records....
   ! Last Modified 03/05/2004 12:28:27 PM

1

* Search Again: lacefield          [ Search ]

```
Exhibit C
Page 1 of 3 Pages
```

Four to Five (4-5)
Infringements

**More Business News  more>>**

Whataburger's Real Secret Sauce

Nail That Siding Tight! Metal
Thieves Grow Brash

When Betters Cars Are Built,
Buick Will Build Them--in China!

Celebrities Speak On The
American Dream

Caring, the Corporate Way

Quincy Jones III Builds a Digital
Entertainment Brand

Foreclosure is an Equal
Opportunity Threat

Finally, Know the Real MPG
Before You Buy

***

WREG-TV Memphis - Search

Page 2 of 3

Making it Big on a Paycheck

So Just What's in Fido's Food, Anyway?

**Business News & Features**

From FastCompany.com

FST@MPANY

From Forbes.com

Forbes.com

From Inc.com

INC.com

From Kiplinger.com

Kiplinger.com

From Reuters.com

REUTERS

From StartupJournal.com

Startup Journal

Buying or Selling a Home?

Click here to get started!
- Find the value of your home
- Sell your home
- Search homes for sale
- Get new home listings alerts

---

WREG-TV Memphis - Search

Page 3 of 3

SPONSORED LINKS

**More Winning Trades - eSignal Data Feeds**
Stay on top of the market with real-time quotes, charts, news and more
www.esignal.com

**B3 People Needed ASAP**
Work online - free training $1,500-$7,500 possible per month.
top10work1romhomejobs.com

**Mortgage Rates at 3.0% - Save Thousands**
$150,000 loan for $30/month - refinance, home equity and purchase.
low.rate.home.loan-lastdrops.com

**SBLI Low Cost Life Insurance**
Protecting families since 1907. Get a free, no-hassle quote from SBLI!
www.sbli.com

**Stop Smoking Today! Free Trial Offer**
Stop Smoking Resolution -10 days of zero nicotine patches free.
www.stopsmokingresolution.com

Send questions or comments about this web site to news@wreg.com
All content © Copyright 2001 - 2007 WorldNow and WREG. All Rights
For more information on this site, please read our Privacy Policy and

<<Back

## Bartlett ID Thief Sentenced To Decade In Prison

Wednesday, October 29

By Andy Wise

**FEDERAL COURT, MEMPHIS** - A federal judge has sentenced a former Bartlett businessman to nine years in prison for an elaborate identity theft scheme that employed virtually every fraud in the federal code.

✱ Phil Lacefield will also have to pay more than $300,000 in restitution to one corporation and six of his victims.

✱ "I'm sorry for this whole situation," Lacefield said in a statement before the court. "I wish it never happened."

✱ In February, Phil Lacefield pleaded guilty to six of 19 counts of identity theft, forgery, money-laundering, mail fraud and wire fraud after a jury convicted him on a separate indictment of wire fraud, mail fraud and lying to bank officials and federal officers.

✱ He stole the identities of a dozen people, assumed their credit and used it to sell credit card processing machines and other office equipment through bogus leases to unsuspecting customers. The original indictment accused him of bilking consumers for more than $56,000 in the scheme. Investigators froze at least two of Lacefield's bank accounts in search of $450,000 in assets he may have procured with the money.

✱✱ At the start of Lacefield's sentencing hearing, Assistant U.S. Attorney Tracy Berry told U.S. District Judge Samuel "Hardy" Mays that there may be more victims in Lacefield's scheme than they thought.

✱ "Mr. Lacefield may have more than 50 victims and at least two corporations that fell prey to his scheme," says Berry.

✱ Lacefield's attorney, Michael Scholl, disputed Berry's figures in court. 3 On Your Side could not reach him for comment.

✱ Berry says while out on bond for his 2002 arrest, Lacefield hid as many as four accounts, all at First Tennessee Bank, from federal pre-trial services. He has a savings account and a checking account at First Tennessee, each with an undisclosed balance. Berry says Lacefield also withdrew more than $28,000 from a First Tennessee certificate of deposit. Lacefield was required to release all of his personal financial information to prosecutors as a condition of his bond.

✱ In two days of testimony on the bank fraud charges, Lacefield refuses to testify, offered no witnesses and left himself at the mercy of the prosecution. It offered testimony and documentation indicating Lacefield made false statements to bank officials about his income, his residence and his employment in order to secure new loans -- all during the period he was out on bond for his original arrest.

✱✱ Lacefield lied on a mortgage statement to Tennessee Mortgage Funding in Nashville, Tennessee, which faxed the false information to Conseco Bank, Inc., in Greensboro, North Carolina. Lacefield also gave a false home address and lied about his credit and income to apply for a loan with First

---

Tennessee Bank and American General. Berry says Lacefield used that information to obtain thousands of dollars in loans, which he failed to report to his bond officer as required after his arrest.

✱ "The bottom line in this case is money," says Berry, "and Lacefield's desire to accumulate as much money as he can by any means necessary."

✱ In the last decade, Lacefield has quickly racked up a pattern of consumer fraud.

✱ In March 2001, "3 On Your Side" first reported how Lacefield used a client's credit identity to become a representative of Leasecomm, a Massachusetts leasing company. He then used that relationship to lure investors into leasing Internet phones and credit card processing machines at inflated prices by promising them profits from his arrangement with Big Planet, a Utah company that runs an Internet shopping mall. But a spokesperson for the company said Lacefield no longer had anything to do with the company's Internet mall after it terminated its relationship with him for "illegal activity."

✱✱✱ In November 2001, "3 On Your Side" obtained documents on Lacefield from the Tennessee Department of Commerce and Insurance. According to the documents, Lacefield was an insurance agent in the early '90s. Nine of his clients sued him under the departments administrative proceedings. The documents show Lacefield's clients alleged he "verbally misrepresented the terms of a proposed insurance policy as a major medical policy." In fact, the documents show most of the policies Lacefield sold were only hospitalization policies.

✱ One of his victims was Cathy Sanborn, a partner at the Collins & Associates CPA firm in East Memphis. Sanborn said she had to put her husband with severe heart disease on the state TennCare plan after she found out the policy she bought from Lacefield was worthless.

✱ "In all our encounters with him, he showed no remorse or even would not admit that he'd done anything wrong or that he had misrepresented anything," Sanborn says.

✱ The state revoked Lacefield's insurance license and fined him $7,000.

✱✱ Shelby County deputies arrested Lacefield in November 1999 on a theft charge. A former office manager at Green Games on Overton Crossing charged Lacefield with selling her a credit card processing machine that didn't work for more than $1,000. According to the court affidavit, Lacefield also set the manager up on a credit account that didn't exist. But Lacefield's case was bound over to the Shelby County grand jury for 22 months. Prosecutors later dropped the case for lack of evidence.

✱✱ "They felt under the state statutes that this did not arise to theft," says Shelby County Deputy District Attorney General James Challen.

✱ Lacefield plans to appeal his case. He's doing his time at a federal prison in Oakdale, Louisiana. After completing his sentence, he will be under supervised release for three years, and he will not be allowed to work any job that has access to peoples' personal information. Under the rules of federal sentencing, Lacefield will not be eligible for parole.

🌀 webflow

Send questions or comments about this web site to class@wreg.com
All content © Copyright 2001 - 2007 WorldNow and WREG. All Rights Reserved.
For more information on this site, please read our Privacy Policy and Terms of Service.

Exhibit D
2 Pages

Thirty-Two (32)
Infringements
!!!
See Exhibit B