IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILLIP LACEFIELD, Plaintiff,

V.                                    Case No. 1:05-CV-11581-RCL

LEASECOMM CORP., et al., Defendants.

## NOTICE OF APPEAL

NOTICE is hereby given that Phillip Lacefield, Pro Se and Sui Juris, Plaintiff in the captioned case, hereby appeals to the United States Court of Appeals for the First Circuit from the Order denying both of Plaintiff's Rule 60(b) Motions for Relief from Judgment, entered in this action on the 15th Day of April, 2008.

*/s/ Phillip Lacefield*
───────────────────────────────
Phillip Lacefield, Pro Se and Sui Juris
for Plaintiff PHILLIP LACEFIELD
P.O. Box 9000
Forrest City, ARKANSAS 72336-9000
(870)630-6000

Dated: May 13, 2008

## CERTIFICATE OF SERVICE

This certifies that I, Phillip Lacefield, Pro Se and Sui Juris, have FILED, delivered and SERVED a true and correct copy of the foregoing NOTICE OF APPEAL, re Case No. 1:05-CV-11581-RCL, via U.S. Mail, first-class postage prepaid, deposited in the Legal Mail Mailbox (pursuant to the "Prison Mailbox Rule"), located at Federal Correctional Complex (FCC) Forrest City-Low, Forrest City, Arkansas 72335, on Counsel of Record for all other parties, THIS, the 13th Day of May, 2008.

*/s/ Phillip Lacefield*
───────────────────────────────
Phillip Lacefield, Pro Se and Sui Juris
for Plaintiff PHILLIP LACEFIELD