UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHILLIP LACEFIELD,<br><br>             Plaintiff,<br><br>v.<br><br>LEASECOMM CORPORATION, CIT GROUP, INC., WREG-TV, INC., WORLDNOW, ANDY WISE and THE NEW YORK TIMES COMPANY,<br><br>             Defendants. | Civil Action No. 1:05-CV-11581-RCL |

**JOINT MOTION OF ALL DEFENDANTS FOR CERTIFICATION
THAT PLAINTIFF'S APPEAL IS NOT TAKEN IN GOOD FAITH**

Pursuant to Fed. R. App. P. 24(a)(3)(A) and 28 U.S.C. § 1915(a)(3), the defendants, CIT Group Inc., Leasecomm Corporation, WREG-TV, Inc., Worldnow, Andy Wise and The New York Times Company (collectively, the "Defendants"), hereby move this Court to certify to the Court of Appeals for the First Circuit that the most recent appeal filed by plaintiff, Phillip Lacefield ("Lacefield" or "Plaintiff") was not taken in good faith.

As reasons therefore, the Defendants state as follows:

1.      Nearly three years ago, on July 8, 2005, Lacefield, an inmate in federal prison who is proceeding pro se, instituted this action against the Defendants alleging violations of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1962(c) and § 1962(d).  The Defendants moved to dismiss Lacefield's complaint.  The Court granted the Defendants' motions to dismiss on May 11, 2006, concluding that the Court lacked jurisdiction over Lacefield's claims because he essentially sought review of his criminal conviction in another district.  In addition, the Court concluded that the Complaint failed to state a claim because it did not set forth facts satisfying the elements of RICO claims against the Defendants

and it did not plead fraud with particularity.  The Court entered judgment in favor of the Defendants and dismissed the action on May 15, 2006.

  2. On May 26, 2006, Lacefield filed a notice of appeal.  Thereafter, Lacefield filed a motion for reconsideration, to set aside the judgment and to file an amended complaint.  The Court denied Lacefield's motion on the basis that the Court was without jurisdiction to grant the relief sought because Lacefield already had filed a notice of appeal.

  3. On appeal to the Court of Appeals for the First Circuit, Lacefield argued that the Court improperly dismissed his complaint and improperly denied his motion to amend the complaint.  On June 11, 2007, the Court of Appeals summarily affirmed the Court's judgment because Lacefield is unable to demonstrate that the alleged RICO activity is the proximate cause of the injury of which he complains and further, because he cannot establish that the Defendants' alleged conduct constituted a pattern.  The Court of Appeals also rejected Lacefield's argument that he was entitled to an opportunity to conduct discovery so as to cure the defects in his complaint.

  4. Two months after the Court of Appeals summarily affirmed the Court's judgment, Lacefield served the Defendants with an Amended Complaint on or about August 2, 2007.  The Amended Complaint continued to assert violations of RICO and additionally alleged that the Defendants infringed Lacefield's purported copyright of his name by publishing news articles that refer to him by name.  Amended Compl. ¶¶ 6 – 10.  Lacefield sought compensatory damages of $25 billion, punitive damages of $25 billion from each defendant and treble damages under M.G.L. c. 93A of $150 billion.  Id. ¶¶ 14, 15, 18.

  5. The Defendants each moved to strike the Amended Complaint.  On January 22, 2008, the Court granted the Defendants' motions on the basis that the case terminated upon the judgment of the Court of Appeals for the First Circuit, which affirmed the Court's judgment of

2

dismissal, and the plaintiff did not move for relief from the judgment pursuant to Fed. R. Civ. P. 60(b).

6.  Shortly thereafter, Lacefield filed a motion for relief from judgment requesting that the Court set aside its judgment on the basis of newly discovered evidence.  The Defendants opposed Lacefield's motion on a variety of grounds, including but not limited to the fact that the motion was not timely, there was no basis to suggest that he had "newly discovered" evidence that would support relief from the Court's judgment and, in any event, there is no copyright protection for a person's name.  The Court denied Lacefield's motion on April 15, 2008 without comment.

7.  Now, more than two years after the Court's judgment dismissing the Complaint, Lacefield continues to pursue these baseless claims by appealing the Court's Order denying his Motion for Relief from Judgment to the Court of Appeals for the First Circuit.

8.  Throughout the nearly three years of litigation that Lacefield has engaged against the Defendants, he has been allowed to proceed in forma pauperis.  This designation, while arguably appropriate at the outset of this action, has permitted Lacefield to file one pleading or motion after another without regard to the merits of the claims made therein, which is demonstrated fully by the case's lengthy procedural history and the repeated rejection of his claims by both this Court and the Court of Appeals.  His most recent appeal is no different.

9.  Where a district court certifies that an appellant's appeal is not taken in good faith, Rule 24(a) of the Federal Rules of Appellate Procedure prohibits that party from proceeding in forma pauperis in the Court of Appeals absent further authorization.  See also 28 U.S.C. § 1915(a)(3) ("An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith.").  Lacefield's latest appeal warrants such a certification.

10. For all the reasons set forth in each of the Defendants' Oppositions to Lacefield's Motion for Relief from Judgment, which are fully incorporated herein, the Court properly denied Lacefield's Motion because there is no merit to his claim for relief from judgment given that, among other things, it is untimely, fails to demonstrate that the evidence upon which he relies could not have been discovered by him earlier (or that it in fact was not discovered by him earlier), and is offered in support of a claim that is not recognized by law.  Lacefield's insistence on pursuing these claims to the Court of Appeals is without merit and not in good faith and he should not be permitted to continue pursuing these baseless claims in forma pauperis.

11. Accordingly, the Defendants move this Court to certify to the Court of Appeals that Lacefield's appeal of the Court's Order denying his Motion for Relief from Judgment is not taken in good faith and that, accordingly, he should not be permitted to proceed in forma pauperis under Fed. R. App. P. 24(a) or 28 U.S.C. § 1915(a)(3).

For the reasons stated, the Defendants jointly move that the Court certify to the Court of Appeals that the Plaintiff's Appeal is not taken in good faith.

Respectfully submitted,

| | |
|---|---|
| LEASECOMM CORPORATION, | CIT GROUP INC. |
| By its attorneys, | By its attorneys, |
| /s/ Richard J. McCarthy | /s/ Elizabeth A. Mulcahy |
| Richard J. McCarthy (BBO #528600) | Ralph T. Lepore, III (BBO #294420) |
| EDWARDS ANGELL PALMER & DODGE LLP | Elizabeth A. Mulcahy (BBO #663787) |
| 111 Huntington Avenue | HOLLAND & KNIGHT LLP |
| Boston, MA  02199 | 10 St. James Avenue |
| (617) 951-2230 | Boston, Massachusetts  02116 |
| | (617) 523-2700 |

WREG-TV, INC., WORLDNOW, ANDY WISE and THE NEW YORK TIMES COMPANY,

By their attorneys,

/s/ John Miller
Francis J. Sally (BBO #439100)
John Miller (BBO #567563)
SALLY & FITCH LLP
One Beacon Street, 16th Floor
Boston, MA 02108
(617) 542-5542

Dated:  June 16, 2008

## LOCAL RULE 7.1 CERTIFICATION

I, Elizabeth A. Mulcahy, hereby certify that I have been unable to confer with the Plaintiff regarding this Motion to Strike because he is in custody at the Federal Correctional Center in Forrest City, Arkansas.

/s/ Elizabeth A. Mulcahy

## CERTIFICATE OF SERVICE

I, Elizabeth A. Mulcahy, certify that I caused a copy of this document to be served on the Plaintiff by first class-mail and on counsel for all other parties electronically through the ECF system on June 16, 2008.

/s/ Elizabeth A. Mulcahy

# 5407475_v1